UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAPITAL TRANS INTERNATIONAL, LLC,
a Florida limited liability company,

        Plaintiffs,

         vs.

                                           CASE NO. 8:10-CV-529-T-30TGW

INTERNATIONAL PETROLEUM
INVESTMENT COMPANY, a foreign
company, AABAR INVESTMENTS PJSC, a
foreign company, and TASAMEEM REAL
ESTATE CO., LLC, a foreign company,

        Defendants.

_____/

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

           Defendants, International Petroleum Investment Company, Aabar Investments

PJSC, and Tasameem Real Estate Co., LLC, by and through undersigned counsel, and

pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, hereby disclose the following:

        1)      International Petroleum Investment Company is wholly owned by the

Government of Abu Dhabi.  No publicly held corporation owns 10% or more of its stock.

        2)      Aabar Investments PSJC is 70% owned by International Petroleum

Investment Company.  No publicly held corporation owns 10% or more of its stock.

        3)      Tasameem Real Estate Co. LLC has no parent corporation and no publicly

held corporation owns 10% or more of its stock.

ORLA_1539079.1

DATED:  May 10, 2010                    *s/ Christi R. Adams*
                                         John R. Hamilton, Florida Bar No. 0774103
                                         jhamilton@foley.com
                                         Christi R. Adams, Florida Bar No. 0498351
                                         cadams@foley.com
                                         Foley & Lardner LLP
                                         111 North Orange Avenue, Suite 1800
                                         Orlando, FL  32801-2386
                                         Telephone:  407.423.7656
                                         Facsimile:  407.648.1743

## CERTIFICATE OF SERVICE

         I HEREBY CERTIFY that on May 10, 2010, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all registered CM/ECF participants.

                                         /s/ Christi R. Adams
                                         Attorney

2