**AABAR INVESTMENTS PJSC**
(listed on the Abu Dhabi Securities Exchange)

## AABAR INVESTMENTS PJSC TO INVEST IN XOJET INC.

**Abu Dhabi** 10 February 2010- Aabar Investments PJSC ("**Aabar**") has agreed to invest US$20 million for shares in US aviation company XOJET Inc.; a private airline company that offers private jet services to business and leisure travelers in the United States and to various other destinations. Aabar and XOJET Inc. are intending to join together to create a UAE based joint venture company that will provide first class private aviation services to various destinations within the MENA region.

**About Aabar**

Aabar is an investment company headquartered in Abu Dhabi and is listed on the Abu Dhabi Securities Exchange. It directly invests in various sectors including energy, infrastructure, real estate, automotive and financial services companies. Its largest stakeholder is the International Petroleum Investment Company, which in turn is wholly owned by the Government of the Emirate of Abu Dhabi.

Further information about Aabar can be found at www.aabar.com

**For more information, please contact:**

**Mohamed Badawy Al-Husseiny**
Aabar Investments PJSC
+971 2 626 4466
info@aabar.com


EXHIBIT C