UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------------x
CAPITAL TRANS INTERNATIONAL, LLC, : Case No. 8:10-CV-529-T-30-TGW
a Florida limited liability company, :
:
Plaintiff, :
:
-against- :
:
INTERNATIONAL PETROLEUM :
INVESTMENT COMPANY, a foreign company, :
AABAR INVESTMENTS PJSC, a foreign :
company, and TASAMEEM REAL ESTATE :
CO, LLC, a foreign limited liability company, :
:
Defendants. :
------------------------------------------------------------x

## DECLARATION OF MOHAMED BADAWY AL-HUSSEINY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Mohamed Badawy Al-Husseiny, declare the following to be true and correct, under penalty of perjury:

1. I am Chief Executive Officer and Board Member at defendant Aabar Investments PJSC ("Aabar"). I have worked for Aabar since its inception and became a Board Member in March 2010. I have personal knowledge of the matters contained in this declaration.

**Background Regarding Aabar**

2. Aabar was incorporated in 2005 under the laws of Abu Dhabi, and is a global investment company with its principal place of business in Abu Dhabi, United Arab Emirates. Aabar is a public joint stock company listed on the Abu Dhabi Securities Exchange. 75.5% of Aabar's shares are owned by International Petroleum Investment Company (not the government of Abu Dhabi) and 24.5% are owned by public shareholders.

3. Aabar's business is to engage in investing activities in various growth industries,

1

including automotive and transportation, oil and gas, financial services and construction. For example, Aabar is a significant shareholder in Daimler AG, and recently acquired the AIG Private Bank Limited (a Swiss bank formerly owned by AIG, and since renamed Falcon Private Bank Limited).

4. Aabar does not perform a public activity, employ civil servants, or receive the benefit of government support, and it has not been granted any exclusive right or protection by the government.

5. Aabar's performance is not guaranteed by the government and the government does not supervise Aabar's affairs. Aabar is subject to the general corporate laws of the United Arab Emirates.

6. Aabar's business is overseen by a five-member Board of Directors. The Directors are appointed for a three-year period by Aabar's shareholders at an Annual General Meeting, or, in the event that a Director resigns before his term expires, by existing Board members, with shareholder ratification. Aabar's Directors are not appointed by the government.

7. Aabar has never been a resident or citizen of Florida and has never had an office or place of business in Florida. Aabar is not incorporated in Florida, does not conduct business in Florida (including through agents or subsidiaries), and does not have, and never has had, any property, leases, or any other assets or investments in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2010.

_____
MOHAMED BADAWY AL-HUSSEINY

2