# EXHIBIT B



**WOSTB**
**LEGAL TRANSLALTION**

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

# FEDERAL LAW NO. 11 OF 1992
## ISSUING THE LAW OF CIVIL PROCEDURE

We, Zayed Bin Sultan Al Nahyan, President of the State of the United Arab Emirates, in cognizance of the Provisional Constitution,

and of Federal Law No. 1 of 1972 regarding the capacities of Ministries and the powers of Ministers, and the amendment laws thereof,

and of Federal Law No. 10 of 1973 concerning the Federal Supreme Court and the amendment laws thereof,

and of Federal Law No. 11 of 1973 concerning the regulation of judicial relations between the Emirates which are members of the Union,

and of Federal Law No. 6 of 1978 concerning the establishment of Federal Courts and the transfer there of the jurisdiction of local legal judicial institutions of certain Emirates, and the amendment laws thereof,

and of Federal Law No. 17 of 1978 concerning the regulation of circumstances and procedures of cassation contests before the Federal Supreme Court, and the amendment laws thereof,

and of the Law of Civil Transactions issued in Federal Law No. 5 of 1985 and the amendment laws thereof,

and on the basis of what is presented by the Minister of Justice, and with the agreement of the Council of Ministers, and ratification by the Federal Supreme Council,

have issued the following law:

\*   \*   \*

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73730



**WOSTB**
**LEGAL TRANSLALTION**

وســتــب
للترجمة القـانـونيــة

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice — مترجم قانوني معتمد من وزارة العدل - أ.ع.م. من اللغة العربية إلي الإنجليزية وبالعكس

## INTRODUCTION – GENERAL PROVISIONS

### Article 5

(1) A notice shall be served at the request of the litigant, on a court order through notice server or in the way determined by the law.

(2) A notice may be served by one or more private companies or offices.

The Cabinet shall upon the proposal of the Minister of Justice, Islamic Affairs and Wakfs issue the law governing the business of such companies and offices and the conditions required for practicing their business according to the provisions hereof.

(3) The company/office employee who serves the notice shall be considered a notice server.

(4) If the notice server is unable to serve the notice, he shall submit the matter to the competent judge or the circuit president as appropriate to order the communication of the notice or making the changes he determines to it after hearing the notice requestor.

\* \* \*

شارع حمدان - أمام بناية العين للتأمين - أ.ع.م. - أبوظبي - تليفون: ٦٢٧٢٠٦٥ - فاكس: ٦٢٦٧٢٥٧ - ص.ب: ٤٣٣٨٣
Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73702




WOSTB
LEGAL TRANSLALTION

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

# PART ONE
## SUMMONS BEFORE THE COURTS

### Chapter 1 – Jurisdiction of the Courts

\* \* \*

### Section 3 – Local Jurisdiction of the Courts

#### Article 31

(1) The court local to the domicile of the respondent shall have jurisdiction provided the law does not stipulate otherwise. If the respondent has no domicile within the state then the court local to his place of residence or work shall have jurisdiction.

(2) It is permissible for a claim to be brought before the court in the jurisdiction of which the damage occurred in claims for compensation due to personal or financial damage.

(3) In commercial matters the court local to the domicile of the respondent, or the court in the jurisdiction of which the agreement was made or executed in full or in part, or the court in the jurisdiction of which the agreement is required to be executed shall have jurisdiction.

(4) If there is more than one respondent then the court local to the domicile of one of them shall have jurisdiction.

(5) In cases other than those stipulated in Articles 32, 34-39 it is permissible for agreement to be made that a specific court have jurisdiction to look into the dispute and in this case either that court or the court local to the domicile of the respondent or his place of residence or work shall have jurisdiction.

\* \* \*

### Chapter 2 – Raising and Registration of Claims and Assessment of Value

### Section 1 – The Raising and Registration of Claims

#### Article 42

Claims shall be raised before the court in the form of a written request by the claimant which shall be lodged with the office of the clerks to the court and which must comprise the following:

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73703




WOSTB
LEGAL TRANSLALTION

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

(1) The name of the claimant, his title, profession or occupation, domicile and place of work and the name of the person representing him, his title, profession or occupation, domicile and place of work.

(2) The name of the respondent, his title, profession or occupation, domicile and place of work and name of the person representing him, his title, profession or occupation and place of work if he is employed by another. If neither the respondent nor the person representing him has a known domicile or place of work, then his last domicile, place of residence or place of work.

(3) A chosen domicile within the State for the claimant if he has no domicile therein.

(4) The subject of the claim, the demands and documentary evidence for them.

(5) The date of submission of the claim document to the court.

(6) The court before which the claim is raised.

(7) The signature of the person raising the claim or his representative.

\* \* \*

### Article 45

(1) The claimant shall upon submission of his claim document be required to provide the same number of copies as there are respondents plus a fair copy for the office of the clerks to the court which shall be kept in a specific file. He shall also be required to submit with his claim document copies of all the documents supporting his claim.

(2) The respondent shall be required to lodge a summary of his defense and copies of his document, all signed, at least three days before the session set for examination of the claim.

(3) In the case of dispute over the validity of the copies of the documents the court shall fix the earliest possible session for submission of the originals.

(4) Documents must be translated officially if they are drawn up in a foreign language.

\* \* \*

*Chapter 5 – Procedures and Organization of the Session*

Section 1 – Procedures of the Session

\* \* \*

### Article 73

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73704




**WOSTB LEGAL TRANSLALTION**

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

(1) The court may permit the adversaries during the course of the case to submit new documents, defenses or means of proof, to amend their demands, or to submit incidental requests and the memoranda of the adversaries shall show that they have been lodge with the office of the clerks to the court, or of the means of their exchange, indicating this on the original copy from the adversary.

(2) The court may, of its own accord, seek explanations from the adversaries regarding any shortcomings it sees in the claim or the documentation.

(3) The court may, upon the closing of the case for judgment, allow the exchange of concluding memoranda at times which it shall determine.

\* \* \*

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73705


WOSTB
LEGAL TRANSLALTION

Ali Kasem - *Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice*

## Chapter 9 – Rulings

**Section 1 – Issuing of Rulings**

\* \* \*

### Article 127

(1) Once pleading in the action finishes, the court shall decide on it or adjourn the judgment to another close session to be determined. However, the court may not adjourn the judgment for more than once without necessity. In both cases, the adjournment term may not exceed one month.

(2) Whenever the court sets a session to pronounce its judgment, it may not delay delivering the judgment or rehear the action for pleading without a substantiated decision to be declared at the session and entered in its record. Pronouncing such decision shall be a notice to litigants of the new date.

### Article 128

(1) The deliberation for ruling shall be secret between the judges in conference and it is not permissible for any person other than the judges who heard the case to take part.

(2) The president shall bring together the opinions beginning with the most junior of the judges then the more senior and shall the state his opinion. The ruling shall be by a consensus of opinion or by a majority with the dissenting opinion confirmed in the notes to the ruling. If the majority is not fulfilled and opinions are divided into more than two branches, the smallest group numerically or that which comprises the most junior judges shall be added to one of the two opinions from the largest group numerically, after opinions have been taken for a second time.

(3) The ruling shall be pronounced publicly by the judge or the president of the circuit according to the circumstances.

(4) The judged who took part in the deliberation must be present at the reading of the ruling and if some impediment occurs to one of them which does not terminate his legal power he must signed the notes to the ruling and this must be confirmed in the record of the session.

### Article 129

(1) In all cases rulings must include the grounds upon which they are based, and the notes of the ruling comprising the grounds for it and signed by the president and the judges at the time of pronouncement of the ruling and shall be lodged in the case file.

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73706



WOSTB
LEGAL TRANSLALTION

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

(2) It shall be permissible in urgent matters for the ruling to be pronounced in the same session as the proceedings and for the notes comprising its grounds to be lodged in the case file within three days at the most from the date of pronouncement.

(3) The notes comprising the dispositive portion of the ruling and its grounds shall be kept in the case file.

(4) Any contravention of the provisions appearing in paragraphs (1) and (2) shall result in the invalidity of the ruling.

### Article 130

(1) The ruling shall indicate the court which issues it, the date and place of its issue, the type of case, the names of the judges who heard the arguments, participated in the ruling and attended its pronouncement, the member of the Public Prosecution who expressed his opinion on the case if such exists, the names of the adversaries, their titles, their capacities, the domicile of each of them or their place of work, and their attendance or absence.

(2) The ruling must also include a resume of the facts of the case, then the requests of the adversaries and a brief summary of the essence of their defense and the pinion of the Public Prosecution. Following this the grounds of the ruling and its dispositive portion shall be stated.

(3) If there is a deficiency in the factual grounds of the ruling or a gross error in the names or capacities of the adversaries, or if the names of the judges who issued the ruling are not shown, the ruling shall be invalid.

### Article 131

(1) The president of the session and his clerk shall sign the original transcript of the ruling comprising the facts of the case, the grounds and the dispositive portion within three days of the lodging of the notes in urgent cases and 10 days in other cases and such transcripts shall be lodged immediately in the case file.

(2) If for any reason the president of the session is prevented from signing the original transcript of the ruling or delaying the signature in such a way as to be detrimental to justice or to the interests of the adversaries, the president of the court or whoever acts on his behalf shall be permitted to sign it. If some such reason arises with regard to the clerk of the session the chief clerk may sign in his stead. This shall be confirmed in the margin of the original document.

### Article 132

شارع حمدان - أمام بناية العين للتأمين - أبوظبي - أ.ع.م. - تليفون : ٦٢٧٢٠٦٥ - فاكس : ٦٢٦٧٢٥٧ - ص.ب : ٤٣٣٨٣
Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383
No. 73707




**WOSTB LEGAL TRANSLALTION**

Ali Kasem - *Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice*

(1) The copy of the ruling which shall be the basis for its execution shall be stamped with the stamp with the stamp of the court and signed by the clerk he has appended the executory formula. It shall be submitted only to the adversary who has some interest in its execution. It is required that the ruling should be lawfully executable.

(2) A second executory copy may not be supplied to the same adversary unless the first copy has been lost or it cannot be used. This shall be by order of the judge or the president of the circuit according to the circumstances.

(3) A simplified original copy of the original transcript of the ruling may be supplied to any person concerned who requests it but may not be given to any other person except with the permission of the judge or the president of the circuit according to the circumstances.

\* \* \*

## Section 3 – Correction and Explanation of Rulings

### Article 137

(1) The court may by a decision which it shall issue at the request of one the adversaries, or of its own accord, without any legal proceedings, correct any material errors which occur in a written or calculated part of its ruling. The clerk to the court shall effect this correction on the original transcript of the ruling and he and the president of the session shall sign it.

(2) If a decision is issued rejecting the correction, it may not be contested except with a contestation of the ruling itself. A decision issued for correction may be contested independently by the methods of contestation permitted with regard to the ruling which is the subject of the correction.

### Article 138

The adversaries shall be permitted to request an explanation of anything which is vague or obscure in the dispositive portion of the ruling from the issuing court. The request shall be submitted in the normal manner for filing a claim and the ruling issued for explanation shall be deemed conclusive in all respects to the ruling which it explains. The principles regarding the manner of contestation which apply to the first ruling shall apply to this ruling.

\* \* \*

## Chapter 12

## Section 1 – Methods of Contesting Rulings

### Article 150

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73708




(1) Rulings may only be contested by the party against whom a ruling is made. They may not be contested by any person who accepts a ruling either explicitly or implicitly, nor by a person in whose favor a ruling is made with regard to all of his requests, unless the law stipulates otherwise.

(2) No detriment shall befall the contestant on account of his contestation.

\* \* \*

## Section 2 – Appeals

### Article 158

In cases other than those excluded by the law the adversaries shall be permitted to appeal before the relevant appeal court against the rulings of the primary court.

\* \* \*

### Article 162

(1) An appeal shall be filed by a document lodged with the office of the clerks to the court at the relevant appeal court and shall be entered immediately in the register maintained for this purpose. The document must contain the details of the ruling appealed against, its date, the reasons for appeal, the demands, names of adversaries, their capacities, the domicile of each, and the chosen domicile of the appellant in the town in which the relevant appeal court is based.

(2) The appellant must submit sufficient copies of the appeal document in accordance with the number of those against whom the appeal is made and a copy for the office of the clerks to the court, and must attach the documents supporting the appeal.

(3) The appellant may nevertheless submit the grounds for his appeal up to the date of the first session fixed for hearing the appeal, otherwise ruling shall be made for non-acceptance of the appeal.

\* \* \*

## Section 4 – Cassation

### Article 173

(1) Litigants may appeal for cassation against the judgments delivered by the appellate courts if the action value exceeds two hundred thousand Dirhams or if the action is not of an estimated value in the following cases:

 

**WOSTB LEGAL TRANSLALTION**

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

(a) If the appealed judgment is bases on violating the law or an error in its application r interpretation.

(b) If some invalidity in the judgment or procedures affects the judgment.

(c) If the appealed judgment is delivered in violation of the rules of jurisdiction.

(d) If the dispute is decided by contradicting another judgment delivered on the same subject between the same litigants and having the same executory force as the decided order.

(e) If the appealed judgment fails to contain its grounds or if such grounds are insufficient or ambiguous.

(f) If the rule is delivered for demands not claimed by litigants or exceeding their claims.

(2) Litigants may appeal before the court of cassation, notwithstanding the issuing court, against any final judgment that decides on a dispute by contradicting another judgment that has been already delivered between litigants and acquired the same executory force as the decided order.

(3) Judgments by the appellate court in execution procedures shall not be appealable for cassation.

\* \* \*

### Article 176

The period for appealing in Cassation shall be 60 days.

## PART THREE
## IMPLEMENTATION

### Chapter 1 – General Provisions

**Section 1 – The Executive Judge**

### Article 219

(1) Implementation shall take place under the supervision of an Executive Judge who shall be appointed at the seat of every primary court. He shall be assisted in this by a sufficient number of executive agents.

(2) The procedures established before the primary court shall be followed before the Executive Judge unless the law stipulates otherwise.

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73710




**WOSTB LEGAL TRANSLALTION**

Ali Kasem - Legal Translator ( Arabic/English ) duly authorized by UAE Ministry of Justice

\* \* \*

### Chapter 2 – Seizure

**Section 1 – General Rulings**

#### Article 247

Without prejudice to the provisions of any other law, no attachment shall lay on the following:

(1) Public funds owned by the state or an emirate.

(2) The house considered the dwelling of the debtor or convict or his relatives dwelling with him he supports them in case of his death.

(3) The clothes necessary for the debtor, the house furniture, kitchen tools, food and fuel necessary for his family for six months.

(4) The land owned by the farmer or fisherman or the agricultural tools required for it to the extent that suffices his living and his dependants.

(5) Funds donated or bequeathed in order that its profits be a pension or a payment temporarily or for life, and sums ruled by the judiciary which are fixed or arranged as temporary pension or to be spent for a particular purpose, all with the exception of a quarter in fulfillment of an established pension debt.

(6) Funds donated or bequeathed provided that they may not be attached, if the attachment requestor is a creditor of the donor whose debt accrues before the donation or bequest, except for paying a prescribed debt, within the limits of the quarter.

(7) The books, tools and facilities necessary for the debtor to pursue his profession or craft himself unless the attachment is for charging their price or the expenses of their maintenance or a prescribed maintenance.

(8) The movable property considered a property by particularization if it is attached independently of the property allocated for serving it, unless the attachment is for charging its price or the expenses of its maintenance.

(9) Wages and salaries except by one fourth of the basic wage or salary. In case of lapping, priority shall be given to the maintenance debt.

Hamdan Streer - opp. Al Ain Insuranc Bldg. - Abu Dhabi - U.A.E. - Tel. : 6272065 - Fax : 6267257 - P.O.Box: 43383

No. 73711



# قانون اتحادي رقم (11) لسنة 1992 (*)
## بإصدار قانون الإجراءات المدنية

نحن زايد بن سلطان آل نهيان،      رئيس دولة الإمارات العربية المتحدة،

بعد الاطلاع على الدستور المؤقت،

وعلى القانون الاتحادي رقم (1) لسنة 1972، بشأن اختصاصات الوزارات وصلاحيات الوزراء والقوانين المعدلة له،

وعلى القانون الاتحادي رقم (10) لسنة 1973 في شأن المحكمة الاتحادية العليا، والقوانين المعدلة له،

وعلى القانون الاتحادي رقم (11) لسنة 1973 في شأن تنظيم العلاقات القضائية بين الإمارات الأعضاء في الاتحاد.

وعلى القانون الاتحادي رقم (6) لسنة 1978 في شأن إنشاء محاكم اتحادية ونقل اختصاصات الهيئات القضائية المحلية في بعض الإمارات إليها، والقوانين المعدلة له،

وعلى القانون الاتحادي رقم (17) لسنة 1978 بتنظيم حالات وإجراءات الطعن بالنقض أمام المحكمة الاتحادية العليا والقوانين المعدلة له،

وعلى قانون المعاملات المدنية الصادر بالقانون الاتحادي رقم (5) لسنة 1985م والقوانين المعدلة له،

وبناءً على ما عرضه وزير العدل، وموافقة مجلس الوزراء، وتصديق المجلس الأعلى للاتحاد،

أصدرنا القانون الآتي:-

---

(*) عُدّل هذا القانون بالقانون الاتحادي رقم (30) لسنة 2005 الصادر بتاريخ 30/11/2005، والمنشور في العدد رقم (440) من الجريدة الرسمية.

والذي استبدل المادة الأولى من قانون الإصدار، والمواد أرقام:
(5) و(12) و(25) و(26) و(28) و(30) و(48) و(49) و(51) و(52) و(53) و(70) و(71) و(80) و(85) و(117) و(127) و(141) و(143) و(152) و(173) و(174) و(175) و(176) و(177) و(179) و(183) و(203) و(241) و(247) و(251) و(252) و(254) و(255) و(261) و(271) و(329).

كما أضاف المادة (158 مكرراً).

ونصت المادة الثالثة منه على: «ينشر هذا القانون في الجريدة الرسمية، ويعمل به من تاريخ نشره».

لهذا قام معهد التدريب والدراسات القضائية بهذا العمل الجليل بنهج علمي أكاديمي، وتدقيق قانوني، ولغوي.

آملين أن يكون في هذا الجهد فائدةً وخدمة لوطننا الغالي، في طريق الازدهار والتطور، على جميع المستويات ولاسيما فيما يتعلق بالقضاء والعدالة.

والله ولي التوفيق،،

د. هادف بن جوعان الظاهري

وزير العـــدل

رئيس مجلس إدارة معهد التدريب والدراسات القضائية