# EXHIBIT C



**United Arab Emirates**

**Ministry of Justice**

Ref. No.: 7/9/4

Date: September 7, 2006

**Minister's Office**

**Circular No. 38 of 2006**

Messrs, the Presidents of the Federal Appeal Courts

Messrs, the Presidents of the Shariaa Appeal Courts

Messrs, the presidents of the Federal First Instance Courts

Messrs, the Presidents of the Shariaa First Instance Courts

Pursuant to article 5 of the Code of Civil Procedure No. 11 of 1992 as amended by law No. 30 of 2005, an agreement was concluded with Aramex[1], by virtue of which the mentioned company serves all kinds of court documents of various court levels. This entails the application of this law while abiding by the following:

1- The party requesting the notice to be served shall pay to the office of the company in charge of serving the notice, the relevant fees, estimated to AED 20 for each notice.

2- The notice shall be submitted to the Registrar's Office along with a document evidencing the payment of the mentioned fees.

3- The Registrar's Office shall, before the end of the working hours of each day, deliver all registered notices to the Company's office by virtue of a receipt and delivery authorization.

4- Following the serving of the notice, the court documents served by the Company shall be delivered to a competent employee with the Clerk's Office by virtue of a receipt and delivery authorization.

---

[1] Translator note: Aramex is an Arab based logistics and transportation company.

5- The competent employee shall distribute the notices to the departments, each according to the relevant case.

6- An amount of AED 20 is estimated for each served notice unless the notifying party changes the domicile of the party to whom the notice shall be served.

7- In the event of administrative adjournment of the cases and other similar cases, notices shall be served through the Company by virtue of an order given by the President of the Court. The latter shall collect the due notice fees through the Ministry of Justice.

8- In labor and civil status cases, and in the exceptional case where the notifying party fails to pay the notice fees, the President of the Court shall entrust the Court's notice office with the execution.

9- These procedures shall enter into force as of Monday, September 11, 2006.

*Follow the seal and signature of the Minister of Justice Mohammad Nakhira Al Dhaheri and the seal of the Ministry, the Minister's Office.*

[Seal: Katia Oneissi Sworn Translator]

I HEREBY CERTIFY THAT THIS TRANSLATION IS TRUE TO THE ORIGINAL.
**Katia Oneissi**

2

United Arab Emirates
Ministry of Justice

دولة الإمارات العربية المتحدة
وزارة العدل

Ref. No.:
Date:

مكتب الوزير
MINISTER'S OFFICE

الرقم: ح ع/ق/٧/٩/٤
التاريخ: ١٤ شعبان ١٤٢٧هـ
الموافق: ٧ سبتمبر ٢٠٠٦م

تعميم رقم ( ٢٨ ) لسنة ٢٠٠٦

| | |
|---|---|
| السادة / رؤساء المحاكم الاستئنافية الاتحادية | المحترمين |
| السادة / رؤساء المحاكم الاستئنافية الشرعية | المحترمين |
| السادة / رؤساء المحاكم الابتدائية الاتحادية | المحترمين |
| السادة / رؤساء المحاكم الابتدائية الشرعية | المحترمين |

السلام عليكم ورحمة الله وبركاته ... وبعد ...

إعمالاً لنص المادة الخامسة من قانون الإجراءات المدنية رقم " ١١ " لسنة ١٩٩٢ المعدل بالقانون رقم " ٣٠ لسنة ٢٠٠٥ " تم التعاقد مع شركة أرامكس بموجبه تقوم الشركة بإعلان الأوراق القضائية على اختلاف أنواعها بكافة درجات المحاكم . الأمر الذي يجب معه إتباع أحكام هذا القانون مع مراعاة ما يأتي:-

أولاً:- على طالب الإعلان سداد مصاريف الإعلان لمكتب الشركة المكلفة بالإعلان والتي تقدر بمبلغ ' ٢٠ ' درهم عن كل إعلان.

ثانياً: تقدم ورقة الإعلان إلى قلم القيد مصحوبة بما يفيد سداد مصاريف الإعلان.

ثالثاً: يقوم قلم القيد قبل انتهاء مواعيد العمل من كل يوم بتسليم كافة الإعلانات التي تم قيدها إلى مكتب الشركة بموجب إذن تسليم وتسلم.

رابعاً: بعد تمام الإعلان يتم تسليم الأوراق القضائية المعلنة من قبل الشركة إلى موظف مختص من قلم الكتاب بموجب إذن تسليم وتسلم.

أبوظبي : ص ب : ٢٦٠ - هاتف : ٦٨١٤٠٠٠ - فاكس : ٦٨١٥٨٥٨      هاتف : ١٨١١٠٠٠ - فاكس : ٩٨١٥٨٥٨
دبي : ص ب : ١٦٨٢ - هاتف : ٢٨٢٥٩٩٩ - فاكس : ٢٨٢٥٥٥٧      هاتف : ١٩٨٢٩٩٩ - فاكس : ٢٨٢٥٥٥٧

# United Arab Emirates
## Ministry of Justice

### MINISTER'S OFFICE

Ref. No.:
Date:

خامساً : يقوم الموظف المختص بتوزيع الإعلانات على الدوائر كل حسب القضايا المنوطة بها.

سادساً: بقدر مبلغ " ٢٠٠ " عشرون درهم " عن كل إعلان يتم تنفيذه ما لم يغير المعلن موطن المعلن إليه.

سابعاً: في حالات التأجيل الإداري للدعاوى وما يشابهها يتم الإعلان بوساطة الشركة بأمر من رئيس المحكمة وعليه تحصيل مصاريف الإعلان عنهم عن طريق وزارة العدل.

ثامناً : في الدعاوى العمالية والأحوال الشخصية في الحالات الاستثنائية الخاصة بإعسار المعلن عن سداد مصاريف الإعلان لرئيس المحكمة تكليف قلم المعلنين بالمحكمة بتنفيذه.

تاسعاً: يبدأ العمل بهذه الإجراءات اعتباراً من يوم الاثنين الموافق ٢٠٠٦/٩/١١م.

مع أطيب تحياتي..



Abu Dhabi : P.O.Box . 260 - Tel : 6814000 - Fax : 6815858
Dubai : P.O.Box : 1682 - Tel : 2825999 - Fax : 2825337