UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
- TAMPA DIVISION -

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited liability company,

    Plaintiff,

v.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a foreign governmental instrumentality, AABAR INVESTMENTS PJSC, a foreign governmental instrumentality and TASAMEEM REAL ESTATE CO., LLC, a foreign company,

    Defendants.

CASE NO.: 8:10 CV 529-JSM-TGW

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' THIRD MOTION TO STAY DISCOVERY

| Exhibit No. | Description |
| --- | --- |
| 1 | Composite of Plaintiff's Requests for Production to Defendants |
| 2 | Letter from Plaintiff's Counsel to Defendants' Counsel, dated April 16, 2010, enclosing courtesy advance drafts of discovery requests |
| 3 | Composite of Plaintiff's First Sets of Interrogatories to Defendants |
| 4 | Composite of Press Releases related to the privatization of Aabar |
| 5 | List of IPIC Board of Directors from IPIC's website |
| 6 | Article from "The National", dated June 2, 2010, regarding Sheikh Mansour's control of Tasameem |
| 7 | Aabar Board of Director's Report and Consolidated Financial Statements, dated December 31, 2009 |
| 8 | Article from "The New York Times", dated May 25, 2010, regarding Abu Dhabi's control of Tasameem and Aabar involving investments in a New York skyscraper |
| 9 | Article from "The National", dated May 30, 2010, regarding the Abu Dhabi Government's ownership of Tasameem |
| 10 | Aabar Press Release regarding investment in XOJet, Inc., a California company |
| 11 | List of United Arab Emirates Federal Ministries showing that Ministry of Presidential Affairs is Sheikh Mansour bin Zayed Al Nahyan |