UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
**- TAMPA DIVISION -**

CAPITAL TRANS INTERNATIONAL, LLC,
a Florida limited liability company,

      Plaintiff,

v.

INTERNATIONAL PETROLEUM
INVESTMENT COMPANY, a foreign
governmental instrumentality, AABAR
INVESTMENTS PJSC, a foreign governmental
instrumentality and TASAMEEM REAL
ESTATE CO., LLC, a foreign company,

      Defendants.

CASE NO.: 8:10 CV 529-JSM-TGW

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 1 | Composite of Excerpts from Plaintiffs' First Set of Requests for Production and Interrogatories | 3 |
| 2 | Composite of Excerpts from Plaintiffs' Second Set of Requests for Production and Interrogatories | 3 |
| 3 | Composite of Press Releases related to the privatization of Aabar | 4, 12, 14, 18 |
| 4 | List of United Arab Emirates Federal Ministries showing that Ministry of Presidential Affairs is Sheikh Mansour bin Zayed Al Nahyan ("Sheikh Mansour") | 4 |
| 5 | Article from "The National", dated June 2, 2010, regarding Sheikh Mansour's control of Tasameem | 4, 16, 18 |
| 6 | Article from "The National", dated May 9, 2009, stating that Aabar is an Abu Dhabi Government controlled investment vehicle | 4, 12, 14, 18 |
| 7 | Article from "The New York Times", dated May 25, 2010, regarding Abu Dhabi's control of Tasameem and Aabar involving investments in a New York skyscraper | 12, 14, 15, 16, 18 |
| 8 | Aabar Incorporation Statement from www.aabar.com | 12, 14 |

| 9 | Excerpts of Aabar Board of Director's Report and Consolidated Financial Statements, dated December 31, 2009 | 14, 15, 16 |
|---|---|---|
| 10 | Aabar Press Release regarding investment in XOJet, Inc., a California company | 16 |
| 11 | 2009 Article from "The National", dated May 30, 2010, regarding the Abu Dhabi Government's ownership of Tasameem | 17, 18, 30 |
| 12 | IPIC Board of Directors listing Sheikh Mansour as Chairman | 30 |
| 13 | April 22, 2009 Article from ABC News detailing videotaped torture of Afghan Grain Farmer by Member of Abu Dhabi ruling family. | 30 |
| 14 | January 11, 2010 New York Times Article regarding the acquittal of Sheikh accused of torture. | 30 |