**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CAPITAL TRANS INTERNATIONAL, LLC,

    Plaintiff,

v.                                                     CASE NO:  8:10-CV-529-T-30TGW

INTERNATIONAL PETROLEUM
INVESTMENT COMPANY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss (Dkt. #29), Plaintiff's Response (Dkt. #39), and Defendant Tasameem's Reply (Dkt. #44). The Court, after reviewing the pleadings, the memos of the parties, and the relevant case law, determines that the Motion should be denied as to its claim that the Amended Complaint is untimely and held in abeyance pending further discovery as to jurisdiction.

Defendants claim the Amended Complaint is untimely because it was filed without leave of Court more than twenty one days after Defendants' Motion to Dismiss the original Complaint. Defendants acknowledge they granted Plaintiff an extension of time to respond to its Motion to Dismiss, but denied that they gave an extension for Plaintiff to file an Amended Complaint. Plaintiff counters that it considers its Amended Complaint a response, and if not, seeks the approval of this Court of its Amended Complaint as being timely filed. Without belaboring the issue, the Court deems it appropriate to grant approval *nunc pro tunc* of the filing of the Amended Complaint and it will be deemed timely filed.

As to jurisdiction, the parties argue whether this Court has jurisdiction of Plaintiff's claims under the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. §§ 1330(a), and, as to Defendant Tasameem, under Florida's Long Arm Statute, § 48.193(1)(a). Defendants rely on the allegations contained in Plaintiff's Complaint plus facts contained in supporting affidavits filed with the Motion to Dismiss the Amended Complaint. Plaintiff takes issue with the facts contained in the supporting affidavits and has requested that discovery be allowed on the issue of jurisdiction.

It is appropriate that discovery be allowed before this Court rules on jurisdiction. *Eaton v. Dorchester Development, Inc.*, 692 F. 2d 727 (11th Cir. 1982).

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss (Dkt. #29) the Amended Complaint as untimely is hereby DENIED.

2. The remainder of this Motion to Dismiss will be held in abeyance pending adequate discovery on the issue of jurisdiction.

3. The parties are directed to confer on the scheduling of discovery within twenty (20) days. Such conference may be by telephone. The parties are directed to submit a proposed discovery plan with the Court within thirty (30) days, or, if the parties are unable to reach agreement, contact this Court within said thirty (30) days for the scheduling of a hearing to resolve any disputes.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-529.mtd 29.wpd