UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------x
CAPITAL TRANS INTERNATIONAL, LLC, : Case No. 8:10-CV-529-T 30TGW
a Florida limited liability company, :
 :
         Plaintiff, :
 :
         -against- :
 :
INTERNATIONAL PETROLEUM :
INVESTMENT COMPANY, a foreign company, :
AABAR INVESTMENTS PJSC, a foreign :
company, and TASAMEEM REAL ESTATE CO, :
LLC, a foreign limited liability company, :
 :
         Defendants. :
---------------------------------------------------------------x

## INITIAL DISCLOSURES OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Defendants International Petroleum Investment Company ("IPIC"), Aabar Investments PJSC ("Aabar"), and Tasameem Real Estate Company, LLC ("Tasameem") (collectively "Defendants"), by and through their undersigned counsel, hereby provide these initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Defendants make these disclosures based upon information and documents obtained to date and currently reasonably available to them, and without waiver of the attorney-client privilege, work product doctrine, or any other privileges or immunities under law. Defendants reserve the right to modify, amend, or otherwise supplement these disclosures in accordance with Rule 26(e) of the Federal Rules of Civil Procedure as, and to the extent that, additional information becomes available during the course of this lawsuit.

**EXHIBIT**

## INITIAL DISCLOSURES

A.  **Rule 26(a)(1)(A)(i): Individuals Likely To Have Discoverable Information**

Based upon information reasonably available to Defendants at this time and subject to the limitations set forth above, Defendants identify the following individuals as likely to have discoverable information that Defendants may use, other than solely for impeachment, to support their claims or defenses.

| Name | Contact Information | Possible Subject(s) |
|---|---|---|
| Mohamed Badawy Al-Husseiny | c/o Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Agreements alleged and matters referred to in the Amended Complaint dated June 9, 2010 (the "Amended Complaint"); Aabar's status as private, non-governmental entity. |
| Khadem Al Qubaisi | c/o Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Agreements alleged and matters referred to in the Amended Complaint. |
| Ghada Farhat | c/o Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Agreements alleged and matters referred to in the Amended Complaint. |
| David Forbes | c/o Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Agreements alleged and matters referred to in the Amended Complaint. |
| Fadi Kantar | Capital Trans International, LLC | Agreements alleged and matters referred to in the Amended Complaint. |
| Pierre Maroun | Capital Trans International, LLC | Agreements alleged and matters referred to in the Amended Complaint. |

**B.     Rule 26(a)(1)(A)(ii):  Description By Category Of Documents**

Defendants identify the following categories (to the extent any may exist) of non-privileged documents, electronically stored information, and tangible things that are in its possession, custody, or control and that Defendants may use to support their claims or defenses. These materials are generally located at Defendants' offices in Abu Dhab, United Arab Emirates:

1. Correspondence between Defendants and Plaintiff relating to agreements alleged and matters referred to in the Amended Complaint.

2. Correspondence between Defendants and third-parties relating to agreements alleged and matters referred to in the Amended Complaint.

3. Documents relating to Aabar and Tasameem's status as private, non-governmental entities.

4. Documents relating to the proposed acquisitions alleged in the Amended Complaint

**C.     Rule 26(a)(1)(A)(iii):  Computation Of Damages**

Defendants are not seeking damages, and Rule 26(a)(1)(A)(iii) does not apply to Defendants.

**D.     Rule 26(a)(1)(A)(iv):  Insurance Agreements**

Defendants are not currently aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

ORLA_1641074.1

Dated: October 18, 2010

        By: /s/ Christi R. Adams
        John R. Hamilton
        Florida Bar No. 0774103
        jhamilton@foley.com
        Christi R. Adams
        Florida Bar No. 0498351
        cadams@foley.com
        FOLEY & LARDNER LLP
        111 N. Orange Ave., Ste. 1800
        Orlando, FL  32801
        Telephone: (407) 423-7656
        Facsimile:  (407) 648-1743
        *Attorneys for Defendants*

*Of Counsel:*

Henry Weisburg
Karen Hart
Jennifer Rimm

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 646-4000

4

ORLA_1641074.1