## Supplemental Rule 26(a)(1)(A)(ii) Disclosures

Various emails between Mohamed Badawy Al-Husseiny/Ghada Farhat/ Khadem Al Qubaisi and Fadi Kantar, dated February-June, 2009, regarding Four Seasons Hotel, Inc.

Various emails between Ghada Farhat and Fadi Kantar, dated March 7-9, 2009, regarding Inca Refinery.

Various letters between Fadi Kantar/Pierre Maroun and Khadem Al Qubaisi, dated July 13-30, 2009, regarding CTI's invoices.

Various letters between Khadem Al Qubaisi/Mohamed Badawy Al-Husseiny and H.R.H. Prince Alwaleed Bin Tala Bin Abdulaziz Al Saud/Mohamed Hassan Al Majdadi, dated February-July, 2009, regarding Four Seasons Hotels, Inc.

**EXHIBIT**