## Index of Exhibits

| Exhibit Number | Title of Document |
| --- | --- |
| 1 | Excerpts from Al Tamimi & Company Marketing Brochure |
| 2 | October 28, 2007 article |
| 3 | 2009 U.S. Department of State Human Rights Report |
| 4 | Guide to United Arab Emirates Legal System article |
| 5 | Congressional Research Service report dated June 23, 2010 |
| 6 | Bertelsmann Stiftung, BTI 2010 - United Arab Emirates Country Report |
| 7 | *John Hopkins v. Al Reem*, 374 F. Supp. 2d 465 |
| 8 | MENA Legal |
| 9 | The Abu Dhabi Government Structure |
| 10 | Freedom House Report |
| 11 | Human Rights Council Periodic Review |
| 12 | Arab Judicial Structures article |
| 13 | United Arab Emirates Constitution |
| 14 | Al-Suwaidi article |
| 15 | U.S. Department of State Religious Freedom Report |
| 16 | UAE Constitutional and Statutory Provisions |
| 17 | UAE Federal Law No. 6 of 1978, Art.8 |
| 18 | Business Laws of the Middle East article |
| 19 | Civil Code, issued as Federal Law No. 5 of 1985 |
| 20 | Human Rights Watch Report |
| 21 | Restatement 3d of the Foreign Relations Law of the U.S., §111 |
| 22 | *Paquete Habana*, 175 U.S. 677 |
| 23 | Human Rights Council Report |
| 24 | Universal Declaration of Human Rights |
| 25 | International Covenant on Civil and Political Rights |
| 26 | General Comment No. 32 |
| 27 | Restatement 3d of the Foreign Relations Law of the U.S., § 102 |