**John C. Dotterrer Counsellors at Law, P.A.**
**Attorneys for Plaintiff**

*Capital Trans International, LLC v.*
*International Petroleum Investment Company, et al.*
Case No.: 8:10 CV 529-JSM-TGW

# Hakkasan Restaurant at the Fontainebleau Miami Beach

*90% Owned by Tasameem*









EXHIBIT