# Aabar Investments PJSC

BOARD OF DIRECTORS' REPORT

31 DECEMBER 2009



EXHIBIT

A

*aabar*

**Aabar Investments PJSC**

**Board of Directors Report for 2009**

Dear Shareholders,

We are pleased to present the annual report of Aabar Investments PJSC ("Aabar") and its business activities for the year 2009 together with the consolidated financial statements for the year ended 31 December 2009 and the audit report thereon.

**Company Business Performance**

During the year 2009 Aabar has achieved significant milestones and has successfully placed itself as a leading global investor in a time of global turmoil. The most prominent of these investments are in the automotive industry which includes the 9.1% investment in Daimler AG during March 2009 out of which several joint investments have been made. Aabar partnered with Daimler AG to invest in the electric car manufacturer Tesla Motors. In the second quarter of 2009, along with Daimler AG and other players, Aabar agreed to establish a network of vehicle and engine manufacturing plants in Algeria. At the end of the 2009 Aabar jointly invested with Daimler AG to acquire a significant stake in Brawn GP which has since been named Mercedes GP.

Aabar's investment in the financial services sector has been through its 100% acquisition of Falcon Private Bank, headquartered in Zurich, from AIG (fully consolidated in the financial results of Aabar). In addition, Aabar has also invested in Unicredit convertible instrument CASHES and Banco Santander ADRs.

In the second quarter of 2009, Aabar joined Austrian based Berndorf AG to establish a joint investment company, ABAG Aktiengesellschaft, incorporated in Austria. ABAG is an investment vehicle which has been mandated to strategically invest in the acquisition of small and medium sized European companies across various sectors.

**Financial Performance**

As a result of the investments made during 2009, Aabar has seen exponential growth in the value of the company. This value creation is a clear indication of Aabar's access to high quality deal flows, an extensive pipeline of investment opportunities and the strength of its existing portfolio. For the twelve months ended 31 December 2009, Aabar reported a comprehensive income of AED 2,075 million which is a three-fold increase versus 2008, when it reported a comprehensive income of AED 727 million. Earnings per share fell to AED 0.59 compared to AED 0.80 in 2008, as a result of the exercise of the mandatory convertible bonds by the International Petroleum Investment Company (IPIC). Total shareholders' equity increased by over five times as of 31 December 2009, to AED 12,655 million, in comparison to the amount of AED 2,306 million as of 31 December 2008. Shareholders' equity represents a net worth of AED 4.05 per share at the end of 2009, as compared to AED 2.56 per share at the end of 2008. During this year, assets have grown over 11 times in value as total assets increased from AED 3.2 billion in 2008 to AED 37.3 billion in 2009.

I would like to take this opportunity to thank Aabar staff for their good performance, and my fellow board members and our shareholders for their continued support. I look forward to another successful year ahead.

Khadem Abdulla Al Qubaisi
Chairman of the Board

# Aabar Investments PJSC

CONSOLIDATED FINANCIAL STATEMENTS

31 DECEMBER 2009

Aabar Investments PJSC

## CONSOLIDATED INCOME STATEMENT
Year ended 31 December 2009

| | Notes | 2009 AED '000 | 2009 USD '000 | 2008 AED '000 | 2008 USD '000 |
|---|---|---|---|---|---|
| **CONTINUING OPERATIONS** | | | | | |
| Revenue from banking activities | 6 | 197,686 | 53,813 | - | - |
| Cost of banking activities | | (41,280) | (11,237) | - | - |
| **GROSS PROFIT** | | 156,406 | 42,576 | - | - |
| Operational expenses | 7 | (322,090) | (87,677) | (41,185) | (11,211) |
| Dividend income | | 83,756 | 22,799 | - | - |
| Interest income | | 54,017 | 14,704 | 67,944 | 18,495 |
| Net gain on investments at fair value through profit or loss | 8 | 9,126,985 | 2,484,480 | 8,072 | 2,197 |
| Interest expense | | (317,210) | (86,349) | (161,864) | (44,061) |
| Loss from derivative financial instruments | 9 | (6,776,778) | (1,844,724) | (9,814) | (2,671) |
| Other (expenses) income, net | 10 | (391,042) | (106,446) | 9,682 | 2,636 |
| Share of results of associates | 17 | 10,065 | 2,740 | - | - |
| **PROFIT (LOSS) BEFORE TAX FROM CONTINUING OPERATIONS** | | 1,624,109 | 442,103 | (127,165) | (34,615) |
| Income tax expense | 11 | (34,778) | (9,467) | - | - |
| **PROFIT (LOSS) FOR THE YEAR FROM CONTINUING OPERATIONS** | | 1,589,331 | 432,636 | (127,165) | (34,615) |
| **DISCONTINUED OPERATIONS** | | | | | |
| Profit after tax for the year from discontinued operations | | - | - | 232,878 | 63,392 |
| Gain on disposal of subsidiary | | - | - | 692,462 | 188,497 |
| **PROFIT FOR THE YEAR** | | 1,589,331 | 432,636 | 798,175 | 217,274 |
| Profit attributable to: | | | | | |
| Equity holders of the parent | | 1,587,850 | 432,233 | 721,593 | 196,427 |
| Non-controlling interests | | 1,481 | 403 | 76,582 | 20,847 |
| | | 1,589,331 | 432,636 | 798,175 | 217,274 |
| | | AED | USD | AED | USD |
| Basic and diluted earnings per share attributable to equity holders of the parent | 12 | 0.59 | 0.16 | 0.80 | 0.22 |
| Basic and diluted earnings (loss) per share from continuing operations attributable to equity holders of the parent | 12 | 0.59 | 0.16 | (0.14) | (0.04) |

The attached notes 1 to 41 form part of these consolidated financial statements.

Aabar Investments PJSC

## CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME
Year ended 31 December 2009

|  | 2009 AED '000 | 2009 USD '000 | 2008 AED '000 | 2008 USD '000 |
|---|---|---|---|---|
| **PROFIT FOR THE YEAR** | 1,589,331 | 432,636 | 798,175 | 217,274 |
| **Other comprehensive income** | | | | |
| Net gain from foreign currency translation reserve | 12,803 | 3,520 | - | - |
| Net changes in fair value of available-for-sale investments | 469,975 | 127,933 | - | - |
| Net movement in fair value of cash flow hedge | - | - | 5,235 | 1,425 |
| Gains arising during the year from actuarial valuation | 8,728 | 2,376 | - | - |
| Income tax effect | (1,833) | (499) | - | - |
| Total other comprehensive income, net of tax | 489,673 | 133,330 | 5,235 | 1,425 |
| Total comprehensive income, net of tax | 2,079,004 | 565,966 | 803,410 | 218,699 |
| Total comprehensive income attributable to: | | | | |
| Equity holders of the parent | 2,074,643 | 564,779 | 726,828 | 197,852 |
| Non-controlling interests | 4,361 | 1,187 | 76,582 | 20,847 |
| | 2,079,004 | 565,966 | 803,410 | 218,699 |

The attached notes 1 to 41 form part of these consolidated financial statements.

Aabar Investments PJSC

## CONSOLIDATED STATEMENT OF FINANCIAL POSITION
At 31 December 2009

| | Notes | 2009 AED '000 | 2009 USD '000 | 2008 AED '000 | 2008 USD '000 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Property and equipment | 13 | 165,650 | 45,092 | 308 | 84 |
| Goodwill and other intangible assets | 14 | 408,251 | 111,131 | - | - |
| Investment properties | 15 | 34,349 | 9,350 | - | - |
| Advances on investment properties | 35 | 7,816,964 | 2,127,876 | 585,056 | 159,259 |
| Investments in associates | 17 | 529,159 | 144,044 | - | - |
| Deferred tax asset | 11 | 9,583 | 2,609 | - | - |
| Held-to-maturity financial assets | 18 | 1,001,467 | 272,612 | - | - |
| Available-for-sale investments | 19 | 1,920,771 | 522,858 | - | - |
| Other assets | 20 | 714,631 | 194,531 | 11,898 | 3,238 |
| Derivative financial instruments | 36 | 104,086 | 28,334 | 17,648 | 4,804 |
| Loans and other banking receivables | 21 | 2,280,932 | 620,898 | - | - |
| Investments at fair value through profit or loss | 22 | 20,629,352 | 5,615,568 | 1,294,924 | 352,495 |
| Due from banks | 23 | 672,649 | 183,103 | - | - |
| Bank balances and cash | 24 | 984,256 | 267,927 | 1,301,792 | 354,364 |
| **TOTAL ASSETS** | | 37,272,100 | 10,145,933 | 3,211,626 | 874,244 |
| **EQUITY AND LIABILITIES** | | | | | |
| Equity attributable to equity holders of the parent | | | | | |
| Share capital | 25 | 3,128,000 | 851,481 | 900,000 | 244,991 |
| Statutory reserve | 26 | 4,621,243 | 1,257,960 | 165,243 | 44,981 |
| Retained earnings | | 2,516,179 | 684,936 | 1,241,129 | 337,851 |
| Cumulative changes in fair value of available-for-sale investments | | 469,975 | 127,933 | - | - |
| Proposed dividends | 39 | 312,800 | 85,148 | - | - |
| Foreign currency translation reserve | | 9,923 | 2,701 | - | - |
| Shareholder's loan | 27 | 1,589,770 | 432,755 | - | - |
| Reserve for actuarial gain | | 6,895 | 1,877 | - | - |
| | | 12,654,785 | 3,444,791 | 2,306,372 | 627,823 |
| Non-controlling interests | | 4,361 | 1,187 | - | - |
| Total equity | | 12,659,146 | 3,445,978 | 2,306,372 | 627,823 |
| **LIABILITIES** | | | | | |
| Deferred tax liability | 11 | 59,856 | 16,294 | - | - |
| Pension and other post employment benefits | 28 | 24,327 | 6,622 | 822 | 223 |
| Borrowings | 29 | 15,096,287 | 4,109,399 | 893,170 | 243,132 |
| Provisions | 30 | 39,744 | 10,819 | 1,034 | 281 |
| Advances due on investment properties | | 435,908 | 118,660 | - | - |
| Other liabilities | | 289,801 | 78,887 | 414 | 113 |
| Derivative financial instruments | 36 | 4,642,764 | 1,263,818 | 9,814 | 2,672 |
| Customer deposits and other amounts due to banking customers | 31 | 3,276,381 | 891,872 | - | - |
| Due to banks | 32 | 747,886 | 203,584 | - | - |
| Total liabilities | | 24,612,954 | 6,699,955 | 905,254 | 246,421 |
| TOTAL EQUITY AND LIABILITIES | | 37,272,100 | 10,145,933 | 3,211,626 | 874,244 |

CHAIRMAN                                          DIRECTOR

The attached notes 1 to 41 form part of these consolidated financial statements.

Aabar Investments PJSC

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
At 31 December 2009

### 16   SUBSIDIARIES

The financial statements include the financial statements of the Company and the subsidiaries listed in the following table:

| | Country of incorporation | Percentage of holding | |
| --- | --- | --- | --- |
| | | 2009 | 2008 |
| Soturo Beteilingungsverwaltungs GmbH ("Soturo") | Austria | 100% | 100% |
| Sopela Beteilingungsverwaltungs GmbH ("Sopela") | Austria | 100% | 100% |
| Gutiba Beteilingungsverwaltungs GmbH ("Holdco") | Austria | 100% | - |
| Aabar Automotive Beteilingungsverwaltungs GmbH ("Bidco") | Austria | 100% | - |
| Aabar Luxco ("Luxco") | Luxembourg | 100% | - |
| PA 73 GmbH | Austria | 100% | - |
| PA 80 GmbH | Austria | 100% | - |
| Falcon Bank (its subsidiaries are not deemed significant) | Switzerland | 100% | - |

The Company disposed of one of its subsidiaries, Pearl Energy Limited ("Pearl"), in May 2008.

### 17   INVESTMENT IN ASSOCIATES

| | 31 December 2009 | | 31 December 2008 | |
| --- | --- | --- | --- | --- |
| | Ownership % | Carrying value AED '000 | Ownership % | Carrying value AED '000 |
| Bank Zweiplus | 43.00 | 279,364 | - | - |
| Mercedes GP Ltd | 30.04 | 249,795 | - | - |
| | | 529,159 | | - |

**Bank Zweiplus**
Bank Zweiplus is registered in Switzerland. The Group has 43.00% ownership interest in Bank Zweiplus through Falcon Bank. It is engaged in banking business. Its functional currency is Swiss Franc ("CHF").

**Mercedes GP Ltd (formerly Brawn GP Limited)**
Mercedes GP Ltd is registered in England. The Group acquired a 30.04% stake in this "Formula One" racing team on 24 December 2009 with a put and call arrangement with sellers to purchase or to sell an additional 9.96% stake. Daimler AG is the Company's partner in this transaction. The entity's functional currency is Great Britain Pound ("GBP").

| | 2009 AED '000 | 2008 AED '000 |
| --- | --- | --- |
| **Share of assets and liabilities** | | |
| Assets | 1,318,408 | - |
| Liabilities | 1,077,592 | - |
| | 240,816 | - |
| Consideration in excess of net fair value of assets and liabilities | 288,343 | - |
| Carrying amount of the investments | 529,159 | - |
| **Share of revenue and net profit** | | |
| Revenue | 70,684 | - |
| Net profit | 10,065 | - |

The net fair value of assets and liabilities for Mercedes GP Ltd is based on provisional purchase price allocation undertaken at the completion date. The purchase price allocation will be finalised at a later date.

Aabar Investments PJSC

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
At 31 December 2009

**18    HELD-TO-MATURITY FINANCIAL ASSETS**

The balance represents mainly investments in Government treasury securities and corporate bonds.  They are predominantly denominated in CHF and are investment grade assets.

**19    AVAILABLE-FOR-SALE INVESTMENTS**

|  | Number of shares | 31 December 2009 AED '000 | 31 December 2008 AED '000 |
|---|---|---|---|
| Atlantia S.p.A. (quoted) | 19,095,166 | 1,834,483 | - |
| Tesla Motors Inc. (unquoted) | 8,970,889 | 86,288 | - |
|  |  | 1,920,771 | - |

Shares in Atlantia S.p.A. are pledged as collateral against term loan 3 (note 29). This has been reclassified from fair value through profit or loss investments (note 22) as a result of a change in accounting policy after IPIC become the parent company of the group.

The investment in Tesla Motors Inc. (a start up company) made in July 2009, is carried at cost, due to absence of an active market or any recent transactions that could provide evidence of the current fair value. Management is of the view that any fair value gain or loss will not be material to the overall consolidated financial statements.

**20    OTHER ASSETS**

Included in other assets is an advance of AED 613,219 thousand (2008: nil) made on a real estate project in the United States of America.

**21    LOANS AND OTHER BANKING RECEIVABLES**

|  | 2009 AED '000 | 2008 AED '000 |
|---|---|---|
| Commercial lending | 3,567 | - |
| Consumer lending | 2,277,229 | - |
| Other | 136 | - |
|  | 2,280,932 | - |
| On demand | 107,920 | - |
| Time deposits | 2,173,012 | - |
|  | 2,280,932 | - |

Aabar Investments PJSC

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
At 31 December 2009

### 22   INVESTMENTS AT FAIR VALUE THROUGH PROFIT OR LOSS

|  | Number of shares/units | 2009 AED '000 | 2008 AED '000 |
|---|---|---|---|
| Daimler AG shares (i) | 96,408,000 | 18,894,419 | - |
| CASHES of Unicredit S.p.A.(ii) | 498 | 271,067 | - |
| Banco Santander (Brasil) ADSs (iii) | 24,500,000 | 1,254,645 | - |
| Atlantia S.p.A. (quoted) (iv) | 19,095,166 | - | 1,294,924 |
| Others |  | 209,221 | - |
|  |  | 20,629,352 | 1,294,924 |

i)     The Company has taken collars and put options to fix the floor and cap price for movements in the share price of Daimler AG. These collars are in the range of EUR 36.41 - EUR 24.71 and EUR 27.66 - EUR 18.72 per Daimler AG share for a period between 10 June 2010 and 24 September 2012. Shares in Daimler AG are pledged as collateral against the term loans 1 and 2 (note 29).

ii)    This represents an investment in the Convertible and Subordinated Hybrid Equity-Linked Securities of Unicredit S.p.A., an Italian bank. These mandatory convertible bonds, due on 15 December 2050 are exchangeable into ordinary shares of Unicredit S.p.A, if at any time, between 23 February 2016 and 15 December 2050, the exchange security price of Unicredit S.p.A. shares, for each of 20 out of 30 consecutive trading days, exceeds 150% of the exchange price (Euro 3.83), the bonds will be automatically redeemed.

iii)   This represents investment in American depositary shares of Banco Santander (Brasil) S.A. (a subsidiary of Banco Santander S.A. headquartered in Spain). Shares are pledged as collateral the against term loan 5 (note 29).

iv)    In current year this investment has been reclassified to available-for-sale investments (note 19).

### 23   DUE FROM BANKS

|  | 2009 AED '000 | 2008 AED '000 |
|---|---|---|
| Current accounts | 415,619 | - |
| Time deposits | 257,030 | - |
|  | 672,649 | - |

### 24   CASH AND CASH EQUIVALENTS

Bank balances and cash includes:

|  | 2009 AED '000 | 2008 AED '000 |
|---|---|---|
| *Unrestricted cash:* |  |  |
| Bank balances and cash | 911,876 | 52,308 |
| Bank deposits with a maturity of three months or less | 43,615 | 943,352 |
|  | 955,491 | 995,660 |
| *Restricted cash* | 28,765 | 306,132 |
|  | 984,256 | 1,301,792 |

Aabar Investments PJSC

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
At 31 December 2009

### 24    CASH AND CASH EQUIVALENTS continued

Bank deposits are held with commercial banks mainly in Abu Dhabi and Switzerland. These are denominated in AED, USD and CHF and carry an effective annual interest rate of 5.85% (2008: 6.3%).

Restricted cash represents deposits pledged as security against the issuance of guarantees.

### 25    SHARE CAPITAL

On 18 February 2009 and 23 March 2009, mandatory convertible bonds were issued to IPIC for an aggregate amount of AED 6,684 million, and were simultaneously converted into 2,228,000 thousand ordinary shares of nominal value of AED 1 each at a premium of AED 2 per share at the date of the issue. Share premium of AED 4,456,000 thousand has been included in the statutory reserve (note 26).

As a result of the conversion of the bonds, the share capital of the Company increased to AED 3,128,000 thousand. Authorised share capital as well issued and fully paid share capital consists of 3,128,000 thousand of ordinary shares at a nominal value of AED 1 each.

### 26    STATUTORY RESERVE

As required by the UAE Commercial Companies Law of 1984 (as amended) and the articles of association of the Company, 10% of the profit for the year is transferred to the statutory reserve. The Company has resolved to discontinue such transfers as the reserve exceeds 50% of the share capital. The reserve is not available for distribution. This includes share premium of AED 4,456,000 (note 25) in accordance with UAE Company Law.

### 27    SHAREHOLDER'S LOAN

During the year, the Company was granted a loan of EUR 302,000 thousand (AED 1,589,770 thousand at 31 December 2009) from IPIC. The loan is interest free, unsecured and is repayable at the discretion of the Company's Board of Directors.

### 28    PENSION AND OTHER POST EMPLOYMENT BENEFITS

The staff costs included in consolidated income statement are as follows:

|  | 2009 AED '000 | 2008 AED '000 |
|---|---|---|
| Wages and salaries | 92,879 | 6,434 |
| Defined contribution plans | 809 | - |
| Defined benefit plans | 3,229 | - |
| Employees' end of service benefits | 709 | 905 |
| Bonuses | 26,138 | 1,739 |
| Other | 18,529 | 2,658 |
|  | 142,293 | 11,736 |

Aabar Investments PJSC

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
At 31 December 2009

### 33   COMMITMENTS AND CONTINGENCIES continued

On 20 July 2009, the Company has signed an agreement to invest AED 1 billion, in return for a 32% stake in Virgin Galactic LLC, subject to United States of America (US) Government approval. It has also committed to investing a further AED 360 million in the company to develop the small satellite business. The Company intends to be a pioneer in space tourism, transporting people, and later small satellites, safely into space and back down to earth. The investment is pending the US Government approval.

### (iii)   Operating lease commitments

|  | 2009<br>AED '000 | 2008<br>AED '000 |
|---|---|---|
| Operating lease commitments: |  |  |
| Up to 1 year | 6,408 | - |
| 1 to 5 years | 42,493 | - |
| Beyond 5 years | 8,154 | - |
|  | 57,055 | - |

### 34   CLIENT ASSETS

|  | 2009<br>AED '000 | 2008<br>AED '000 |
|---|---|---|
| Mutual funds | 7,908,001 | - |
| Third party managed funds | 2,161,568 | - |
| Assets with discretionary mandates | 2,988,571 | - |
| Other | 26,453,469 | - |
|  | 39,511,609 | - |

### 35   RELATED PARTY DISCLOSURES

Related parties represent the associates, major shareholders, directors and key management personnel of the Group, and entities controlled, jointly controlled or significantly influenced by such parties. Pricing policies and terms of these transactions are approved by the Group's management. The following table provides the total amount of transactions that have been entered into with related parties for the year ended 31 December 2009.

|  | Loan<br>owed to<br>related<br>parties<br>AED '000 | Other<br>assets<br>AED '000 | Loans<br>owed by<br>related<br>parties<br>AED '000 | Interest<br>received<br>AED '000 |
|---|---|---|---|---|
| Associates | - | 4,008 | - | - |
| Key management personnel | - | - | 11,069 | 151 |
| Shareholder's loan (note 27) | 1,589,770 | - | - | - |
|  | 1,589,770 | 4,008 | 11,069 | 151 |