UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
-TAMPA DIVISION-
CASE NO. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC,
a Florida limited liability company,
    Plaintiff,
-vs-
INTERNATIONAL PETROLEUM INVESTMENT,
COMPANY, a foreign governmental
instrumentality, AABAR INVESTMENTS, PJSC,
a foreign governmental instrumentality,
and TASAMEEM REAL ESTATE CO., LLC,
a foreign governmental instrumentality,

    Defendants.

---

VOLUME I OF II, PAGES 1 - 97
DEPOSITION OF MOHAMED AHMED BADAWY AL-HUSSEINY
TAKEN ON BEHALF OF THE PLAINTIFF

Wednesday, May 18, 2011
9:34 a.m. - 12:25 p.m.

125 Worth Avenue
Suite 310
Palm Beach, Florida  33480

Reported by Kathleen Lusz, RPR

Job#229539





EXHIBIT 1

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1        A.    We can have 40 percent or more depending on
 2   what level of participation and what we have.
 3        Q.    Are you obligated to loan more than
 4   200 million presently?
 5        A.    No.  No.
 6        Q.    Okay.  Now, we'll call that the Carnegie 57
 7   project --
 8        A.    Yes.
 9        Q.    -- is that right?
10              I won't call it the Manhattan Project.
11              There is another participant in that project
12   named Tasameem?
13        A.    Yes.
14        Q.    And what's the full name of that company?
15        A.    What I know is Tasameem.  I don't think there
16   is any further extension of it.
17        Q.    Tasameem Properties?  Tasameem Real Estate?
18        A.    Probably Tasameem Real Estate.
19        Q.    You're not really sure?
20        A.    I think it's Tasameem Real Estate.
21        Q.    LLC?
22        A.    I'm not sure, but I think it's LLC.
23        Q.    And that's Tasameem, I'll refer to it that way
24   as a shorthand --
25        A.    Okay.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

25

1    Q.    -- is a co-participant with Aabar in the
2 Carnegie 57 project?
3    A.    I wouldn't say it's a co-participant with
4 Aabar.  It's a participant in the project.
5    Q.    What is Tasameem?
6    A.    What is Tasameem?
7    Q.    Yes.
8    A.    It's a real estate investment company.
9    Q.    Who is the owner of it?
10    A.    I'm not sure.
11    Q.    Who is the head of it?
12    A.    Khadem Al Qubaisi.
13    Q.    May I refer to him in this deposition as
14 Mr. Al Qubaisi?
15    A.    Yes.
16    Q.    Are you acquainted with a distinguished
17 gentleman by the name of His Highness Sheikh Mansour?
18    A.    When you say acquainted, what does that mean?
19    Q.    Do you know him?
20    A.    I know him, yes.
21    Q.    Yes.
22    A.    I don't know him personally.  I know him as
23 the chairman of IPIC.
24    Q.    I see.  And could you please recite for the
25 record his full name?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                        38

1    giving the biographical information on Mr. Al Mehairi?
2         A.    Yeah.
3         Q.    Okay.  Let's turn to another director of
4    Aabar.
5               (Plaintiff's Exhibit Number 3 was marked for
6    identification.)
7    BY MR. DOTTERRER:
8         Q.    Now, I'm showing you Plaintiff's Exhibit
9    Number 3.  All right.  Do you know his Excellency Khadem
10   Abdulla Al Qubaisi?
11        A.    Correct.
12        Q.    We discussed him briefly earlier, correct?
13        A.    Yes.
14        Q.    And I'll refer to him as Mr. Al Qubaisi if
15   that's okay with you.
16        A.    Yes.
17        Q.    And is Exhibit Number 3 a printout from the
18   IPIC website concerning Mr. Al Qubaisi's bio?
19        A.    This is an Aabar website.
20        Q.    I'm sorry.  From the Aabar website?
21        A.    Yes.
22        Q.    Yes?
23        A.    Yes.
24        Q.    Now, does he hold any positions with IPIC?
25        A.    He is the managing director of IPIC.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1      Q.   He's the managing director of IPIC?
 2      A.   Yes.
 3      Q.   And is that the top day-to-day position at
 4 IPIC?
 5      A.   That's his full-time job.
 6      Q.   So he is the top executive at IPIC with
 7 day-to-day responsibilities?
 8      A.   Correct.
 9      Q.   And he is responsible for the entire IPIC?
10      A.   Correct.
11      Q.   And he is a member of the board of directors
12 of Aabar, right?
13      A.   Correct.
14      Q.   And what is his position with Aabar?
15      A.   He sits on the board as chairman.
16      Q.   So he's both the chairman of the board of
17 directors of Aabar and the managing director of IPIC?
18      A.   Correct.
19      Q.   Who is the chairman of IPIC?
20      A.   Sheikh Mansour.
21      Q.   Has Mr. Al Qubaisi ever held any positions
22 with government entities?
23      A.   Not that I know of.
24      Q.   Okay.  Except for IPIC which is wholly owned
25 by the Abu Dhabi Government, correct?
```



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1    A.    You need three.
2    Q.    You need three?
3    A.    Yeah.
4    Q.    All right.  Most board meetings five attend?
5    A.    No.  It varies:  Sometimes four; sometimes
6  five; sometimes three.
7    Q.    But every action that's been taken since
8  January 1, 2009 that you can recall has been unanimous?
9    A.    Every action that has been taken has been
10  unanimous of the attending board members.
11    Q.    I understand.  So you cannot pass any action
12  of Aabar by yourself only with your vote; that's
13  impossible?
14    A.    That's correct.
15    Q.    So you need --
16    A.    But I can -- I have an investment committee.
17  So if I'm reviewing an investment, if it doesn't pass
18  our investment criteria I wouldn't take it to the board.
19    Q.    The board of directors has to vote to approve
20  any major action of the company?
21    A.    Yes.
22    Q.    All right.  So in order to take any action of
23  Aabar, any major action, you need the vote of at least
24  one of the board members who is also at IPIC?
25    A.    Correct.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1    Q.   So in a sense, IPIC has a veto?
2         MR. WEISBURG:  Objection.  Argumentative.
3    A.   I don't know if --
4  BY MR. DOTTERRER:
5    Q.   You don't know?
6    A.   I don't know if that -- that means any board
7  resolution they can -- Did you say IPIC, or did you say
8  Aabar?
9    Q.   I said IPIC.
10   A.   IPIC, no.  IPIC is a shareholder in Aabar.
11 IPIC has no involvement in Aabar board matters.
12   Q.   Except that four of the five members of the
13 board also work for IPIC?
14   A.   Yes.
15        MR. WEISBURG:  Objection.  You're just arguing
16        with the witness.  This isn't facts.
17 BY MR. DOTTERRER:
18   Q.   All right.  What's the smallest number of
19 directors that you've had at a board meeting since
20 January 1, 2009?
21   A.   Three.
22   Q.   And so at every board meeting during that
23 period of time you were, of course, the only director
24 who does not also have a position at IPIC?
25        MR. WEISBURG:  Objection.  Asked and answered



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume II                                May 18, 2011

133

1     A.     Probably.
2          MR. WEISBURG:  Do you agree with that
3     Mr. Dotterrer?
4          MR. DOTTERRER:  I'm not being deposed here.
5          MR. WEISBURG:  Well, I was wondering whether
6     we could make a stipulation that this is a mistake.
7          MR. DOTTERRER:  Probably.
8          MR. WEISBURG:  Yes or no?
9          MR. DOTTERRER:  I can't tell you right now.
10         MR. WEISBURG:  Okay.
11         MR. DOTTERRER:  But maybe.
12    BY MR. DOTTERRER:
13         Q.     Mr. Al-Husseiny, who at Aabar would know about
14    what, if any, verbal promises to pay CTI were made to
15    it?
16         A.     No one there now.
17         Q.     What about Mr. Al Qubaisi?
18         A.     If he did, then only he would know.
19         Q.     All right.  You know nothing about it?
20         A.     I know nothing about it.
21         Q.     And you haven't looked into it?
22         A.     No.
23         Q.     Exhibit 31 is a business record of Aabar kept
24    in the regular course of its business?
25         A.     Actually, this probably would not be in the



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1      A.   Khadem Al Qubaisi, myself and Niall Howard.
 2      Q.   That's N-I-A-L-L, correct?
 3      A.   Yes.
 4      Q.   And Hakkasan is 90 percent owned by Tasameem?
 5      A.   Yes.
 6      Q.   So Tasameem put you on the board of Hakkasan?
 7      A.   Yes.
 8      Q.   How did it do that?
 9      A.   I was invited, and I accepted.
10      Q.   You were invited by?
11      A.   By Khadem Al Qubaisi.
12      Q.   Did Tasameem have a board meeting or a
13   resolution to appoint you as a director of Hakkasan?
14      A.   Don't know.
15      Q.   Are you also an executive with Hakkasan?  Do
16   you hold any officership positions?
17      A.   No.
18      Q.   How frequently are your board meetings held?
19      A.   Maybe four times a year.
20      Q.   Where?
21      A.   Either in London or in Abu Dhabi.
22      Q.   Does Hakkasan have any other restaurants in
23   the U.S.?
24      A.   No.  Only the one in --
25      Q.   Miami.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1  And I'd like you to observe it.  And my first question
2  when we finish is is this a video of an interview that
3  you gave.
4       A.   Okay.
5       Q.   So I'll call this 39-A, this particular
6  section.
7            (The following video was played:)
8            UNIDENTIFIED SPEAKER:  The prestigious Laureus
9  World Sports Awards ceremony will be held in the
10 UAE for the first time this year with the event
11 taking place in Abu Dhabi on March 20.  The awards
12 will recognize sporting achievement during 2009 and
13 is seen as the top honor on the international
14 sporting calendar.
15           Aabar Investments are a part of the event, and
16 we're joined by the CEO Mohamed Badawy Al-Husseiny
17 to explain their work within the awards.
18           Thanks for joining us today.
19           MR. AL-HUSSEINY:  Thank you very much.  I'm
20 glad to be here.
21
22           UNIDENTIFIED SPEAKER:  Now why did Aabar want
23 to get involved with the awards?
24           MR. AL-HUSSEINY:  Well, obviously we are
25 indirectly involved with Laureus through our


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1  partnership with Mercedes.  As you know, Aabar is
2  the largest single shareholder of Mercedes.  And we
3  were introduced to Laureus through Mercedes.
4       UNIDENTIFIED SPEAKER:  So how important do you
5  think sport is in the UAE?
6       MR. AL-HUSSEINY:  It's extremely important.
7  Clearly major sporting events have been held in
8  Abu Dhabi already, including, but not limited to,
9  golf, Formula 1, tennis, soccer.  And bringing
10 Laureus to Abu Dhabi I think is part and parcel of
11 that sporting enthusiasm that we see happening
12 again in Abu Dhabi.
13      UNIDENTIFIED SPEAKER:  Definitely some major
14 events.
15      Now, of course, Aabar has made headlines with
16 it's upcoming merger with Arabtec.  There has been
17 some speculation in the market that the merger may
18 not go ahead.  What can you tell us about this?
19      MR. AL-HUSSEINY:  Well, I normally don't
20 comment on speculation.  Clearly this is a process
21 that is ongoing, and for as long as it's not
22 completed yet.  Any major announcements on the
23 outcome of the transaction, we'll certainly
24 announce it.
25      UNIDENTIFIED SPEAKER:  Now it's believed that


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

187

1   Arabtec is waiting on the final paperwork from
2   Aabar before its general assembly meets to approve
3   the deal.  How long until this paperwork is
4   provided to Arabtec?
5           MR. AL-HUSSEINY:  Again, this process is
6   ongoing.  I can't comment on timelines.  But what I
7   can comment on is the process is ongoing.
8           UNIDENTIFIED SPEAKER:  Well, stay tuned on
9   that.
10          Now it's been a massive 12 months for Aabar
11  with some very pleasing results released recently.
12  Your full year net profit rose by a massive 133 per
13  and fourth quarter results by 9 percent.
14          MR. AL-HUSSEINY:  Obviously we've announced
15  the pre-results.  We had what I would argue to be a
16  fantastic year.  Our audit process is still
17  continuing.  And we think what we've announced as
18  our pre-results will be very much in line with the
19  final results that hopefully we may end up
20  announcing within the next few weeks.
21          UNIDENTIFIED SPEAKER:  Now, of course, it's
22  just been announced that Aabar will pay $20 million
23  for a stake in a private aviation company XOJET to
24  launch a joint venture to provide private airline
25  services to Middle East destinations.  When do you


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                188

1    expect this to be up and running?
2         MR. AL-HUSSEINY:  We think this will be up and
3    running very shortly.  Very shortly could mean less
4    than one month.  We will start off with at least
5    two jets, private jets, Citation X's, which are
6    probably the fastest commercial jets available
7    today.  And we are very excited about this.
8         UNIDENTIFIED SPEAKER:  Some big plans on the
9    horizon.  Now can you tell us about any other new
10   developments or big announcements you're going to
11   have take place this year?
12        MR. AL-HUSSEINY:  I'm unable to announce any
13   new announcements because anything new I have to
14   disclose it to the greater public.  We are an
15   investment company.  We look for opportunities,
16   continuously we look for opportunities.  We
17   specifically look for opportunities that have
18   either direct or indirect benefit, in fact, to
19   Abu Dhabi or the UAE.  And when we find those
20   opportunities, we pursue them and make
21   accommodations to our board.
22        UNIDENTIFIED SPEAKER:  Well, keeping very
23   secret on that one.  We hope you'll keep us updated
24   though.
25        Thank you so much for your time today.  We



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

189

1    really appreciate talking to you, the CEO of Aabar
2    Investments, Mohamed Badawy Al-Husseiny.
3         MR. AL-HUSSEINY: Thank you.
4         UNIDENTIFIED SPEAKER: Well, that's it for
5    this episode of Inside Business. Of course you can
6    contact us by writing to ib@city7tv.com. Don't
7    forget you can also join the Inside Business
8    Facebook page. But for now, from all of us on the
9    business desk, goodbye, and thanks for watching.
10        (Video recording was stopped.)
11   BY MR. DOTTERRER:
12        Q.   All right. So is what you just observed,
13   which is Exhibit 39-A, a video of an interview --
14        A.   Yes.
15        Q.   -- that you gave?
16        A.   Yes.
17        Q.   And what was the date of that interview?
18        A.   Don't remember. Maybe end of March 2009. Or
19   was it 2010? 2010.
20        Q.   2010?
21        A.   I think so.
22        Q.   And where was the interview held?
23        A.   In Abu Dhabi.
24        Q.   Where?
25        A.   I think it was at the Emirates Palace.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1   Q.   That's not what I'm asking, sir.  I'm just
2   asking if what you saw on the screen, the questions and
3   the answers is what happened that day --
4       A.   Correct.
5       Q.   -- that you think was in March of 2010?
6       A.   Yes.
7       Q.   It accurately portrays that?
8       A.   Yeah.  It accurately portrays what I said.
9       Q.   All right.  Let's go to 39-B, another video.
10          MR. DOTTERRER:  Do you know what the length of
11  that video?
12          MR. TORRES:  That one we just watched?,
13          MR. DOTTERRER:  Yes.
14          MR. TORRES:  Four minutes, 54 seconds.
15          MR. DOTTERRER:  Okay.  Thank you.  Now we go
16  to 39-B.
17          (The following video was played:)
18          UNIDENTIFIED SPEAKER:  In this edition we're
19  focusing on the Abu Dhabi based Aabar Investments.
20          Mohamed, thank you very much for joining us.
21  Now, you're seen as having a wide range of
22  opportunities within the portfolio.  So before we
23  go on to the sporting event, let's have an overview
24  of the portfolio.
25          MR. AL-HUSSEINY:  Sure.  We are an investment



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

195

1  already have, including -- including real estate.
2  Some of the portfolio that we have means that we
3  will develop --
4        UNIDENTIFIED SPEAKER:  Right.
5        MR. AL-HUSSEINY:  -- those assets.
6        And we would also look for opportunities that
7  hopefully we can import them back to Abu Dhabi.
8        UNIDENTIFIED SPEAKER:  Okay.
9        MR. AL-HUSSEINY:  -- as a model for internal
10 process.  Anything we evaluate as an investment if
11 it has either a direct or indirect benefit back to
12 Abu Dhabi, we look at it very closely.
13       UNIDENTIFIED SPEAKER:  I'm just thinking about
14 what we have been speaking about so far.  You've
15 got some very high profile household names in many
16 ways.  And another one that's just come to my mind
17 is Virgin Galactic, jets soaring off into space
18 really.  So --
19       MR. AL-HUSSEINY:  Right.
20       UNIDENTIFIED SPEAKER:  -- what's the time
21 frame for that?
22       MR. AL-HUSSEINY:  Well, I think we've
23 disclosed that that is going through an approval
24 process.  I think in order for the process to go
25 through, it has to go through CFIUS approval


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume II                    May 18, 2011

                                                                    197

1     And in particular for Laureus we had a meeting
2     with Dr. Dieter Zetsche, CEO for Daimler --
3         UNIDENTIFIED SPEAKER:  Daimler.
4         MR. AL-HUSSEINY:  -- and my chairman, His
5     Excellence Khadem Al-Qubaisi.  And Dr. Zetsche
6     recommended to my chairman that -- and presented
7     Laureus as an event that is both for sports and
8     more importantly as an event that provides a lot of
9     charitable activities.  And immediately my chairman
10    looked at it and he basically said that this is
11    good for humanity, and it's good for Abu Dhabi.
12        UNIDENTIFIED SPEAKER:  Yeah.  It's going to be
13    a massive exposure, of course, with so many
14    international stars descending onto the awards
15    itself.
16        MR. AL-HUSSEINY:  Effectively Abu Dhabi
17    continues to be on the map.
18        UNIDENTIFIED SPEAKER:  Yeah.  Okay.  Well,
19    thanks very much for that.
20        And we'll finish off I think how you see 2010?
21    You know we speak to you in a year's time, what do
22    you think you'll have hoped to have achieved?
23        MR. AL-HUSSEINY:  I think 2010 will be an
24    opportunity for us to look at and consolidate some
25    of the investments we currently have, while


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

206

1    Q.   I'm sorry.  They are already numbered.
2    Already done.  Sorry.  False alarm.
3         So is Exhibit 40 a press release prepared by
4    Aabar?
5    A.   I think it's a joint press release.
6    Q.   With Aabar and Virgin Galactic?
7    A.   Yes.
8    Q.   It's on Aabar stationery, and it also has --
9         MR. WEISBURG:  Objection.  It's on Virgin
10   stationery.  It says Aabar and Virgin.
11   BY MR. DOTTERRER:
12   Q.   It's on stationery that has --
13        MR. WEISBURG:  It's dual headed.
14        THE WITNESS:  Dual headed.
15   BY MR. DOTTERRER:
16   Q.   Dual headed.  Okay.
17   A.   Yeah.
18   Q.   And it includes Aabar obviously?
19   A.   Yes.
20   Q.   On each page, right?
21   A.   Yeah.
22   Q.   So both companies participated in preparing
23   this press release?
24   A.   Yes.
25   Q.   And this is available on the Aabar website,



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1    right?
 2        A.   I don't know.  Could be.
 3        Q.   And was this press release issued on or about
 4    July 28, 2009?
 5        A.   Was it?  Yes.
 6        Q.   All right.  And did you review the press
 7    release before it was approved by Aabar and issued?
 8        A.   Yes.
 9        Q.   All right.  I'd like to direct your attention
10    to the fourth paragraph.
11        A.   Okay.
12        Q.   And it begins to read, "Commenting on the
13    acquisition," referring to Aabar's acquisition of part
14    of Virgin Galactic, right?
15        A.   Okay.
16        Q.   "His Excellency Khadem Al Qubaisi, chairman of
17    Aabar, said," and there a quote to the end of the
18    paragraph, correct?
19        A.   Yes.
20        Q.   So that's a direct quote from Mr. Al Qubaisi?
21        A.   Yes.
22        Q.   All right.  Was that prepared in writing?
23        A.   It was prepared in writing, yes.
24        Q.   To be integrated into the press release?
25        A.   Correct.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1    meetings have been held there?
 2         A.    Most of the meetings are held there for the
 3    convenience of the directors.
 4         Q.    So most of the Aabar board meetings are held
 5    in the IPIC conference room --
 6         A.    Conference room.
 7         Q.    -- in the IPIC offices?
 8         A.    Yes.
 9         Q.    And what is the address of those offices?
10         A.    Zayed the 1st Street, Al Muhairy Center.
11         Q.    Could you spell that?
12               MR. WEISBURG:  We've already been through
13         this.  Asked and answered.
14               MR. DOTTERRER:  Okay.  Don't bother.
15               THE WITNESS:  Yeah.
16    BY MR. DOTTERRER:
17         Q.    Do you know the street, the number, postal
18    number?
19         A.    No.
20               MR. WEISBURG:  Assumes facts not in evidence.
21         A.    There is no -- there is no --
22    BY MR. DOTTERRER:
23         Q.    You just go to a building?
24         A.    Yes.
25         Q.    Okay.  And you said the name of the center was
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com