1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited )
liability company,                                    )
                                                      )
                Plaintiff,                            )
                                                      )
vs.                                                   )
                                                      )
INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a         )
foreign governmental instrumentality, AABAR           )
INVESTMENTS PJSC, a foreign governmental              )
instrumentality and TASAMEEM REAL ESTATE CO.,         )
LLC, a foreign governmental instrumentality,          )
                                                      )
                Defendants.                           )
_____X

VOLUME I    Page 1 to 200


DEPOSITION OF

MOHAMED HAMAD AL MEHAIRI

TAKEN ON BEHALF OF THE PLAINTIFF

May 19, 2011
9:15 a.m. - 3:45 p.m.
125 Worth Avenue
Suite 310
Palm Beach, FL 33480



Jennifer DiLorenzo, court reporter




EXHIBIT 4

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                            32

1      A.    Less than 24 hours.
2      Q.    Did you go anywhere else in the U.S. on that
3   trip?
4      A.    Yes.
5      Q.    Where was that?
6      A.    Boston.
7      Q.    For what purpose?
8      A.    To cut time off just for a couple of days.
9      Q.    Okay.  And in 2010?
10     A.    November of 2010, yes, we came for the
11  Road Show for the bond.
12     Q.    Was that to New York?
13     A.    New York, Boston, and L.A.
14     Q.    Okay.  Does IPIC issue bonds?
15     A.    Yes.
16     Q.    And are those considered to be sovereign
17  bonds?
18     A.    It's public bonds.  I'm not sure of the -
19  I understand.
20     Q.    Bonds are classified by rating agencies --
21     A.    Yes.
22     Q.    -- correct, sir --
23     A.    Yes.
24     Q.    -- such as S&P, Moody's, and Fitch's --
25     A.    Yes.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

34

| | | |
|---|---|---|
| 1 | A. | Four days. |
| 2 | Q. | And you called this a "Road Show" -- |
| 3 | A. | Yes. |
| 4 | Q. | -- right? Because IPIC is presenting its bonds to whom - to investment companies? |
| 6 | A. | Investors, yes. |
| 7 | Q. | Such as whom? |
| 8 | A. | Private entities, pension funds, and others. |
| 10 | Q. | Who accompanied you on that Road Show trip in 2010? |
| 12 | A. | It was IPIC - IPIC team we have. |
| 13 | Q. | Consisting of whom? |
| 14 | A. | The CFO. |
| 15 | Q. | His name is? |
| 16 | A. | Murtadha Al Hashemi. |
| 17 | Q. | He's also a member of the Board of Aabar Directors, right? |
| 19 | A. | Yes. |
| 20 | Q. | He's the CFO of IPIC? |
| 21 | A. | Yes. |
| 22 | Q. | Okay. And who else? |
| 23 | A. | Mohamed Al Fahim. |
| 24 | Q. | What's his position at IPIC? |
| 25 | A. | Finance Manager. |


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                         35

1     Q.     Does he report to --
2     A.     Murtadha, the CFO.  He reports to the CFO.
3     Q.     Yes.  The gentleman you just mentioned a
4  minute ago.
5     A.     Yes.
6     Q.     Okay.  Fine.
7            And Mr. Al Fahim is also a member of the Board
8  of Directors of Aabar.
9     A.     Yes.
10    Q.     Okay.  And who else?
11    A.     Senior Advisor from the Investments.
12    Q.     Who is that?
13    A.     Tatik, T-A - T-A-T-I-K.
14    Q.     T-A-T-I-K?
15    A.     Yes, Mankassarian.
16    Q.     M-A --
17    A.     M-A-N-A-K-S-A-R-I-N (sic).
18    Q.     What's his position at IPIC?
19    A.     Senior Advisor.
20    Q.     Does he have any positions at Aabar?
21    A.     No.
22    Q.     All right.  And who else?
23    A.     Two members from the Finance Team, Ed
24  Hassan - Edward Hassan.
25    Q.     Last name is, H-A --


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                              36

1       A.    Hassan.
2       Q.    H-A-S-S-A-N?
3       A.    Yes.
4       Q.    And his position is he's the Treasurer?
5       Q.    He's the treasurer of IPIC?
6       A.    Yes.
7       Q.    Does he report to the CFO?
8       A.    Yes.  No, to Mohamed Al Fahim - to the
9   Finance Manager.
10      Q.    Okay.  And who else?
11      A.    Mohamed Burrak, B-U-R-R-A-K, he's the Head
12  of Reporting at IPIC.
13      Q.    Reporting is Compliance?
14      A.    No, in the Finance Team, Head of
15  Reporting.
16      Q.    Preparing financial reports?
17      A.    Yes.
18      Q.    So you had six persons from IPIC on this Road
19  Show trip?
20      A.    And a legal advisor Malcolm McKannon.
21      Q.    Malcolm?
22      A.    McKannon.
23      Q.    McKannon?
24      A.    Yes.
25      Q.    M-C --



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

37

1    A.    M-C --
2          MR. SULLIVAN:  K.
3    A.    M-C-K -- Sorry.
4          MR. SULLIVAN:  "I," double "N."
5    BY MR. DOTTERRER:
6    Q.    Double "N," O-N?  Got it.
7          I'm sorry, his position?
8    A.    Legal counsel.
9    Q.    Was he an employee of IPIC?
10   A.    Yes.  Plus investment banks, yes.
11   Q.    Plus who?
12   A.    Investment banks, advisors, external
13   advisors.
14   Q.    I see.  From which companies?
15   A.    From Goldman Sachs.
16   Q.    Goldman Sachs in Abu Dhabi?
17   A.    Dubai, Dubai office.
18   Q.    And so your team on the Road Show consisted of
19   seven persons --
20   A.    Yes.
21   Q.    -- from IPIC?
22   A.    (Witness nods head.)
23   Q.    Yes?
24   A.    Yes.
25   Q.    And you made presentations in New York,



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                38

1    Boston, and L.A.?
2         A.    Yes.
3         Q.    Okay.  Did you personally make any
4    presentations --
5         A.    Yes.
6         Q.    -- to the audience?  Was that recorded in any
7    form?
8         A.    No.
9         Q.    For how long did you speak?
10        A.    The entire trip?
11        Q.    No, each time.  I assume you said
12   approximately the same thing at each stop --
13        A.    Yes.
14        Q.    -- in the U.S., right?
15        A.    Yes.
16        Q.    And how long was your presentation - you,
17   personally?
18        A.    Ten to 20 minutes, an hour.
19        Q.    And did you prepare some presentation
20   materials to hand out --
21        A.    Yes.
22        Q.    -- to the audiences?  What's the name of that?
23        A.    It's about IPIC.  It's an overview of
24   IPIC.
25        Q.    How many pages?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1    A.   No, no.
2    Q.   So your counsel showed it to you --
3    A.   Yes.
4    Q.   -- in preparation for this deposition?
5    A.   Yes.
6    Q.   And what was the date of the document?
7    A.   I don't remember.
8    Q.   And it was for an oil storage facility?
9    A.   Storage deal for a land.
10   Q.   Sorry.  I didn't catch that word.
11   A.   Storage or land agreement.  Just looked at
12   it quickly.  I don't know the details.
13   Q.   How many pages was it?
14   A.   One page.
15   Q.   Who was the creator of the document - was it
16   IPIC, Aabar, CTI?
17   A.   It's IPIC.
18   Q.   IPIC.  Who signed it?
19   A.   Khadem, as Director.
20   Q.   Al Qubaisi?
21   A.   Yes.
22   Q.   Are you familiar with any verbal
23   communications between IPIC and the Plaintiff, CTI?
24   A.   No.
25   Q.   Have you researched that at all to find out?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1   A.   No.
2   Q.   Have you spoken to Mr. Al Qubaisi about any of
3   this?
4   A.   Yeah, just once before I came here.
5   Q.   All right. And what did he tell you?
6   A.   He said there is a case and, you know, all
7   the details are with the lawyers.
8   Q.   Right. So you didn't ask him what
9   communications he had --
10  A.   No.
11  Q.   -- with CTI or CTI had with him?
12  A.   No.
13  Q.   Or what directions were given by IPIC to CTI?
14  A.   No.
15  Q.   You didn't discuss that?
16  A.   No.
17  Q.   So you don't know anything about that?
18  A.   No.
19  Q.   What do you know about the role of Sheikh
20  Monsour in Tasameem?
21       MR. WEISBURG:   Asked and answered.
22  A.   I don't know.
23  Q.   Did you research that in preparation for this
24  deposition?
25  A.   No.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com