Page 1

U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:10-CV-529-T 30TGW

CAPITAL TRANS INTERNATIONAL, LLC,
a Florida limited liability company,

    Plaintiff,

-vs-

INTERNATIONAL PETROLEUM INVESTMENT
COMPANY, a foreign company, AABAR
INVESTMENTS PJSC, a foreign company,
and TASAMEEM REAL ESTATE CO, LLC,
a foreign limited liability company,

    Defendants.
                          /

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| DEPOSITION OF: | PIERRE MAROUN |
| DATE TAKEN: | FRIDAY, MAY 20, 2011 |
| TIME: | 12:27 P.M. |
| PLACE: | 100 NORTH TAMPA STREET, SUITE 2700 TAMPA, FLORIDA |
| REPORTED BY: | CARMEN THOMAS, REGISTERED PROFESSIONAL REPORTER AND NOTARY PUBLIC |

* * * * * * * * * * * * * * * * * * * * * * * *

EXHIBIT 5

CAPITAL TRANS INTERNATIONAL, LLC v. INTERNATIONAL PETROLEUM INVESTMENT   5/20/2011                    PIERRE MAROUN

Page 61

1  such as the Caterpillar, Ford company.
2      Q   What's the second one, Ford?
3      A   Yeah.  He gave an example as Ford and
4  that's -- he did a presentation for Mr. Al Qubaisi and
5  Mr. Al Qubaisi did a presentation for Mr. Kantar and he
6  told him if we put our heads together we can make a lot
7  of money.
8      Q   Did you make any notes of this conversation?
9      A   Did I make any notes?
10     Q   That's my question.
11     A   No.
12     Q   Do you know whether Mr. Kantar made any notes
13 of his meeting with Mr. Al Qubaisi?
14     A   I'm not sure.  I'd have to ask him.
15     Q   And do you know exactly where this meeting
16 took place?
17     A   It took place in IPIC's headquarters,
18 Mr. Al Qubaisi's office in Al Mehairi.
19     Q   In Abu Dhabi?
20     A   Yes, sir.
21     Q   Have you ever seen any written document that
22 specifies that payments, if any, to be made to CTI by
23 the defendants were to be made in Florida?
24     A   No.  We don't ask for such documents usually
25 because it's offensive in UAE culture not to trust the

1    Mr. Al Husseiny?
2        A   Yes, sir.
3        Q   Okay. And that -- will you agree that was on
4    April 1, 2009?
5        A   I believe so.
6        Q   And what was said -- and that conversation
7    took place on the airplane?
8        A   Yes, sir.
9        Q   Okay. And is that the last time you saw
10   Mr. Al Qubaisi?
11       A   No, sir.
12       Q   When was the last time?
13       A   I believe toward the end of April or early
14   May of that year, 2009.
15       Q   And where was that meeting? So there was one
16   more meeting after April 1, 2009?
17       A   Yes.
18       Q   Where was that?
19       A   It was at IPIC headquarters in Abu Dhabi.
20       Q   Okay. Now, going down the page to paragraph
21   eight in the middle, let me read two sentences into the
22   record. It starts in the one, two, three, four, fifth
23   line. CTI members visas and it's not --
24           MR. WEISBURG:   Off the record.
25           (Off the record discussion.)