Mohamed Ahmed Badawy Al-Husseiny - Volume II        June 18, 2011

184

| | | |
|---|---|---|
| 1 | Q. | How did you know that he was with Tasameem? |
| 2 | A. | He introduced himself. |
| 3 | Q. | As such? |
| 4 | A. | Yes. |
| 5 | Q. | Is one of the purposes of Aabar to bring technology to Abu Dhabi? |
| 7 | A. | Aabar is a commercial investment company. |
| 8 | Q. | Is it used to bring technology to Abu Dhabi? |
| 9 | A. | I'm not sure I understand the question. Is it used by who? |
| 11 | Q. | By anyone such as its parent? |
| 12 | A. | Not to my knowledge. |
| 13 | Q. | We'd like to show you a couple of videos now. |

14        MR. WEISBURG:  Are you going to give us
15     copies?
16        MR. DOTTERRER:  Yes, as a matter of fact.
17        (Plaintiff's Exhibit Number 39 was marked for
18     identification.)
19        MR. DOTTERRER:  Here is copy for you.  Here is
20     copy for you.  That would be 39.
21        Excuse me for just a couple minutes.  I'll be
22     right back.
23        (A recess was taken from 4:02 until 4:04 p.m.)
24   BY MR. DOTTERRER:
25        Q.   Okay.  We are going to show you a video now.