```
                                                                    81
 1        A.    No.  IPIC made a loan to Aabar.
 2        Q.    Yes.
 3        A.    It never designated what the loan would be.
 4   IPIC does not designate what investments Aabar makes.
 5        Q.    Did Aabar ask for this loan?
 6        A.    Yes.
 7        Q.    When?
 8        A.    It would have been maybe a couple months
 9   before the loan was done.
10        Q.    And who did you ask?
11        A.    I asked through the board members of IPIC.
12        Q.    All of them?
13        A.    All of them.
14        Q.    How many are there?
15        A.    Four.
16        Q.    Did you do that at the board meeting?
17        A.    No.  I did that outside of a board meeting.
18   And then when --
19        Q.    Did you do that collectively to all four board
20   members?
21        A.    Individually.
22        Q.    Individually.
23        A.    Yeah.
24        Q.    Who did you ask first?
25        A.    My recollection is Murtadha, the CFO.
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

105

1          Q.    So in a sense, IPIC has a veto?
2                MR. WEISBURG:  Objection.  Argumentative.
3          A.    I don't know if --
4     BY MR. DOTTERRER:
5          Q.    You don't know?
6          A.    I don't know if that -- that means any board
7     resolution they can -- Did you say IPIC, or did you say
8     Aabar?
9          Q.    I said IPIC.
10         A.    IPIC, no.  IPIC is a shareholder in Aabar.
11    IPIC has no involvement in Aabar board matters.
12         Q.    Except that four of the five members of the
13    board also work for IPIC?
14         A.    Yes.
15               MR. WEISBURG:  Objection.  You're just arguing
16         with the witness.  This isn't facts.
17    BY MR. DOTTERRER:
18         Q.    All right.  What's the smallest number of
19    directors that you've had at a board meeting since
20    January 1, 2009?
21         A.    Three.
22         Q.    And so at every board meeting during that
23    period of time you were, of course, the only director
24    who does not also have a position at IPIC?
25               MR. WEISBURG:  Objection.  Asked and answered