MOHAMED HAMAD AL MEHAIRI - Volume I                     May 19, 2011

133

1     Q.    So you recommended taking full control of
2  Aabar to the IPIC Board?
3     A.    Based on request from Aabar.
4     Q.    I understand.
5     A.    So this is a sequence.
6     Q.    I want to get into the procedure at IPIC.
7     A.    Yeah, IPIC --
8     Q.    Let's concentrate on that.
9     A.    Any acquisitions we do in IPIC, we need
10 the Board approval --
11    Q.    Yes.  Okay.
12    A.    -- regardless - small, big, we need to get
13 the approval of the Board.
14    Q.    Now, somebody has to make a proposal to the
15 Board.
16    A.    Yeah, the senior management, MD, myself,
17 the CFO, so that's basically also.
18    Q.    Did you prepare any proposal reflecting this
19 proposition to take full control of Aabar, a summary or a
20 recommendation --
21    A.    Yes.
22    Q.    -- or report?
23    A.    Yes.
24    Q.    You did?
25    A.    Yes.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

134

1    Q.   What's that called?
2    A.   It's basically due diligence and analyzing
3  this opportunity for IPIC.
4    Q.   All right.
5    A.   So we --
6    Q.   Is there a single document that reflects that
7  or several?
8    A.   No, several documents.
9    Q.   All right.  Tell me what they are, please.
10   A.   It's basically due diligence.  We -- But
11 we are in the Company, we are already in Aabar, so we
12 know the company inside out, so you just need to
13 produce maybe a limited document.  If you acquire a
14 company for the first time, yes, we do.
15   Q.   Okay.  All I'm trying to do now is identify
16 the document or documents, what they are, so could you
17 define that for me?  Was there a report?
18   A.   Yes, a report produced by us.
19   Q.   All right.  What's the title of the report?
20   A.   That's "Investment Recommendation,"
21 "Investment Proposal" - suppose we call.
22   Q.   Is that signed by you?
23   A.   No, not signed.  We just produce the
24 document.  We put it in the Board agenda for review.
25   Q.   I see.  How many pages is it?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

135

1      A.    I don't know.
2      Q.    And can you tell me approximately how many
3  pages?  You said it wasn't very lengthy - is it two or
4  three or is ten?
5      A.    No, more than that.
6      Q.    Twenty?
7      A.    More.
8      Q.    Thirty, 50?
9      A.    Around there.
10     Q.    Around what?
11     A.    I don't know, 20 plus.
12     Q.    Okay.  Twenty plus pages.  All right.  And
13  what's the approximate date of that document?
14     A.    Was during - around that period when we
15  made the offer, so that was --
16     Q.    So two or three months --
17     A.    Yeah.
18     Q.    -- before July of 2010?
19     A.    Around that period, yes.
20     Q.    Can you be more specific about the date?
21     A.    I don't remember the date exact.
22     Q.    Where is this report kept - in the Aabar file?
23     A.    This is what you're referring now --
24     Q.    I think earlier today you --
25     A.    -- is --


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

136

1    Q.    Go ahead.
2    A.    It's IPIC, right?  We're talking about
3  IPIC or Aabar?
4    Q.    No, IPIC.
5    A.    IPIC to --
6    Q.    Aabar.
7    A.    This was kept inside IPIC because it was
8  internal document between us and the Board of IPIC.
9    Q.    Yes.  I understand.  It's internal document --
10   A.    Yes.
11   Q.    -- within IPIC.
12   A.    Yes.
13   Q.    All right.
14         Now, I think earlier this morning you told me
15 that you, at IPIC, have a file --
16   A.    Yes, for --
17   Q.    -- for Aabar.
18   A.    Yes.
19   Q.    So is this report in the Aabar file?
20   A.    Yes, for sure.
21   Q.    What I'm trying to do is get some parameters
22 on what this document is so I can request it from your
23 company and you'll know what I'm talking about - you see?
24 Can you be any more specific as to --
25   A.    No.  It's like any other investment, we



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

137

1   make proposals, we put set of documents for the Board
2   for review and approval.  So in terms of how many
3   pages, what's the details, but --
4       Q.   Does it say "to" and "from" on it?
5       A.   No.
6       Q.   Like from you to --
7       A.   No.
8       Q.   -- Mr. Al Qubaisi?
9       A.   No.
10      Q.   All right.  Then what documents were attached
11  to this report?
12      A.   It's basically like any other investments
13  - it's just the financials, proposals, and
14  recommendation from IPIC.
15      Q.   All right.  So you put a package of
16  information together --
17      A.   Yes.
18      Q.   -- and that was submitted to the members of
19  the IPIC Board --
20      A.   Yes.
21      Q.   -- right?
22           Do they get a series of papers on various
23  proposals they're being asked to consider at each board
24  meeting?
25      A.   Yes, each investments, we send it to the



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

138

```
 1   Board --
 2        Q.    I see.
 3        A.    -- any proposals, investments.
 4        Q.    So when they sit down they have a package --
 5        A.    Yes.
 6        Q.    -- on each investment they're going to
 7   consider --
 8        A.    Yes.
 9        Q.    -- in front of them.
10              And when was the IPIC board meeting held on
11   this decision to take full control of Aabar?
12        A.    I don't remember.
13        Q.    This note says that the offer was made in
14   July 2010.
15        A.    Yeah.
16        Q.    How long before that was the Board vote to do
17   that?
18        A.    I don't know when exactly.
19        Q.    But that would be reflected in the board
20   minutes --
21        A.    Yes.
22        Q.    -- right?
23        A.    Yes.
24        Q.    Did you put together a similar package with
25   respect to the first cash infusion from IPIC to Aabar for
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

139

```
 1   the $1.8 billion U.S. dollars?
 2        A.   Yes, all investments we put proposition on
 3   the Board.
 4        Q.   All right.  So that was done in the same
 5   manner as what we just discussed?
 6        A.   Yes.
 7        Q.   All right.  Are you familiar with a loan that
 8   was made from IPIC to Aabar for 302 million euros?
 9        A.   Yes.
10        Q.   And did you put together a proposal package --
11        A.   Yes.
12        Q.   -- to support that to the IPIC Board --
13        A.   Yes.
14        Q.   -- as well?  And what was the designated use
15   of those funds in euros?
16        A.   It was basically for general purposes for
17   Aabar's requirements.
18        Q.   All right.  And then later on, I think in
19   2009, there was another one point or almost $2 billion --
20        A.   Yes.
21        Q.   -- that was infused into --
22        A.   Yes.
23        Q.   -- Aabar by IPIC?  Did you put together a
24   proposal package to support that as well?
25        A.   Yes, yes, executive decision.
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com