Condensed Transcript

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA -TAMPA DIVISION-

CAPITAL TRANS INTERNATIONAL, LLC,

    Plaintiff(s),

vs.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, ET AL.

    Defendant(s).

CASE NO.
8:10 CV 529-JSM-TGW

DEPOSITION OF

MOHAMED AHMED BADAWY AL-HUSSEINY

VOLUME I

May 18, 2011
9:34 a.m.

125 Worth Avenue
Suite 310
Palm Beach, Florida

Kathleen Lusz, RPR



EXHIBIT 2

Aabar 30(b)6 Dep.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I                    May 18, 2011

## 33

1  Motors?
2      A.  No.
3      Q.  Does Aabar have an investment in Tesla Motors?
4      A.  We have an investment in Tesla indirectly with
5  Mercedes.
6      Q.  How is that held?
7      A.  It's held in a SPV, which would be jointly
8  owned by Mercedes in Aabar.
9      Q.  SPV means what?
10     A.  Special purpose vehicle.
11     Q.  Incorporated where?
12     A.  I believe in one of the European countries.
13 It could be Luxembourg. I don't remember where it is
14 incorporated.
15     Q.  And the holding by you in Mercedes and Tesla,
16 is what percent of Tesla's stock?
17     A.  Approximately five percent.
18     Q.  And that's Tesla Motors, Inc.?
19     A.  Yes.
20     Q.  Located?
21     A.  In California.
22     Q.  And where?
23     A.  I don't know.
24     Q.  Do you have any residences in the U.S.?
25     A.  Do I have any residence? Yes.

## 34

1      Q.  And where is that?
2      A.  In Texas.
3      Q.  Do you own it?
4      A.  No.
5      Q.  Do you rent it?
6      A.  Yes.
7      Q.  Okay. Is that in Houston?
8      A.  Yes.
9      Q.  And for how long have you had that?
10     A.  Since '99.
11     Q.  '99?
12     A.  Yes.
13     Q.  1999. When does your lease expire?
14         MR. WEISBURG: Objection.
15     A.  I don't -- I don't remember. It's yearly.
16 It's yearly so...
17 BY MR. DOTTERRER:
18     Q.  Okay. And you've had it every year since
19 1999?
20     A.  Yeah.
21     Q.  Now, please correct me if I misstate any
22 names.
23     A.  Okay.
24     Q.  I'll do my best. Do you know Mohamed Hamad
25 Al Mehairi?

## 35

1      A.  Yes.
2      Q.  Did I say that right?
3      A.  Pretty close.
4      Q.  Okay. Thank you. Would you please spell his
5  name for the record?
6      A.  Mohamed, M-O-H-A-M-E-D, Hamad, H-A-M-A-D,
7  Al Mehairi, A-L, space, M-E-H-A-I-R-I.
8      Q.  Okay. Thank you. And may I refer to him as
9  Mr. Al Mehairi?
10     A.  Yes.
11     Q.  He is a director of Aabar?
12     A.  Yes.
13     Q.  For how long?
14     A.  Probably one year.
15     Q.  And does he hold any positions with IPIC?
16     A.  Yes.
17     Q.  What positions does he hold with IPIC?
18     A.  Director of investments.
19     Q.  And Mr. Al Mehairi is a member of the board of
20 directors of Aabar?
21     A.  Correct.
22     Q.  Of which is there is five?
23     A.  Yes.
24     Q.  And you are one of them?
25     A.  Yes.

## 36

1      Q.  So there is three left to discuss.
2      A.  Yes.
3      Q.  Does or has Mr. Al Mehairi ever held any
4  positions with any government entities?
5      A.  I don't know.
6      Q.  IPIC is wholly owned by the Government of
7  Abu Dhabi, correct, sir?
8      A.  Yes.
9      Q.  We'll just show you this. I'll mark this as
10 Exhibit One.
11         (Plaintiff's Exhibit Number 1 was marked for
12 identification.)
13 BY MR. DOTTERRER:
14     Q.  Let me show you Exhibit 1, please. This is a
15 printout from the Aabar website --
16     A.  Okay.
17     Q.  -- correct? Is that correct?
18     A.  Yeah.
19     Q.  And you can recognize it because it says
20 www.aabar.com down on the bottom?
21     A.  Yep.
22     Q.  And this simply gives your bio. on the Aabar
23 website, right?
24     A.  Okay.
25     Q.  As CEO are you responsible for all of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I.                              May 18, 2011

**37**

1  operations of Aabar?
2   A. Yes.
3   Q. You are the top day-to-day executive of the
4  company?
5   A. Yes.
6   Q. And all departments report to you?
7   A. Correct.
8   Q. And what are the major departments?
9   A. Investments, finance, human resources.
10  Q. Right.
11  A. Those will be my direct reports.
12  Q. I see. Okay. And I.T. falls under finance?
13  A. Yes.
14  Q. And who is the head of I.T.?
15  A. I.T. is overlooked by the CFO.
16  Q. Okay. But is there someone who is directly
17 responsible for I.T. reporting to the CFO?
18  A. Correct, yes.
19  Q. What is his name?
20  A. His name is Wasif Mahmood.
21      (Plaintiff's Exhibit Number 2 was marked for
22 identification.)
23 BY MR. DOTTERRER:
24  Q. Okay. Let's turn to Exhibit Number 2. Is
25 Exhibit Number 2 a printout from the Aabar website

**38**

1 giving the biographical information on Mr. Al Mehairi?
2   A. Yeah.
3   Q. Okay. Let's turn to another director of
4  Aabar.
5       (Plaintiff's Exhibit Number 3 was marked for
6  identification.)
7  BY MR. DOTTERRER:
8   Q. Now, I'm showing you Plaintiff's Exhibit
9  Number 3. All right. Do you know his Excellency Khadem
10 Abdulla Al Qubaisi?
11  A. Correct.
12  Q. We discussed him briefly earlier, correct?
13  A. Yes.
14  Q. And I'll refer to him as Mr. Al Qubaisi if
15 that's okay with you.
16  A. Yes.
17  Q. And is Exhibit Number 3 a printout from the
18 IPIC website concerning Mr. Al Qubaisi's bio?
19  A. This is an Aabar website.
20  Q. I'm sorry. From the Aabar website?
21  A. Yes.
22  Q. Yes?
23  A. Yes.
24  Q. Now, does he hold any positions with IPIC?
25  A. He is the managing director of IPIC.

**39**

1   Q. He's the managing director of IPIC?
2   A. Yes.
3   Q. And is that the top day-to-day position at
4  IPIC?
5   A. That's his full-time job.
6   Q. So he is the top executive at IPIC with
7  day-to-day responsibilities?
8   A. Correct.
9   Q. And he is responsible for the entire IPIC?
10  A. Correct.
11  Q. And he is a member of the board of directors
12 of Aabar, right?
13  A. Correct.
14  Q. And what is his position with Aabar?
15  A. He sits on the board as chairman.
16  Q. So he's both the chairman of the board of
17 directors of Aabar and the managing director of IPIC?
18  A. Correct.
19  Q. Who is the chairman of IPIC?
20  A. Sheikh Mansour.
21  Q. Has Mr. Al Qubaisi ever held any positions
22 with government entities?
23  A. Not that I know of.
24  Q. Okay. Except for IPIC which is wholly owned
25 by the Abu Dhabi Government, correct?

**40**

1   A. Correct.
2   Q. And was Mr. Al Qubaisi educated in the U.S.?
3   A. I don't believe so.
4   Q. Did he attend a university or graduate from a
5  university here?
6   A. He attended in the United Arab Emirates.
7   Q. And when did Mr. Al Qubaisi join IPIC?
8   A. I don't remember. Or I don't know.
9   Q. And when did he join Aabar?
10  A. He joined Aabar as a board member in 2008.
11  Q. September of 2008?
12  A. Yes.
13  Q. Were there any other changes in the board at
14 that time?
15  A. Yes.
16  Q. How many board members were changed? We are
17 referring to Aabar now.
18  A. Yes. Then it was four board members were
19 changed.
20  Q. What was the purposes of that?
21  A. For the board members to be changed?
22  Q. Yes.
23  A. Existing board members resigned. And that
24 happened when Pearl Energy was sold.
25  Q. Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 45

1  you have use?
2    A. As far as Aabar is concerned?
3    Q. Yes.
4    A. No.
5    Q. Okay. IPIC?
6    A. IPIC to the best my knowledge -- IPIC and
7  Tasameem, I wouldn't know what residences it has.
8    Q. All right. We've talked about yourself,
9  Mr. Al Mehairi, Mr. Al Qubaisi are three of the board
10 members of Aabar. And the fourth one is?
11      MR. WEISBURG: Currently. You're asking about
12 currently?
13      MR. DOTTERRER: Yes.
14   A. Yeah. Murtadha Al Hashemi.
15   Q. Could you say his last name?
16   A. Al Hashemi. H-A-S-H-E-M-I.
17   Q. Okay. Thank you.
18      And what position does he hold with IPIC?
19   A. CFO.
20   Q. And who is the fifth member?
21   A. Mohamed Al Fahim.
22   Q. Could you spell that please?
23   A. F-A-H-I-M.
24   Q. What position does he hold with IPIC?
25   A. Finance manager.

### 46

1    Q. So four of the board members of Aabar, the
2  four other than yourself, hold important positions with
3  IPIC?
4    A. All the four are directors.
5        They have important positions at IPIC?
6    Q. Yes.
7    A. They hold those respected positions, yes.
8    Q. Yes. Finance manager, CFO, chairman -- or
9  excuse me, managing director. And, I'm sorry,
10 Al Mehairi again is the --
11   A. Director of investments.
12   Q. Director of investments, right.
13      Okay. You have been a member of the board
14 since 2009, right?
15   A. No. 2010.
16   Q. May of 2010? When was the exact date?
17   A. I believe it's March 2010.
18   Q. March 2010. All right.
19   A. Yeah.
20   Q. Okay. And Mr. Al Mehairi?
21   A. I don't remember the date, but approximately
22 about one year.
23   Q. Mr. Al Qubaisi?
24   A. Mr. Al Qubaisi I believe he became a board
25 member when IPIC invested. So call it 2008.

### 47

1    Q. September of 2008?
2    A. Yes.
3    Q. And Mr. Al Hashemi?
4    A. I think for him 2009.
5    Q. All right. And for Mr. Al Fahim?
6    A. Al Fahim 2009 also.
7    Q. And each one of these five board members that
8  we've just named have served in those positions
9  continuously as members of the board of Aabar since the
10 dates that they become members of the board?
11   A. Correct.
12   Q. Which you just described for us, correct?
13   A. Yeah.
14   Q. Okay. Let's go back to Sheikh Mansour for a
15 second.
16   A. Yeah.
17   Q. Do you know what his educational background
18 is?
19   A. Don't know.
20   Q. And he's the chairman of IPIC, right?
21      MR. WEISBURG: Asked and answered. Extremely
22 repetitious.
23      MR. DOTTERRER: Well, I think that's only the
24 second time, Counsel. I'm just trying to direct
25 the witness.

### 48

1      MR. WEISBURG: That's at least one time too
2  many.
3  BY MR. DOTTERRER:
4    Q. Sheikh Mansour is also the Minister of
5  Presidential Affairs of Abu Dhabi's Government, correct?
6    A. That's my understanding.
7    Q. So that would be equivalent to being a member
8  of the cabinet if you were to analogize it to the U.S.?
9    A. That would probably be my guess, yes.
10   Q. All right. And what powers does he have of
11 the Minister of Presidential Affairs?
12   A. Don't know.
13   Q. Do you know what his responsibilities and
14 duties are in that capacity?
15   A. Don't know.
16   Q. As the Minister of Presidential Affairs, is he
17 one of the highest officials in the Abu Dhabi
18 Government?
19   A. I think it's a cabinet position. So whether
20 it is the highest official, I'm not qualified to know
21 which official is higher. But I know it's a cabinet
22 position.
23   Q. For how long has he held that position?
24   A. Don't know.
25   Q. How often does he travel to the U.S.?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

## 81

1   A. No. IPIC made a loan to Aabar.
2   Q. Yes.
3   A. It never designated what the loan would be.
4   IPIC does not designate what investments Aabar makes.
5   Q. Did Aabar ask for this loan?
6   A. Yes.
7   Q. When?
8   A. It would have been maybe a couple months
9   before the loan was done.
10  Q. And who did you ask?
11  A. I asked through the board members of IPIC.
12  Q. All of them?
13  A. All of them.
14  Q. How many are there?
15  A. Four.
16  Q. Did you do that at the board meeting?
17  A. No. I did that outside of a board meeting.
18  And then when --
19  Q. Did you do that collectively to all four board
20  members?
21  A. Individually.
22  Q. Individually.
23  A. Yeah.
24  Q. Who did you ask first?
25  A. My recollection is Murtadha, the CFO.

## 82

1   Q. Who are the board members of IPIC?
2   A. No. Board members of Aabar, not board members
3   of IPIC.
4   Q. Oh, you asked the board members of Aabar?
5   A. Yes. I have no involvement with any board
6   members of IPIC.
7   Q. Okay. Well, I'm sorry. Who asked IPIC for
8   this loan?
9       MR. WEISBURG: Asked and answered.
10  A. Who asked IPIC?
11      MR. DOTTERRER: Yeah. He was answering about
12  Aabar.
13      THE WITNESS: Yeah.
14  BY MR. DOTTERRER:
15  Q. I asked about IPIC. You're right, it was
16  asked but not answered.
17      MR. WEISBURG: No. You completely -- maybe --
18  BY MR. DOTTERRER:
19  Q. Who from Aabar asked IPIC for this loan?
20  A. I did.
21  Q. And who did you ask at IPIC?
22  A. I asked individual Aabar board members who
23  work for IPIC.
24  Q. I see. Okay.
25  A. Yeah.

## 83

1   Q. And who were the other four board members of
2   Aabar at this time, December 30, 2009?
3   A. I believe it was Murtadha, Mehairi, Khadem.
4   Q. That Mr. Al Qubaisi?
5   A. Qubaisi.
6   Q. Yes?
7   A. Probably Al Fahim at the time.
8   Q. So the same as the board members now that we
9   discussed earlier --
10  A. Correct.
11  Q. -- back in December of 2009?
12  A. Correct.
13  Q. And you asked them each individually?
14  A. Yes.
15  Q. And that's how you communicated the loan
16  request to IPIC?
17  A. Yes.
18  Q. Through your own board members?
19  A. Yes.
20  Q. Okay. And that was a couple of months before
21  December 20, 2009?
22  A. Approximately, right.
23  Q. And whose idea was it to buy a large amount of
24  shares of Mercedes?
25  A. It was the investment team and the board.

## 84

1       MR. WEISBURG: At Aabar?
2       THE WITNESS: Yes.
3   BY MR. DOTTERRER:
4   Q. But four of the board members of Aabar are
5   also executives at IPIC?
6   A. Correct.
7   Q. So the information was simultaneously being
8   acquired by IPIC?
9       MR. WEISBURG: Objection. Vague. Confusing.
10  A. The information?
11  BY MR. DOTTERRER:
12  Q. That you were discussing with your fellow
13  board members automatically is getting to IPIC because
14  they also work for IPIC?
15  A. No. Board members of IPIC have -- Board
16  members of Aabar --
17  Q. Right.
18  A. -- have a responsibility to have Aabar caps
19  when they work for Aabar. So how they deliver
20  information back to IPIC as board members, I have no
21  control over.
22  Q. You don't know what they do with the
23  information?
24  A. No.
25  Q. Or how they express it to other people at



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume II                                                                         May 18, 2011

### 102

1  A. Don't know.
2  Q. It's owned by Mubadala?
3  A. Mubadala may have an interest in it. I don't
4  know they own it a hundred percent.
5  Q. It does have an ownership interest in it?
6  A. It may.
7  Q. So the record reflects the company that we
8  were just talking about, can you spell it again?
9  A. Mubadala?
10 Q. Sorry. Yes, please.
11 A. Mubadala may have an interest. I am not sure
12 if they do.
13 Q. Okay. I just asked you to spell it.
14 A. Oh. M-U-B-A-D-A-L-A.
15 Q. Development company, right?
16 A. Yes.
17 Q. You have five members on the board?
18 A. Yes.
19 Q. Right. Each member has one vote, they're all
20 equal?
21 A. Yes.
22 Q. And how many votes does it take to adopt an
23 action of the company?
24 A. Majority. Majority.
25 Q. So in this case if all five members appear at

### 103

1  the meeting, then three is a majority, correct?
2  A. Yes.
3  Q. Since let's say January 1, 2009, have there
4  ever been any votes that were not unanimous, or has
5  everything been unanimous?
6  A. Since January of '89?
7  Q. Of 2009.
8  A. I don't recall any vote being not unanimous.
9  Q. Every vote has been.
10 A. But there are sometimes board meetings where
11 you don't have five board members.
12 Q. Yes.
13 A. So for a quorum, you need three board members.
14 Q. For a quorum?
15 A. For a quorum.
16 Q. Okay. And then how many votes do you need to
17 pass?
18 A. The majority.
19 Q. Of the number who attend?
20 A. Yes.
21 Q. So if three attend, then it would take --
22 A. Two.
23 Q. Two.
24 A. Yes.
25 Q. And if four attend?

### 104

1  A. You need three.
2  Q. You need three?
3  A. Yeah.
4  Q. All right. Most board meetings five attend?
5  A. No. It varies. Sometimes four; sometimes
6  five; sometimes three.
7  Q. But every action that's been taken since
8  January 1, 2009 that you can recall has been unanimous?
9  A. Every action that has been taken has been
10 unanimous of the attending board members.
11 Q. I understand. So you cannot pass any action
12 of Aabar by yourself only with your vote; that's
13 impossible?
14 A. That's correct.
15 Q. So you need --
16 A. But I can -- I have an investment committee.
17 So if I'm reviewing an investment, if it doesn't pass
18 our investment criteria I wouldn't take it to the board.
19 Q. The board of directors has to vote to approve
20 any major action of the company?
21 A. Yes.
22 Q. All right. So in order to take any action of
23 Aabar, any major action, you need the vote of at least
24 one of the board members who is also at IPIC?
25 A. Correct.

### 105

1  Q. So in a sense, IPIC has a veto?
2     MR. WEISBURG: Objection. Argumentative.
3  A. I don't know if --
4  BY MR. DOTTERRER:
5  Q. You don't know?
6  A. I don't know if that -- that means any board
7  resolution they can -- Did you say IPIC, or did you say
8  Aabar?
9  Q. I said IPIC.
10 A. IPIC, no. IPIC is a shareholder in Aabar.
11 IPIC has no involvement in Aabar board matters.
12 Q. Except that four of the five members of the
13 board also work for IPIC?
14 A. Yes.
15    MR. WEISBURG: Objection. You're just arguing
16 with the witness. This isn't facts.
17 BY MR. DOTTERRER:
18 Q. All right. What's the smallest number of
19 directors that you've had at a board meeting since
20 January 1, 2009?
21 A. Three.
22 Q. And so at every board meeting during that
23 period of time you were, of course, the only director
24 who does not also have a position at IPIC?
25    MR. WEISBURG: Objection. Asked and answered



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

**170**

1   A. Right.
2   Q. And that was from IPIC, right?
3   A. Yes.
4   Q. And we discussed that earlier in this
5   deposition today. And it was reflected by this document
6   which is dated December 20, 2009, Aabar 0102?
7   A. Yes.
8   Q. All right. Go to page 41, please?
9   A. Okay.
10  Q. Note 33. "On 20 July 2009, the Company has
11  signed an agreement to invest AED one billion in return
12  for a 32% stake in Virgin Galactic LLC."
13  A. Okay.
14  Q. How much is the AED 1 billion in U.S. dollars?
15  A. Approximately 272 million dollars.
16  Q. It says, "Subject to United States of America
17  (U.S.) Government Approval," correct?
18  A. Yes.
19  Q. All right. Has that occurred?
20  A. Yes.
21  Q. From which agency?
22  A. CFIUS. CFIUS. C-F-I-U-S.
23  Q. What does that stand for?
24  A. I think it stands for Counciling on Foreign
25  Investments U.S.

**171**

1        MR. WEISBURG: Committee.
2   A. Committee on Foreign Investments U.S., yes.
3   BY MR. DOTTERRER:
4   Q. When was that approval granted?
5   A. I don't remember the date.
6   Q. Did you file an application for that?
7   A. Yes.
8   Q. And what was the date of the application?
9   A. Around I would say maybe a few weeks after
10  July 20th.
11  Q. July 20, two thousand --
12  A. Nine.
13  Q. Did you personally sign the application?
14  A. I don't recall.
15  Q. Did any counsel assist you with the
16  application?
17  A. Yes.
18  Q. And who was that?
19  A. Chairman Shelby.
20  Q. That's Washington office?
21  A. New York.
22  Q. New York?
23       MR. WEISBURG: New York or Washington?
24       THE WITNESS: U.S. So it could have been
25  New York or Washington.

**172**

1   BY MR. DOTTERRER:
2   Q. And was a certificate issued by the U.S.
3   Government of this committee?
4   A. I don't know if it's a certificate. Maybe
5   it's a letter.
6   Q. Do you have copy of it?
7   A. I don't -- I don't have a recollection.
8   Q. You don't know whether you have a copy?
9   A. I don't know if I have a copy. I know I have
10  communication from a counsel that we're a go.
11  Q. Do you have a copy of the application that was
12  filed?
13  A. I don't know. I don't even know if I have it
14  at the office.
15  Q. What determination does CFIUS have to make
16  before it issues an approval to an applicant like you?
17  A. To the best of my understanding, sudden
18  transactions in the U.S. which are deemed to have --
19  which could be deemed to have, for example, either
20  military implications, in this case space tourism, or
21  certain industrial sectors need CFIUS approval.
22  Q. I see.
23  A. And the investment in Virgin Atlantic appears
24  to fall within that type of investment.
25  Q. Under what department or division of the

**173**

1   U.S. Government does CFIUS fall?
2   A. Don't know.
3   Q. Is it State Department?
4   A. Don't know.
5   Q. In this note 33 it says, "The Company intends
6   to be a pioneer in space tourism, transporting people,
7   and later small satellites --"
8   A. Yes.
9   Q. "-- safely into space and back and down to
10  Earth."
11       When you say the Company, is that referring to
12  Aabar or to Virgin Galactic?
13  A. Virgin Galactic.
14  Q. The last sentence of this note says, "The
15  investment is pending U.S. Government approval."
16       Now I thought you had just testified that the
17  approval was granted a few weeks after July 20th?
18  A. No. The application.
19       MR. WEISBURG: He testified that the
20  application was made a few weeks --
21       MR. DOTTERRER: Oh, the application was made.
22       MR. WEISBURG: Right.
23  BY MR. DOTTERRER:
24  Q. So your application was still pending as of
25  December 31, 2009?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Acmed Badawy Al-Husseny - Volume II					May 18, 2011

## 182

1   it has an office in Abu Dhabi.
2   Q. Do you know what street it's on?
3   A. No.
4   Q. Where do you attend the board meetings?
5   MR. WEISBURG: Of what?
6   BY MR. DOTTERRER:
7   Q. Of Hakkasan in Abu Dhabi.
8   A. I attended one meeting in IPIC.
9   Q. Okay. Was that in Mr. Al Qubaisi's office at
10  IPIC?
11  A. Yes.
12  Q. When was that?
13  A. Don't remember the date.
14  Q. Was that only one you've attended in
15  Abu Dhabi?
16  A. Yes.
17  Q. Were there any other employees of Tasameem
18  there to assist the board when it met?
19  A. No. It was only Hakkasan. It was a Hakkasan
20  board meeting.
21  Q. I understand, yeah.
22  A. Yeah.
23  Q. Okay. Do you know of any employees of
24  Tasameem?
25  MR. WEISBURG: Any?

## 183

1   BY MR. DOTTERRER:
2   Q. Employees of Tasameem.
3   A. I know one employee of Tasameem.
4   Q. Who is that?
5   A. Luay Abdul Rahman.
6   Q. Would you please spell it?
7   A. L-U-A-Y. And Abdul Rahman, A-B-D-U-L
8   R-A-H-M-A-N.
9   Q. What is his position with Tasameem?
10  A. I believe administration manager.
11  Q. And how do you know him?
12  A. I've met him before.
13  Q. Where?
14  A. Together with Khadem.
15  Q. Where?
16  A. In Khadem's office.
17  Q. In the IPIC offices?
18  A. Yes.
19  Q. Okay. And what was the purpose of your
20  meeting?
21  A. I went to meet Khadem. And he was there, and
22  he introduced me to him.
23  Q. I see. Were any of the activities of Tasameem
24  discussed?
25  A. No.

## 184

1   Q. How did you know that he was with Tasameem?
2   A. He introduced himself.
3   Q. As such?
4   A. Yes.
5   Q. Is one of the purposes of Aabar to bring
6   technology to Abu Dhabi?
7   A. Aabar is a commercial investment company.
8   Q. Is it used to bring technology to Abu Dhabi?
9   A. I'm not sure I understand the question. Is it
10  used by who?
11  Q. By anyone such as its parent?
12  A. Not to my knowledge.
13  Q. We'd like to show you a couple of videos now.
14  MR. WEISBURG: Are you going to give us
15  copies?
16  MR. DOTTERRER: Yes, as a matter of fact.
17  (Plaintiff's Exhibit Number 39 was marked for
18  identification.)
19  MR. DOTTERRER: Here is copy for you. Here is
20  copy for you. That would be 39.
21  Excuse me for just a couple minutes. I'll be
22  right back.
23  (A recess was taken from 4:02 until 4:04 p.m.)
24  BY MR. DOTTERRER:
25  Q. Okay. We are going to show you a video now.

## 185

1   And I'd like you to observe it. And my first question
2   when we finish is is this a video of an interview that
3   you gave.
4   A. Okay.
5   Q. So I'll call this 39-A, this particular
6   section.
7   (The following video was played:)
8   UNIDENTIFIED SPEAKER: The prestigious Laureus
9   World Sports Awards ceremony will be held in the
10  UAE for the first time this year with the event
11  taking place in Abu Dhabi on March 20. The awards
12  will recognize sporting achievement during 2009 and
13  is seen as the top honor on the international
14  sporting calendar.
15  Aabar Investments are a part of the event, and
16  we're joined by the CEO Mohamed Badawy Al-Husseiny
17  to explain their work within the awards.
18  Thanks for joining us today.
19  MR. AL-HUSSEINY: Thank you very much. I'm
20  glad to be here.
21
22  UNIDENTIFIED SPEAKER: Now why did Aabar want
23  to get involved with the awards?
24  MR. AL-HUSSEINY: Well, obviously we are
25  indirectly involved with Laureus through our



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

## 186

partnership with Mercedes. As you know, Aabar is the largest single shareholder of Mercedes. And we were introduced to Laureus through Mercedes.

UNIDENTIFIED SPEAKER: So how important do you think sport is in the UAE?

MR. AL-HUSSEINY: It's extremely important. Clearly major sporting events have been held in Abu Dhabi already, including, but not limited to, golf, Formula 1, tennis, soccer. And bringing Laureus to Abu Dhabi I think is part and parcel of that sporting enthusiasm that we see happening again in Abu Dhabi.

UNIDENTIFIED SPEAKER: Definitely some major events.

Now, of course, Aabar has made headlines with it's upcoming merger with Arabtec. There has been some speculation in the market that the merger may not go ahead. What can you tell us about this?

MR. AL-HUSSEINY: Well, I normally don't comment on speculation. Clearly this is a process that is ongoing, and for as long as it's not completed yet. Any major announcements on the outcome of the transaction, we'll certainly announce it.

UNIDENTIFIED SPEAKER: Now it's believed that

## 187

Arabtec is waiting on the final paperwork from Aabar before its general assembly meets to approve the deal. How long until this paperwork is provided to Arabtec?

MR. AL-HUSSEINY: Again, this process is ongoing. I can't comment on timelines. But what I can comment on is the process is ongoing.

UNIDENTIFIED SPEAKER: Well, stay tuned on that.

Now it's been a massive 12 months for Aabar with some very pleasing results released recently. Your full year net profit rose by a massive 133 per and fourth quarter results by 9 percent.

MR. AL-HUSSEINY: Obviously we've announced the pre-results. We had what I would argue to be a fantastic year. Our audit process is still continuing. And we think what we've announced as our pre-results will be very much in line with the final results that hopefully we may end up announcing within the next few weeks.

UNIDENTIFIED SPEAKER: Now, of course, it's just been announced that Aabar will pay $20 million for a stake in a private aviation company XOJET to launch a joint venture to provide private airline services to Middle East destinations. When do you

## 188

expect this to be up and running?

MR. AL-HUSSEINY: We think this will be up and running very shortly. Very shortly could mean less than one month. We will start off with at least two jets, private jets, Citation X's, which are probably the fastest commercial jets available today. And we are very excited about this.

UNIDENTIFIED SPEAKER: Some big plans on the horizon. Now can you tell us about any other new developments or big announcements you're going to have take place this year?

MR. AL-HUSSEINY: I'm unable to announce any new announcements because anything new I have to disclose it to the greater public. We are an investment company. We look for opportunities, continuously we look for opportunities. We specifically look for opportunities that have either direct or indirect benefit, in fact, to Abu Dhabi or the UAE. And when we find those opportunities, we pursue them and make accommodations to our board.

UNIDENTIFIED SPEAKER: Well, keeping very secret on that one. We hope you'll keep us updated though.

Thank you so much for your time today. We

## 189

really appreciate talking to you, the CEO of Aabar Investments, Mohamed Badawy Al-Husseiny.

MR. AL-HUSSEINY: Thank you.

UNIDENTIFIED SPEAKER: Well, that's it for this episode of Inside Business. Of course you can contact us by writing to ib@city7tv.com. Don't forget you can also join the Inside Business Facebook page. But for now, from all of us on the business desk, goodbye, and thanks for watching.

(Video recording was stopped.)

BY MR. DOTTERRER:
Q. All right. So is what you just observed, which is Exhibit 39-A, a video of an interview --
A. Yes.
Q. -- that you gave?
A. Yes.
Q. And what was the date of that interview?
A. Don't remember. Maybe end of March 2009. Or was it 2010? 2010.
Q. 2010?
A. I think so.
Q. And where was the interview held?
A. In Abu Dhabi.
Q. Where?
A. I think it was at the Emirates Palace.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume II                                May 18, 2011

**190**

1  Q. That's a hotel?
2  A. Yes.
3  Q. And you were giving the interview to whom?
4  A. To this reporter who works for Inside
5  Business.
6  Q. That's the name of the show?
7  A. I think so.
8  Q. A business show?
9  A. It appears to be.
10 Q. Okay.
11 A. When the question was read to me, I wasn't
12 sure who.
13 Q. And where is the show carried, on what
14 networks?
15 A. Actually, I don't even know. I think it's a
16 TV -- It appears to be a TV show in Abu Dhabi or in
17 Dubai.
18 Q. Okay. And that accurately portrayed the
19 interview?
20 A. Pretty much.
21 Q. You didn't see anything that was inaccurate,
22 did you?
23 A. Maybe with the type of investments. When I
24 was being interviewed, I know who the audience was. So
25 sometimes when I get interviewed I --

**191**

1  Q. That's not what I'm asking, sir. I'm just
2  asking if what you saw on the screen, the questions and
3  the answers is what happened that day --
4  A. Correct.
5  Q. -- that you think was in March of 2010?
6  A. Yes.
7  Q. It accurately portrays that?
8  A. Yeah. It accurately portrays what I said.
9  Q. All right. Let's go to 39-B, another video.
10 MR. DOTTERRER: Do you know what the length of
11 that video?
12 MR. TORRES: That one we just watched?,
13 MR. DOTTERRER: Yes.
14 MR. TORRES: Four minutes, 54 seconds.
15 MR. DOTTERRER: Okay. Thank you. Now we go
16 to 39-B.
17 (The following video was played:)
18 UNIDENTIFIED SPEAKER: In this edition we're
19 focusing on the Abu Dhabi based Aabar Investments.
20 Mohamed, thank you very much for joining us.
21 Now, you're seen as having a wide range of
22 opportunities within the portfolio. So before we
23 go on to the sporting event, let's have an overview
24 of the portfolio.
25 MR. AL-HUSSEINY: Sure. We are an investment

**192**

1  company, publicly listed in Abu Dhabi. We're
2  majority owned by IPIC, International Petroleum
3  Investment Company, which is 100 percent owned by
4  Abu Dhabi Government.
5  We do invest into different sectors. And the
6  sectors that we invest in, include, and they're not
7  limited to, real estate and hospitality,
8  automotive, infrastructure, aviation and aerospace
9  and financial services.
10 Specific example in automotive, Daimler is our
11 biggest shareholder, and we are the largest
12 shareholders. And I think with Daimler it's more
13 than just an investment, it's a partnership. We
14 jointly invested in Tesla Motors in the U.S., which
15 is the electric vehicles. We jointly invested in a
16 Formula 1 team.
17 UNIDENTIFIED SPEAKER: Yes. So Tesla, that's
18 a very exciting project for the future. It's the
19 electric vehicle.
20 MR. AL-HUSSEINY: Right.
21 UNIDENTIFIED SPEAKER: And Formula 1, I mean,
22 yes. I mean a very visual sport, great debut here
23 in Abu Dhabi in November of last year.
24 MR. AL-HUSSEINY: Yes.
25 UNIDENTIFIED SPEAKER: And since then the

**193**

1  relationship with the Brawn racing team itself.
2  MR. AL-HUSSEINY: Absolutely correct.
3  Absolutely correct. We -- we -- As you may or may
4  not know, we jointly now own or acquired Brawn.
5  UNIDENTIFIED SPEAKER: Yes.
6  MR. AL-HUSSEINY: Which is now -- The team is
7  now Mercedes Grand Prix. We're very excited about
8  it. We unveiled a couple of weeks ago both a car
9  and a team in circuit.
10 UNIDENTIFIED SPEAKER: And you've got, what is
11 it, 71 percent share which is split between Daimler
12 and yourselves, something along those lines?
13 MR. AL-HUSSEINY: No. I think -- I think for
14 the -- for the Formula 1 it's split between
15 Mercedes, ourselves and Brawn themselves.
16 UNIDENTIFIED SPEAKER: All right. And, of
17 course, I mean since Michael Schumacher has come
18 out of retirement to race the team that's --
19 MR. AL-HUSSEINY: This is --
20 UNIDENTIFIED SPEAKER: That's very exciting.
21 MR. AL-HUSSEINY: This is a bonus. This is
22 very exciting both for us, and we think for
23 Formula 1. Michael Schumacher is a legend. And we
24 think his appearance back in Formula 1 will be
25 quite an excitement.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

## 194

1  UNIDENTIFIED SPEAKER: We're going to come
2  back to sport in a moment. But reflecting back on
3  last year I mean difficult time for a lot of people
4  financially, economically, globally as well. So on
5  the -- From your perspective, how was 2009 for
6  Aabar?
7  MR. AL-HUSSEINY: I think 2009 for Aabar
8  was -- was incredibly successful. We were lucky to
9  have seen a tremendous amount of opportunities
10  presented to us. Certainly it happened when IPIC
11  acquired us. My chairman, His Excellence Khadem
12  Al Qubaisi, who heads IPIC as managing director is
13  an enormously active man. And more often than not
14  when he comes to us and -- and pushes down
15  opportunities in deal flows that most of them go to
16  IPIC, when he pushes them to us they tend to be
17  good ones.
18  UNIDENTIFIED SPEAKER: Yeah.
19  MR. AL-HUSSEINY: So we are very excited about
20  that.
21  UNIDENTIFIED SPEAKER: And I mean looking
22  2010, will there be a change of structure? Will it
23  be moving away from real estate, for example?
24  MR. AL-HUSSEINY: No. I think in 2010 we look
25  to develop some of the current assets that we

## 195

1  already have, including -- including real estate.
2  Some of the portfolio that we have means that we
3  will develop --
4  UNIDENTIFIED SPEAKER: Right.
5  MR. AL-HUSSEINY: -- those assets.
6  And we would also look for opportunities that
7  hopefully we can import them back to Abu Dhabi.
8  UNIDENTIFIED SPEAKER: Okay.
9  MR. AL-HUSSEINY: -- as a model for internal
10  process. Anything we evaluate as an investment if
11  it has either a direct or indirect benefit back to
12  Abu Dhabi, we look at it very closely.
13  UNIDENTIFIED SPEAKER: I'm just thinking about
14  what we have been speaking about so far. You've
15  got some very high profile household names in many
16  ways. And another one that's just come to my mind
17  is Virgin Galactic, jets soaring off into space
18  really. So --
19  MR. AL-HUSSEINY: Right.
20  UNIDENTIFIED SPEAKER: -- what's the time
21  frame for that?
22  MR. AL-HUSSEINY: Well, I think we've
23  disclosed that that is going through an approval
24  process. I think in order for the process to go
25  through, it has to go through CFIUS approval

## 196

1  process in the U.S. And that process is ongoing.
2  UNIDENTIFIED SPEAKER: Okay.
3  MR. AL-HUSSEINY: I can't speak on behalf
4  of authorities --
5  UNIDENTIFIED SPEAKER: Sure.
6  MR. AL-HUSSEINY: -- in terms of timeline.
7  But so far based on what -- what we see, it's
8  progressing quite well.
9  UNIDENTIFIED SPEAKER: So a big household name
10  Virgin, of course. And --
11  MR. AL-HUSSEINY: It is.
12  UNIDENTIFIED SPEAKER: -- the latest news
13  really is what we are going to come on to now, and
14  the fact that you'll be bringing or co-partnering
15  the Laureus, one of the biggest awards for sports
16  people in the world. So that's happening in March
17  in Abu Dhabi at the palace.
18  MR. AL-HUSSEINY: Yes.
19  UNIDENTIFIED SPEAKER: And how does this come
20  about? It's been a speedy process I believe.
21  MR. AL-HUSSEINY: It was, actually, a very
22  speedy process. You know partnership with Mercedes
23  who were the co-sponsors for Laureus. We sent --
24  sometimes meet either in the (inaudible) committee,
25  or we meet on Formula 1 events.

## 197

1  And in particular for Laureus we had a meeting
2  with Dr. Dieter Zetsche, CEO for Daimler --
3  UNIDENTIFIED SPEAKER: Daimler.
4  MR. AL-HUSSEINY: -- and my chairman, His
5  Excellence Khadem Al-Qubaisi. And Dr. Zetsche
6  recommended to my chairman that -- and presented
7  Laureus as an event that is both for sports and
8  more importantly as an event that provides a lot of
9  charitable activities. And immediately my chairman
10  looked at it and he basically said that this is
11  good for humanity, and it's good for Abu Dhabi.
12  UNIDENTIFIED SPEAKER: Yeah. It's going to be
13  a massive exposure, of course, with so many
14  international stars descending onto the awards
15  itself.
16  MR. AL-HUSSEINY: Effectively Abu Dhabi
17  continues to be on the map.
18  UNIDENTIFIED SPEAKER: Yeah. Okay. Well,
19  thanks very much for that.
20  And we'll finish off I think how you see 2010?
21  You know we speak to you in a year's time, what do
22  you think you'll have hoped to have achieved?
23  MR. AL-HUSSEINY: I think 2010 will be an
24  opportunity for us to look at and consolidate some
25  of the investments we currently have, while



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 198

1  continuing to look for opportunities, to some
2  extent and some of the investment philosophy is a
3  bit opportunistic, and to the extent that good
4  opportunities come by, we will closely look at
5  them.
6      UNIDENTIFIED SPEAKER: Okay. Well, thank you
7  once again for joining us.
8      MR. AL-HUSSEINY: Thank you.
9      (Video recording was stopped.)
10 BY MR. DOTTERRER:
11     Q. Okay. That was Exhibit 39-B. That was an
12 interview that you gave?
13     A. Yes.
14     Q. And when was that?
15     A. I think on the same day as the previous one.
16     Q. You think in March of 2010?
17     A. Yeah.
18     Q. All right. And to whom did you give that
19 interview?
20     A. This reporter who is speaking. I don't know
21 who he works for.
22     Q. All right.
23     A. It was an event where there is a whole bunch
24 of reporters.
25     Q. I see.

### 199

1      A. And he just happened to be one of them.
2      Q. What's the event?
3      A. Laureus sports awards.
4      Q. So it would be easy to look up that date then?
5      A. Right.
6      Q. It was a big event?
7      A. Big event, yes.
8      Q. And does Exhibit 39-B accurately portray the
9  interview that you gave?
10     A. Yes.
11     Q. I'll play one more.
12     MR. DOTTERRER: Henry, may have I have a word
13 with you just very quickly?
14     (A brief recess was taken from 4:20 until 4:21
15 p.m.)
16 BY MR. DOTTERRER:
17     Q. Okay. One more video.
18     MR. DOTTERRER: What was the length of that
19 one, Jenny?
20     MR. TORRES: Seven minutes, three seconds.
21     MR. DOTTERRER: Okay.
22     MR. TORRES: Ready for the next one?
23     MR. DOTTERRER: Yeah. This will be Exhibit
24 39-C.
25     (The following video was played:)

### 200

1      UNIDENTIFIED SPEAKER: We've got a very, very
2  exciting afternoon this afternoon. We will be
3  witnessing the first flight of White Knight 2 in
4  public at a demonstration event such as Oshkosh.
5  Pete Siebold is going to be doing some very
6  exciting flying. And Sir Richard Branson is going
7  to be flying in White Knight 2 for the first time.
8      But before that we've got a very, very
9  exciting announcement and a signing ceremony for a
10 deal which was sealed over the weekend, the terms
11 of which were agreed, which is a deal to take
12 Virgin Galactic truly into the second part of the
13 21st Century.
14     We've just signed an agreement with Aabar
15 Group of Abu Dhabi who are making an investment in
16 Virgin Galactic and taking a stake in the company
17 and have also committed to work with us to develop
18 a satellite launch system for White Knight 2 which
19 is extremely exciting. That would allow us to be
20 able to put satellites into space far more cheaply
21 and environmentally efficiently than has ever been
22 done before and reduce the cost of satellite
23 launches quite dramatically, which will allow
24 satellites to be used for a whole new range.
25 Because at the moment it is just too expensive for

### 201

1  some of the applications which they are capable of
2  doing.
3      And I'd like to call up on stage, first of
4  all, Mohamed Al Husseiny and Sir Richard Branson.
5      So, Mohamed, and, Richard, you are going to be
6  signing the deal live here this morning, which if
7  you would like to do that first and then give you
8  both a chance to have of a chat and a bit of a
9  Q and A. So we'll just bring the documents up.
10     MR. BRANSON: Thank you very much. The
11 real -- the real --
12     UNIDENTIFIED SPEAKER: This is the real thing.
13     MR. BRANSON: And the other one.
14     UNIDENTIFIED SPEAKER: Now we'll pass the mike
15 service to Mohamed Al-Husseiny and Sir Richard
16 Branson.
17     MR. BRANSON: I think we want to say a few
18 words (inaudible). I would love to Sheikh (sic)
19 Mohamed to speak first.
20
21     MR. AL-HUSSEINY: We're very excited in
22 Abu Dhabi about investments. It's a company that
23 invests into different sectors, including, but not
24 limited to the venture that we currently have with
25 Sir Richard Branson.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

**202**

1  We know when we track investment sectors that
2  hopefully provide added benefits to Aabar within
3  Abu Dhabi. You may or may not know we also invest,
4  as an example, in Daimler/Mercedes where today we
5  are the single largest shareholders of Mercedes.
6  And we think Virgin Galactic is -- to us is equally
7  very exciting opportunity. And we think it will
8  provide a lot of benefits to us.
9       MR. BRANSON: Well, thank you very much. Now
10 as Will said earlier, it's an enormously exciting
11 day. I was privileged to meet his Royal Highness
12 Sheikh Mansour who has incredible vision, a vision
13 to really build Abu Dhabi into the country of the
14 future, a country that looks after its people, and
15 that (inaudible) and wonderful projects for the
16 country.
17      One of the things that today is going to
18 result in is a spaceport being built in Abu Dhabi
19 in the Middle East so that, you know, people will
20 be able from the Middle East to be able to go into
21 space. And as Will said, not only the chance to
22 take people into space, but to be able to put
23 satellites into space at a fraction of the price
24 and cost that they have in the past.
25      Somebody early on to me said that we had three

**203**

1  years of groovy stories, and this is a good news
2  story. So thanks very much for being here to
3  celebrate it with us.
4       I'm looking forward to getting into the plane
5  now and not going up into space but getting a taste
6  of what it's going to be like. But tremendously
7  exciting. And hopefully there will be lots, lots
8  more good news stories. But wonderful to be
9  working with Abu Dhabi.
10      Thank you very much.
11      (Video recording was stopped.)
12 BY MR. DOTTERRER:
13    Q. Okay. That was Exhibit 39-C. And does that
14 video accurately portray the events and ceremonies that
15 took place that day?
16    A. Yes.
17    Q. And was that in Oshkosh, Wisconsin?
18    A. Yes.
19    Q. And when was it?
20    A. Don't remember the date.
21    Q. Was it in July of 2009?
22    A. Probably so.
23      MR. WEISBURG: 2009?
24      THE WITNESS: I'm guessing. I'm not sure
25 whether it's July.

**204**

1  BY MR. DOTTERRER:
2     Q. Let's take a quick look at the financial
3  statement.
4     A. Yeah. But that wouldn't show that event,
5  right?
6     Q. I understand. Your financial notes, Exhibit
7  38, indicated you signed an agreement to invest what you
8  said was about 272 million dollars on July 20, 2009?
9     A. Okay.
10    Q. So that was the date you signed the agreement
11 on the video, correct?
12    A. That could have been ceremonial, and I could
13 have signed it.
14    Q. But it was on or about that time?
15    A. Right.
16    Q. Around July 20, 2009, right?
17    A. Yeah.
18    Q. And you were in Oshkosh, Wisconsin that day?
19    A. Yes.
20    Q. All right. So at the ceremony you were seated
21 next to Sir Richard Branson?
22    A. Yes.
23    Q. You heard his remarks as he delivered them?
24    A. Yes.
25    Q. And you shook his hands afterwards?

**205**

1     A. Yes.
2     Q. And you didn't correct any of his remarks?
3     A. No.
4     Q. All right. And Sir Richard Branson said that
5  he had met with Sheikh Mansour?
6     A. He said in Oshkosh, yes.
7     Q. Okay. Did he meet with Sheikh Mansour in
8  Oshkosh?
9     A. No.
10    Q. Do you know where he met him?
11    A. I think he met him in Abu Dhabi.
12    Q. And when was that?
13    A. I don't know.
14    Q. Before July 20, 2009?
15    A. That would be my assumption.
16    Q. Do you know how long before?
17    A. Don't know.
18      (Plaintiff's Exhibit Number 40 was marked for
19 identification.)
20 BY MR. DOTTERRER:
21    Q. Okay. Now we are on Exhibit 40. And if you
22 don't mind, do you have a pen?
23    A. Yeah.
24    Q. Let's just number the pages. Okay?
25    A. Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

**206**

1  Q. I'm sorry. They are already numbered.
2  Already done. Sorry. False alarm.
3     So is Exhibit 40 a press release prepared by
4  Aabar?
5  A. I think it's a joint press release.
6  Q. With Aabar and Virgin Galactic?
7  A. Yes.
8  Q. It's on Aabar stationery, and it also has --
9     MR. WEISBURG: Objection. It's on Virgin
10    stationery. It says Aabar and Virgin.
11 BY MR. DOTTERRER:
12 Q. It's on stationery that has --
13    MR. WEISBURG: It's dual headed.
14    THE WITNESS: Dual headed.
15 BY MR. DOTTERRER:
16 Q. Dual headed. Okay.
17 A. Yeah.
18 Q. And it includes Aabar obviously?
19 A. Yes.
20 Q. On each page, right?
21 A. Yeah.
22 Q. So both companies participated in preparing
23 this press release?
24 A. Yes.
25 Q. And this is available on the Aabar website,

**207**

1  right?
2  A. I don't know. Could be.
3  Q. And was this press release issued on or about
4  July 28, 2009?
5  A. Was it? Yes.
6  Q. All right. And did you review the press
7  release before it was approved by Aabar and issued?
8  A. Yes.
9  Q. All right. I'd like to direct your attention
10 to the fourth paragraph.
11 A. Okay.
12 Q. And it begins to read, "Commenting on the
13 acquisition," referring to Aabar's acquisition of part
14 of Virgin Galactic, right?
15 A. Okay.
16 Q. "His Excellency Khadem Al Qubaisi, chairman of
17 Aabar, said," and there a quote to the end of the
18 paragraph, correct?
19 A. Yes.
20 Q. So that's a direct quote from Mr. Al Qubaisi?
21 A. Yes.
22 Q. All right. Was that prepared in writing?
23 A. It was prepared in writing, yes.
24 Q. To be integrated into the press release?
25 A. Correct.

**208**

1  Q. And did you prepare it?
2  A. No.
3  Q. Who prepared it?
4  A. I believe investment bankers maybe press
5  release.
6  Q. Are you sure about that? This is a quotation
7  of Mr. Al Qubaisi's own words, right?
8  A. Yeah. Normally in press releases the way it
9  works is P.R. agencies or investment bankers would
10 prepare a quote and actually give the quotes to either
11 the chairman or CEO. They do this all the time for
12 marketing purposes.
13 Q. But Mr. Al Qubaisi had to approve this
14 quotation --
15 A. Correct.
16 Q. -- from himself, right, before it would be
17 published?
18 A. Correct.
19 Q. And did he that in this case?
20 A. Yes.
21 Q. Do you have a copy of the quotation itself
22 before it was integrated into the press release?
23 A. No. It was the whole press release.
24 Q. Did Mr. Al Qubaisi sign off on this quotation?
25 A. No. No.

**209**

1  Q. And you also had to approve it before it went
2  into this press release, correct?
3  A. Yes.
4  Q. And this is a document that's kept in the
5  regular course of Aabar's records, correct, sir?
6  A. Yes.
7     (Plaintiff's Exhibit Number 41 was marked for
8  identification.)
9  BY MR. DOTTERRER:
10 Q. Let me show you Exhibit 41. I'd merely like
11 you to turn to page two of it.
12    Is that a photograph of you and Sir Richard
13 Branson taken together in Oshkosh?
14 A. Yes.
15 Q. At the same show?
16 A. Yes.
17    (Plaintiff's Exhibit Number 42 was marked for
18 identification.)
19 BY MR. DOTTERRER:
20 Q. I'm going to quickly show you Exhibit 42.
21 We're on Exhibit 42. Now on page one there is a
22 photograph of yourself --
23 A. Yeah.
24 Q. -- correct, with Sir Richard Branson?
25 A. Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com