Condensed Transcript

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

CAPITAL TRANS INTERNATIONAL,
LLC, a Florida limited
liability company,

      Plaintiff(s),

vs.

Case No. 8:10 CV 529-JSM-TGW

INTERNATIONAL PETROLEUM
INVESTMENT COMPANY, a
foreign governmental instrumentality, et
al.

      Defendant(s).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## DEPOSITION OF

### MOHAMED HAMAD AL MEHAIRI

VOLUME I

May 19, 2011
9:15 a.m.

125 Worth Avenue
Suite 310
Palm Beach, FL

**EXHIBIT 3**

Jennifer DiLorenzo, court reporter

IPIC 30(b)(6) Dep.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach FL 33401
www.esquiresolutions.com

## 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited liability company,

    Plaintiff,

vs.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a foreign governmental instrumentality, AABAR INVESTMENTS PJSC, a foreign governmental instrumentality and TASAMEEM REAL ESTATE CO., LLC, a foreign governmental instrumentality,

    Defendants.

VOLUME I   Page 1 to 200

DEPOSITION OF

MOHAMED HAMAD AL MEHAIRI

TAKEN ON BEHALF OF THE PLAINTIFF

May 19, 2011
9:15 a.m. - 3:45 p.m.
125 Worth Avenue
Suite 310
Palm Beach, FL 33480

Jennifer DiLorenzo, court reporter

## 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff:

JOHN C. DOTTERRER COUNSELLORS AT LAW, P.A.
BY: JOHN C. DOTTERRER, ESQ.
and JENNY TORRES, ATTORNEY-AT-LAW,
125 Worth Avenue
Suite 310
Palm Beach, FL 33480
561-802-3808
dottj@dottlaw.com
jtorres@dottlaw.com

On behalf of the Defendants:

SHEARMAN & STERLING, LLP
BY: HENRY WEISBURG, ESQ.,
599 Lexington Avenue
New York, NY 10022-6069
212-484-4000
hweisburg@shearman.com
IPIC
JAMES SULLIVAN, LLB (Hons), BA, DipGrad.

ALSO PRESENT:

Pierre Maroun.

## 3

INDEX OF EXAMINATION
WITNESS:
MOHAMED HAMAD AL MEHAIRI
                  Page

DIRECT EXAMINATION
By Mr. Dotterrer     #6
CROSS EXAMINATION
By Mr. Weisburg     #196

REDIRECT EXAMINATION
By Mr. Dotterrer     #200

INDEX TO EXHIBITS

Plaintiff's
Exhibit   Description   Page

43   Aabar printout about Mohamed Hamad Al Mehairi.   #51
44   "Mohamed Hamad Al Mehairi appointed as Aabar Director."   #53
45   IPIC printout, "Board of Directors."   #55
46   IPIC printout, "Chairman Message."   #72
47   IPIC printout, "Managing Director Message."   #74
48   IPIC printout, "Vision."   #76
49   IPIC printout, "Media, HE Khadem Al Qubaisi one of the top 40 power players."   #78
50   IPIC printout, "Government Strategy and IPIC."   #80
51   "Public Information Statement."   #88
52   IPIC printout, "Credit Rating."   #98

## 4

INDEX TO EXHIBITS

Plaintiff's
Exhibit   Description   Page

53   IPIC printout, "Media."   #99
54   "Aabar Investments PJSC, Board of Directors' Report and Interim Condensed Consolidated Financial Statements, 31 March 2010 (Unaudited)."   #105
55   "International Petroleum Investment Company PJSC, Parent Company Interim Condensed Financial Statements, 30 June 2010 (Unaudited)."   #124
56   IPIC brochure.   #140
57   Letter to Mr. Fadi Kantar from Khadem Al Qubaisi, Dec. 25, 3008 (sic)."   #166
58   Letter to Mr. Fadi Kantar from Khadem Al Qubaisi, Dec. 25, 3008 (sic).   #194

Plaintiff's
Exhibit   For Identification   Page

15   Letter to The Manager from Khadem Al Qubaisi, Feb. 10, 2009.   #150
19   "Loan Agreement."   #151
20   "Amendment to Loan Agreement."   #152
22   "Purchase Agreement, Dated 24 May 2010."   #152
24   "Amendment Agreement, Dated 24 Jan. 2010, Relating to A Purchase Agreement Dated 24 May 2010."   #155
25   Meeting minutes, 24 June 2010.   #157



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

**125**

1   A.   Yes.
2   Q.   All right.
3   A.   Yes, the Finance Team who produce this
4   document.
5   Q.   Yes, but you review it?
6   A.   We give them input.
7   Q.   You give them input?
8   A.   Yes.
9   Q.   That's one thing I was curious about - to what
10  parts of it do you render input?
11  A.   We receive record of, you know, updates,
12  financial reports from all subsidiaries --
13  Q.   Right.
14  A.   -- and, you know, we pass it to our
15  Finance Team for the record to produce this document.
16  Q.   I see. Do you participate in writing any of
17  the text of the --
18  A.   No.
19  Q.   -- the report - statement?
20       I would like to ask you about a few of the
21  notes in here, the first one being on Page 7, and it's
22  Note No. 1 in the third paragraph under "Corporate
23  Information."
24  A.   Yes.
25  Q.   "As of 30 June 2010, the Company" - that's

**126**

1   IPIC, right - "had control over five significant
2   operating companies either directly or through its
3   special purpose vehicles," and then it gives a list of
4   special purpose vehicles.
5   A.   Yes.
6   Q.   One of them is Aabar, correct?
7   A.   Yes.
8   Q.   And what's a "special purpose vehicle"?
9   A.   This is for tax purposes.
10  Q.   All right. What tax purposes?
11  A.   So we set up a company in countries like
12  Austria, Luxembourg, which is the practice in most of
13  the investments not only for IPIC, but also for other
14  companies --
15  Q.   No, no.
16  A.   -- to --
17  Q.   These companies are set up in Luxembourg,
18  right? They're in Austria --
19  A.   We have one --
20  Q.   -- and Korea?
21       MR. WEISBURG: I think you would have
22  heard the explanation - again you interrupted
23  him.
24  BY MR. DOTTERRER:
25  Q.   I'm sorry. Finish your answer.

**127**

1   A.   As I mentioned, these special SPVs is
2   mainly to take advantage of the tax treaties between
3   UAE and other countries, and so we set up a company
4   or SPV in countries where we take advantage of this.
5   Q.   All right. But in this note you're listing
6   some of your special purpose vehicles and they include --
7       MR. WEISBURG: Objection, you're
8   misreading this.
9   A.   Here. It only refers to the companies,
10  but not to the SPVs.
11  Q.   There's no SPVs involved in Aabar, right, in
12  owning Aabar? You own that directly.
13  A.   Yes.
14  Q.   All right.
15  Q.   What are the five significant operating
16  companies that are referred to in the first line of that
17  paragraph?
18  A.   It's --
19      MR. WEISBURG: Document speaks for itself.
20  They're listed right here.
21  A.   Yes. Correct. It's Hyundai, which we
22  dispose, and the other four which I mentioned
23  earlier, XOJET, Borealis, Aabar, NOVA, and
24  Ferrostaal.
25  Q.   Okay. I got you.

**128**

1       Let's go to Page 11, and I'm on Note No. 10,
2   please --
3   A.   Yes.
4   Q.   -- titled, "Shareholder Loan." So the
5   shareholder of IPIC is the Abu Dhabi Government, right?
6   A.   Yes.
7   Q.   All right. It says, "During the period ended
8   30 June 2010, the Company received US $500 million from
9   the Department of Finance of Abu Dhabi on behalf of the
10  Government," correct?
11  A.   Yes.
12  Q.   Do you recall that?
13  A.   Yes.
14  Q.   Why is the receipt expressed in U.S. dollars
15  as $500 million instead of AED?
16  A.   This was the purpose of the Fund, to
17  invest globally, and the U.S. - the U.S. dollar is
18  the currency we usually prefer or use in most of the
19  financials and all the other things.
20  Q.   All right. Does the Abu Dhabi Government have
21  accounts in U.S. dollars?
22  A.   I don't know.
23  Q.   Does IPIC?
24  A.   In U.S.?
25  Q.   In U.S. dollars.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 129

1  A. Yes, yes. In U.S. dollars, yes, yes.
2  Q. All right. Okay. Now, this $500 million in
3  funds that went into IPIC was specifically used for
4  IPIC's obligations in its investment in the Qatar Abu
5  Dhabi Investment Company --
6  A. Yes.
7  Q. -- correct?
8  A. Yes.
9  Q. All right. So the Government gave IPIC
10 $500 million specifically to be used in that investment.
11 A. Yes.
12 Q. Do you recall that $500 million coming in?
13 A. Yes.
14 Q. And how much longer was it before it went out
15 to Qatar Abu Dhabi Investment?
16 A. Only $50 million went to the Company.
17 Q. All right. What did you do with the other
18 $450 million?
19 A. It's with us in IPIC.
20 Q. You still hold it --
21 A. Yes.
22 Q. -- for the purpose of further investment in
23 Qatar Abu Dhabi --
24 A. Yes.
25 Q. -- Investment?

### 130

1      Have you received any other funds like that
2  from the Government for a specific purpose since you've
3  been there?
4  A. No, this is the only one.
5  Q. And these funds were provided to IPIC
6  interest-free, correct?
7  A. Yes.
8  Q. And with no time of repayment, right?
9  A. Yes.
10 Q. Let's go to Page 14, please, Note 15. This
11 reflects an offer that IPIC made to the minority
12 shareholders of holdings of Aabar, right?
13 A. Yes.
14 Q. And that was initially for 1.45 per share that
15 increased to 1.95 per share, right?
16 A. Correct. Yes.
17 Q. And that was a part of a plan of IPIC to take
18 full control of Aabar?
19 A. At that time, yes.
20 Q. Yes, and this is in July of 2010?
21 A. Yes.
22 Q. How long did it take to develop that plan?
23 A. A couple of months.
24 Q. Two or three?
25 A. Yeah, I would say that.

### 131

1  Q. And who within IPIC was the originator of this
2  plan?
3  A. For which plan? Sorry.
4  Q. To take full control of Aabar.
5  A. This is normal. This came from Aabar
6  management.
7  Q. But since IPIC was making the offer to buy --
8  A. Yes.
9  Q. -- the shares, obviously IPIC had to --
10 A. Yes.
11 Q. -- do it.
12 A. The documentation came from Aabar team.
13 Q. Right.
14 A. This is the plan that we - they want to
15 make this offer to the remaining shareholders and we
16 approved it at the Board of Aabar.
17 Q. Okay. Who at IPIC originally proposed the
18 idea to the rest of IPIC?
19 A. What do you mean? Sorry.
20 Q. Were you the one who proposed this plan to the
21 IPIC Board?
22 A. No. The idea initiated came from Aabar
23 itself that they want --
24 Q. Yes.
25 A. -- to propose a --

### 132

1  Q. Came to whom at IPIC?
2  A. It to Aabar Board and then Aabar Board
3  discuss this.
4  Q. You mean IPIC Board?
5  A. Aabar Board.
6  Q. Okay. And then how did it get to the
7  attention of IPIC?
8  A. Well, then it came to IPIC --
9  Q. Yes.
10 A. -- and then went for Board approval,
11 basically.
12 Q. So who at IPIC - came to the attention of who
13 at IPIC?
14 A. No. Basically, it's a - you know, the
15 full Board, which consists of four directors from
16 IPIC and once we put recommendation to the Board with
17 this offer.
18 Q. Who made the recommendation to the IPIC Board
19 to take full control of Aabar?
20 A. It's done by us, the Investment Team.
21 Q. Okay.
22 A. And we recommended this to the Board based
23 on --
24 Q. So --
25 A. -- Aabar's request.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 133

1  Q. So you recommended taking full control of
2  Aabar to the IPIC Board?
3  A. Based on request from Aabar.
4  Q. I understand.
5  A. So this is a sequence.
6  Q. I want to get into the procedure at IPIC.
7  A. Yeah, IPIC --
8  Q. Let's concentrate on that.
9  A. Any acquisitions we do in IPIC, we need
10 the Board approval --
11 Q. Yes. Okay.
12 A. -- regardless - small, big, we need to get
13 the approval of the Board.
14 Q. Now, somebody has to make a proposal to the
15 Board.
16 A. Yeah, the senior management, MD, myself,
17 the CFO, so that's basically also.
18 Q. Did you prepare any proposal reflecting this
19 proposition to take full control of Aabar, a summary or a
20 recommendation --
21 A. Yes.
22 Q. -- or report?
23 A. Yes.
24 Q. You did?
25 A. Yes.

### 134

1  Q. What's that called?
2  A. It's basically due diligence and analyzing
3  this opportunity for IPIC.
4  Q. All right.
5  A. So we --
6  Q. Is there a single document that reflects that
7  or several?
8  A. No, several documents.
9  Q. All right. Tell me what they are, please.
10 A. It's basically due diligence. We -- But
11 we are in the Company, we are already in Aabar, so we
12 know the company inside out, so you just need to
13 produce maybe a limited document. If you acquire a
14 company for the first time, yes, we do.
15 Q. Okay. All I'm trying to do now is identify
16 the document or documents, what they are, so could you
17 define that for me? Was there a report?
18 A. Yes, a report produced by us.
19 Q. All right. What's the title of the report?
20 A. That's "Investment Recommendation,"
21 "Investment Proposal" - suppose we call.
22 Q. Is that signed by you?
23 A. No, not signed. We just produce the
24 document. We put it in the Board agenda for review.
25 Q. I see. How many pages is it?

### 135

1  A. I don't know.
2  Q. And can you tell me approximately how many
3  pages? You said it wasn't very lengthy - is it two or
4  three or is ten?
5  A. No, more than that.
6  Q. Twenty?
7  A. More.
8  Q. Thirty, 50?
9  A. Around there.
10 Q. Around what?
11 A. I don't know, 20 plus.
12 Q. Okay. Twenty plus pages. All right. And
13 what's the approximate date of that document?
14 A. Was during - around that period when we
15 made the offer, so that was --
16 Q. So two or three months --
17 A. Yeah.
18 Q. -- before July of 2010?
19 A. Around that period, yes.
20 Q. Can you be more specific about the date?
21 A. I don't remember the date exact.
22 Q. Where is this report kept - in the Aabar file?
23 A. This is what you're referring now --
24 Q. I think earlier today you --
25 A. -- is --

### 136

1  Q. Go ahead.
2  A. It's IPIC, right? We're talking about
3  IPIC or Aabar?
4  Q. No, IPIC.
5  A. IPIC to --
6  Q. Aabar.
7  A. This was kept inside IPIC because it was
8  internal document between us and the Board of IPIC.
9  Q. Yes. I understand. It's internal document --
10 A. Yes.
11 Q. -- within IPIC.
12 A. Yes.
13 Q. All right.
14    Now, I think earlier this morning you told me
15 that you, at IPIC, have a file --
16 A. Yes, for --
17 Q. -- for Aabar.
18 A. Yes.
19 Q. So is this report in the Aabar file?
20 A. Yes, for sure.
21 Q. What I'm trying to do is get some parameters
22 on what this document is so I can request it from your
23 company and you'll know what I'm talking about - you see?
24 Can you be any more specific as to --
25 A. No. It's like any other investment, we



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 137

1  make proposals, we put set of documents for the Board
2  for review and approval. So in terms of how many
3  pages, what's the details, but --
4    Q.  Does it say "to" and "from" on it?
5    A.  No.
6    Q.  Like from you to --
7    A.  No.
8    Q.  -- Mr. Al Qubaisi?
9    A.  No.
10   Q.  All right. Then what documents were attached
11 to this report?
12   A.  It's basically like any other investments
13 - it's just the financials, proposals, and
14 recommendation from IPIC.
15   Q.  All right. So you put a package of
16 information together --
17   A.  Yes.
18   Q.  -- and that was submitted to the members of
19 the IPIC Board --
20   A.  Yes.
21   Q.  -- right?
22       Do they get a series of papers on various
23 proposals they're being asked to consider at each board
24 meeting?
25   A.  Yes, each investments, we send it to the

### 138

1  Board --
2    Q.  I see.
3    A.  -- any proposals, investments.
4    Q.  So when they sit down they have a package --
5    A.  Yes.
6    Q.  -- on each investment they're going to
7  consider --
8    A.  Yes.
9    Q.  -- in front of them.
10       And when was the IPIC board meeting held on
11 this decision to take full control of Aabar?
12   A.  I don't remember.
13   Q.  This note says that the offer was made in
14 July 2010.
15   A.  Yeah.
16   Q.  How long before that was the Board vote to do
17 that?
18   A.  I don't know when exactly.
19   Q.  But that would be reflected in the board
20 minutes --
21   A.  Yes.
22   Q.  -- right?
23   A.  Yes.
24   Q.  Did you put together a similar package with
25 respect to the first cash infusion from IPIC to Aabar for

### 139

1  the $1.8 billion U.S. dollars?
2    A.  Yes, all investments we put proposition on
3  the Board.
4    Q.  All right. So that was done in the same
5  manner as what we just discussed?
6    A.  Yes.
7    Q.  All right. Are you familiar with a loan that
8  was made from IPIC to Aabar for 302 million euros?
9    A.  Yes.
10   Q.  And did you put together a proposal package --
11   A.  Yes.
12   Q.  -- to support that to the IPIC Board --
13   A.  Yes.
14   Q.  -- as well? And what was the designated use
15 of those funds in euros?
16   A.  It was basically for general purposes for
17 Aabar's requirements.
18   Q.  All right. And then later on, I think in
19 2009, there was another one point or almost $2 billion --
20   A.  Yes.
21   Q.  -- that was infused into --
22   A.  Yes.
23   Q.  -- Aabar by IPIC? Did you put together a
24 proposal package to support that as well?
25   A.  Yes, yes, executive decision.

### 140

1    Q.  And that was by the Board on both of those
2  decisions?
3    A.  Yes.
4        (Defendants' Exhibit 56 was marked for
5  identification.)
6  BY MR. DOTTERER:
7    Q.  Okay. This is Exhibit No. 56. There you are,
8  sir. Can you tell by looking at this that this was a
9  document that was produced by IPIC to us through counsel
10 because of the stamp marks on the lower right-hand corner
11 where it says, "IPIC 0001," et cetera?
12   A.  Sorry, was provided by whom?
13   Q.  By IPIC to us.
14   A.  I don't know who provide this.
15   Q.  Have you been at all involved in the document
16 production process in this case?
17   A.  Yes, yes, but I don't know what you're
18 referring to now is this document was given to you by
19 who?
20   Q.  By your counsel.
21   A.  Yes.
22   Q.  Mr. Weisburg's office.
23   A.  Yes, yes.
24   Q.  Are you familiar with that?
25   A.  Yes. This document, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com