EXECUTION VERSION

# AMENDMENT TO LOAN AGREEMENT

DATED 26 MARCH 2010

AABAR INVESTMENTS PJSC

(as "Borrower")

- and -

INTERNATIONAL PETROLEUM INVESTMENT COMPANY

(as "Lender")



EXHIBIT
4



EXHIBIT
PLFS 20
KP 5-18-11

THIS AGREEMENT (the "Agreement") is made on 26 March 2010 BETWEEN:

(1) AABAR INVESTMENTS PJSC (the Borrower); and

(2) INTERNATIONAL PETROLEUM INVESTMENT COMPANY (the Lender).

WHEREAS:

(A) The Lender and the Borrower have entered into an interest-free on demand loan agreement dated 20 December 2009 whereby the Lender loaned to the Borrower the sum of € 302,000,000 (Three Hundred and Two Million Euros) (the "Loan Agreement").

(B) The Lender and the Borrower wish to amend the Loan Agreement as set out in this Agreement.

IT IS AGREED as follows:

1. AMENDMENT

1.1 Clause 4 of the Loan Agreement is hereby deleted and replaced by the following:

"*4. REPAYMENT*

*4.1 The loan is repayable at the discretion of the Board of Directors of the Borrower.*"

1.2 For the avoidance of doubt, the amendment set out in clause 1.1 above shall have effect from the Effective Date. All other terms and conditions of the Loan Agreement remain unchanged.

2. ARBITRATION

Any dispute arising out of or in connection with this Agreement, including any question regarding its existence, validity or termination, shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce by three arbitrators appointed in accordance with the said Rules and:

(a) the seat of arbitration shall be London, United Kingdom.;

(b) the language to be used in the arbitral proceedings shall be English; and

(c) the procedural law of the arbitral proceedings shall be the law of England and Wales.

3. GOVERNING LAW AND JURISDICTION

This Agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the law of England and Wales.

4. MISCELLANEOUS

This Agreement may be executed in any number of counterparts, all of which, taken together, shall constitute one and the same agreement and any party may enter into this Agreement by executing a counterpart.

CONFIDENTIAL

IPIC0164

AS WITNESS the hands of the parties (or their duly authorised representatives) on the date which appears first on page 1.

## SIGNATORIES

INTERNATIONAL PETROLEUM INVESTMENT COMPANY

By............................................................

Name:........................................................

Authorised signatory for and on behalf of International Petroleum Investment Company

AABAR INVESTMENTS PJSC

By............................................................

Name:........................................................

Authorised signatory for and on behalf of Aabar Investments PJSC

CONFIDENTIAL

IPIC0165