
Home  Contact Us  Career  Site Map

# aabar



| About Us | Investors Relation Centre | Media Centre | Investments | Real Estate |



RSS Feed | Latest News ■

Monday, 03 May 2010
**Aabar Properties - 2**
**Mohamed Badawy Al-Husseiny**
Chief Executive Officer of "Aabar Investments PJSC".

"Aabar Properties" finances of its projects in full (100%).

A special financing company associated with "Aabar Properties" shall be established soon.

- We have the ability to grant long-term financing for our real estate projects.
- Our self-financing capability emanates from our status as an Abu Dhabi government subsidized company.

On the other hand, Mr. Mohamed Badawy Al-Husseiny,

Chief Executive Officer of "Aabar Investments PJSC", asserted that "Aabar Properties" enjoys a self-financing cover for all its projects, due to the success achieved by its successful investment policy which was has been adopted by the company over the past years, and had led to the accumulation of its profits and cash surpluses, insinuating that this position affords the company a great credibility and confidence in the domestic market or even in the real estate projects which are developed by the company worldwide. Furthermore, the most important issue in this regard is that "Aabar Investments PJSC" company is 84% subsidized by an Abu Dhabi government company; i.e., "IPIC" company. This would definitely vouch for its capabilities and credibility in financing its projects and investment in all sectors.

**Financing Demands**
The Chief Executive Officer of "Aabar Investments PJSC" indicated that "Aabar Properties" is currently seeking to develop systems and policies that would not only offer and sell real estate units, but would also provide financing facilities, saying: "We shall provide all types of real properties or units in our developed projects coupled with financing facilities" unveiling that "Aabar Properties" is in the process of establishing an associate company to provide financing to those who intend to purchase its real estate units, stating that this matter is being studied.

<< Start < Prev 1 2 3 4 Next > End >>

Staff Login | Privacy Policy | Site Feedback | Legal Disclaimer


EXHIBIT 7

http://www.aabar.com/index.php?option=com_content&view=article&id=382%3Aaabar-pr...   7/6/2011