The Committee on Foreign Investment in the United States (CFIUS)

U.S. DEPARTMENT OF THE TREASURY

# Resource Center

## The Committee on Foreign Investment in the United States (CFIUS)

CFIUS is an inter-agency committee authorized to review transactions that could result in control of a U.S. business by a foreign person ("covered transactions"), in order to determine the effect of such transactions on the national security of the United States. CFIUS operates pursuant to section 721 of the Defense Production Act of 1950, as amended by the Foreign Investment and National Security Act of 2007 (FINSA) (section 721) and as implemented by Executive Order 11858, as amended, and regulations at 31 C.F.R. Part 800.

The CFIUS process has been the subject of significant reforms over the past several years. These include numerous improvements in internal CFIUS procedures, enactment of FINSA in July 2007, amendment of Executive Order 11858 in January 2008, revision of the CFIUS regulations in November 2008, and publication of guidance on CFIUS's national security considerations in December 2008. Further information about each of these reforms is available via the links below.

**Process Overview**
**Composition of CFIUS**
**Filing Instructions**
**CFIUS FAQs**
**Legislation**
**Executive Order**
**Regulations**
**Guidance**
**Reports and Tables**

If you have questions or concerns please contact CFIUS at:
**E-Mail:** CFIUS@treasury.gov
**Phone:** (202) 622-1860


EXHIBIT
8