Condensed Transcript

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited liability company,

    Plaintiff(s),

vs.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a foreign governmental instrumentality, et al.

    Defendant(s).

Case No. 8:10 CV 529-JSM-TGW

## DEPOSITION OF

## MOHAMED HAMAD AL MEHAIRI

### VOLUME I

May 19, 2011
9:15 a.m.

125 Worth Avenue
Suite 310
Palm Beach, FL

Jennifer DiLorenzo, court reporter



ESQUIRE
an Alexander Gallo Company

EXHIBIT 2

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach FL 33401
www.esquiresolutions.com

## 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited liability company,

Plaintiff,

vs.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a foreign governmental instrumentality, AABAR INVESTMENTS PJSC, a foreign governmental instrumentality and TASAMEEM REAL ESTATE CO., LLC, a foreign governmental instrumentality,

Defendants.

VOLUME I   Page 1 to 200

DEPOSITION OF

MOHAMED HAMAD AL MEHAIRI

TAKEN ON BEHALF OF THE PLAINTIFF

May 19, 2011
9:15 a.m. - 3:45 p.m.
125 Worth Avenue
Suite 310
Palm Beach, FL 33480

Jennifer DiLorenzo, court reporter

## 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff:

JOHN C. DOTTERRER COUNSELLORS AT LAW, P.A.
BY: JOHN C. DOTTERRER, ESQ.
and JENNY TORRES, ATTORNEY-AT-LAW,
125 Worth Avenue
Suite 310
Palm Beach, FL 33480
561-802-3808
dottj@dottlaw.com
jtorres@dottlaw.com

On behalf of the Defendants:

SHEARMAN & STERLING, LLP
BY: HENRY WEISBURG, ESQ.,
599 Lexington Avenue
New York, NY 10022-6069
212-484-4000
hweisburg@shearman.com
IPIC
JAMES SULLIVAN, LLB (Hons), BA, DipGrad.

ALSO PRESENT:

Pierre Maroun.

## 3

INDEX OF EXAMINATION
WITNESS:
MOHAMED HAMAD AL MEHAIRI
                                              Page

DIRECT EXAMINATION
By Mr. Dotterrer                              #6
CROSS EXAMINATION
By Mr. Weisburg                               #196

REDIRECT EXAMINATION
By Mr. Dotterrer                              #200

INDEX TO EXHIBITS
Plaintiff's
Exhibit  Description                          Page

43   Aabar printout about Mohamed Hamad
     Al Mehairi.                              #51
44   "Mohamed Hamad Al Mehairi appointed
     as Aabar Director."                      #53
45   IPIC printout, "Board of Directors."     #55
46   IPIC printout, "Chairman Message."       #72
47   IPIC printout, "Managing Director
     Message."                                #74
48   IPIC printout, "Vision."                 #76
49   IPIC printout, "Media, HE Khadem Al
     Qubaisi one of the top 40 power
     players."                                #78
50   IPIC printout, "Government Strategy
     and IPIC."                               #80
51   "Public Information Statement."          #88
52   IPIC printout, "Credit Rating."          #98

## 4

INDEX TO EXHIBITS
Plaintiff's
Exhibit  Description                          Page

53   IPIC printout, "Media."                  #99
54   "Aabar Investments PJSC, Board of
     Directors' Report and Interim
     Condensed Consolidated Financial
     Statements, 31 March 2010
     (Unaudited)."                            #105
55   "International Petroleum Investment
     Company PJSC, Parent Company Interim
     Condensed Financial Statements, 30
     June 2010 (Unaudited.)"                  #124
56   IPIC brochure.                           #140
57   Letter to Mr. Fadi Kantar from
     Khadem Al Qubaisi, Dec. 25, 3008
     (sic)"                                   #166
58   Letter to Mr. Fadi Kantar from
     Khadem Al Qubaisi, Dec. 25, 3008
     (sic).                                   #194

Plaintiff's
Exhibit  For Identification                   Page
15   Letter to The Manager from Khadem Al
     Qubaisi, Feb. 10, 2009.                  #150

19   "Loan Agreement."                        #151

20   "Amendment to Loan Agreement."           #152

22   "Purchase Agreement, Dated 24 May
     2010."                                   #152
24   "Amendment Agreement, Dated 24 Jan.
     2010, Relating to A Purchase
     Agreement Dated 24 May 2010."            #155
25   Meeting minutes, 24 June 2010.           #157



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

## Page 5

INDEX TO EXHIBITS

Plaintiff's
Exhibit  For Identification                                        Page

27   Letter to A.I. Jaffer from Khadem Al Qubaisi, 22 Nov. 2010.   #162
32   Letter to HRH Prince Alwaleed Bin Talal Bin Abdulaziz Al Saud from Khadem Al Qubaisi, April 9, 2009.   #178
34   Letter to HRH Prince Alwaleed Bin Talal Bin Abdulaziz Al Saud from Khadem Al Qubaisi, May 4, 2009.   #182
36   Letter to Khadem Al Qubaisi from Prince Alwaleed Bin Talal Bin Abdulaziz Al Suad.   #184

(Plaintiff's Exhibits were attached to the original transcript and copy of the transcript.)

## Page 6

Deposition of MOHAMED HAMAD AL MEHAIRI
May 19, 2011

THE REPORTER: Do you swear the testimony you're about to give will be the truth, the whole truth, and nothing but the truth so help you God?

THE WITNESS: Yes, I do.

---

MOHAMED HAMAD AL MEHAIRI, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION
BY MR. DOTTERRER:

Q. Sir, please state your name for the record.
A. Mohamed Al Mehairi.
Q. Would you spell that?
A. M-O-H-A-M-E-D, and the last name Al Mehairi, A-L, M-E-H-A-I-R-I.
Q. Thank you very much.
   So your family name is Al Mehairi.
A. Yes.
Q. And that's the same name as the building which houses the IPIC offices --
A. Yes.

## Page 7

Q. -- right?
A. Yes.
Q. And is the owner of the building in your family?
A. No.
Q. Just has the same last name?
A. Yes.
Q. Okay. And may I address you as "Mr. Al Mehairi"?
A. Yes, or "Mohamed" is fine.
Q. Okay. Thank you very much.
A. Sure.
Q. You may call me "John."
A. Thank you.
Q. Are you the person who has been designated by IPIC, the Defendant in this case, to answer the questions pursuant to the Notice of Taking Deposition served on IPIC?
A. Yes.
Q. And what preparation have you done for this deposition?
A. I spent a couple of session with the lawyers - with Henry Monday and Tuesday.
Q. Here in Palm Beach?
A. Yes.

## Page 8

Q. Is that with Mr. Weisburg and Mr. Sullivan?
A. Yes.
Q. How many hours did you spend in the process?
A. A couple of hours.
Q. In total?
A. I think three, four hours.
Q. Three or four hours in total?
A. Yes.
Q. Okay. Did you review any documents?
A. Yes, prior to my travel here.
Q. Which documents did you review?
A. The document about the whole case.
Q. I see.
A. Yes.
Q. And where did you do that?
A. Back in Abu Dhabi.
Q. And when was that?
A. Two weeks ago.
Q. For how long?
A. For an hour.
Q. I see.
A. Yes.
Q. How many documents did you review?
A. I don't know. I can't remember.
Q. Did you review any documents when you were



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 185

1  IPIC, right?
2      A.  Yes.
3      Q.  And he holds no position at Aabar, does he?
4      A.  No.
5      Q.  Have you ever seen this document before?
6      A.  Just recently. I saw it two days ago,
7  actually, signed by Prince Alwaleed Bin Talal Bin
8  Abdulaziz Al Saud.
9          MR. WEISBURG: Can I make a note for the
10     record? We received this from you, never seen
11     it before, got it yesterday. I thought I saw
12     that Mr. Maroun has the originals. We can't
13     tell, for example, whether this is signed or not
14     signed and so we would like to see the original.
15         MR. DOTTERRER: Okay.
16 BY MR. DOTTERRER:
17     Q.  When IPIC is considering acquisitions, does it
18 engage outside persons or companies to assist it?
19     A.  Yes, advisors, which it --
20     Q.  And --
21     A.  What I'm referring to is investment banks.
22     Q.  Okay. Well, what did you mean by the term
23 "advisors"?
24     A.  "Advisors" - that means financial
25 advisors, investment banks.

### 186

1      Q.  And how many does IPIC use?
2      A.  All of them.
3      Q.  And what about Aabar?
4      A.  All of them.
5      Q.  The same?
6      A.  Same, yes.
7      Q.  Other than what you've already testified to in
8  this deposition, are you aware of any other travel to the
9  United States by employees of IPIC or agents of IPIC?
10     A.  No.
11     Q.  Are there any employees of IPIC that are also
12 employees of the Government of Abu Dhabi or the UAE?
13     A.  No. We have only IPIC employees, not the
14 Government.
15     Q.  Some of the members of the Board of Directors
16 are also officials with the Government - we've discussed
17 that previously today.
18     A.  Board of Directors, yes.
19     Q.  What communications, either written or verbal,
20 has IPIC had with the Plaintiff in this case, CTI?
21     A.  From the -- I think the only two -- As far
22 as I know, these are the letters, which, you know,
23 there's one which I had, Exhibit 57 --
24     Q.  That's the only one?
25     A.  Yes, and I saw another document also.

### 187

1      Q.  What is that?
2      A.  From, I think, storage or some hospital
3  investment or something like this.
4      Q.  For storage?
5      A.  Storage facilities or refineries.
6      Q.  What do you mean by "storage facilities"?
7      A.  I don't know. Storage - oil storage
8  facilities.
9      Q.  Oil storage?
10     A.  Yes.
11     Q.  I see. Was that the same document that
12 referred to a refinery?
13     A.  No, it's different.
14     Q.  Is it in the exhibits that you have?
15     A.  No.
16     Q.  Can you tell us what document that is?
17     A.  I don't have it.
18     Q.  That's something that's been shown to you
19 recently?
20     A.  Yes. It was, I think, another document
21 which also --
22     Q.  I guess what I'm getting at right now - did we
23 show it to you --
24     A.  No, no.
25     Q.  -- at this deposition?

### 188

1      A.  No, no.
2      Q.  So your counsel showed it to you --
3      A.  Yes.
4      Q.  -- in preparation for this deposition?
5      A.  Yes.
6      Q.  And what was the date of the document?
7      A.  I don't remember.
8      Q.  And it was for an oil storage facility?
9      A.  Storage deal for a land.
10     Q.  Sorry. I didn't catch that word.
11     A.  Storage or land agreement. Just looked at
12 it quickly. I don't know the details.
13     Q.  How many pages was it?
14     A.  One page.
15     Q.  Who was the creator of the document - was it
16 IPIC, Aabar, CTI?
17     A.  It's IPIC.
18     Q.  IPIC. Who signed it?
19     A.  Khadem, as Director.
20     Q.  Al Qubaisi?
21     A.  Yes.
22     Q.  Are you familiar with any verbal
23 communications between IPIC and the Plaintiff, CTI?
24     A.  No.
25     Q.  Have you researched that at all to find out?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

### 189

1  A. No.
2  Q. Have you spoken to Mr. Al Qubaisi about any of
3  this?
4  A. Yeah, just once before I came here.
5  Q. All right. And what did he tell you?
6  A. He said there is a case and, you know, all
7  the details are with the lawyers.
8  Q. Right. So you didn't ask him what
9  communications he had --
10 A. No.
11 Q. -- with CTI or CTI had with him?
12 A. No.
13 Q. Or what directions were given by IPIC to CTI?
14 A. No.
15 Q. You didn't discuss that?
16 A. No.
17 Q. So you don't know anything about that?
18 A. No.
19 Q. What do you know about the role of Sheikh
20 Monsour in Tasameem?
21    MR. WEISBURG: Asked and answered.
22 A. I don't know.
23 Q. Did you research that in preparation for this
24 deposition?
25 A. No.

### 190

1  Q. Have you already told me everything about
2  IPIC's property and investment interest in the United
3  States --
4  A. Yes.
5  Q. -- today?
6     Do you know of any other applications to the
7  U.S. Government or any state government in the United
8  States except for the one to CFIUS that you had referred
9  to earlier?
10 A. CFIUS.
11 Q. CFIUS.
12 A. No, this is the only thing.
13 Q. The only thing?
14 A. Yes.
15 Q. The only application to a regulatory body or
16 government, body of the United States?
17 A. Yes.
18 Q. All right. And I think you promised me that
19 after lunch you would --
20 A. Yes, Committee on Investments - Committee
21 of Investments of Foreign --
22    MR. WEISBURG: Foreign Investments.
23    MR. MAROUN: Foreign Investments.
24 A. I have it here.
25 Q. All right.

### 191

1  A. The Committee on Foreign Investment in the
2  United States, C-F-I-U-S.
3  Q. Got it. Thank you very much. And were you
4  correct.
5     Is that a Congressional committee?
6  A. I don't know the details too much, no.
7  Q. What communications has IPIC had with the New
8  York Times?
9  A. I don't know.
10 Q. Did you research that at all in preparation
11 for this deposition?
12 A. No.
13 Q. All right. What about with the Financial
14 Times - are you familiar with that publication?
15 A. Yes, I am.
16 Q. And what do you know about IPIC's
17 communications with the Financial Times?
18 A. We have a media section in IPIC.
19 Q. Yes.
20 A. And they deal with all media, newspapers,
21 you know, around the world.
22 Q. Who's in charge of that section?
23 A. It's under the H.R. arrangement - we have
24 a section for media.
25 Q. H.R. and Admin is the same department - is one

### 192

1  department?
2  A. Yes.
3  Q. Okay. And it has a subsection for --
4  A. Media.
5  Q. -- media relations?
6  A. Yes.
7  Q. And before coming to appear as the
8  representative of IPIC at this deposition, did you
9  research any communications between IPIC and the
10 Financial Times?
11 A. Yes. We -- You know, occasionally, we,
12 you know, send press releases to all media, which
13 includes Financial Times --
14 Q. Right.
15 A. -- also.
16 Q. Did you ascertain what indications IPIC has
17 had with the Financial Times concerning the matters in
18 this case?
19    MR. WEISBURG: Objection, vague. I don't
20 think we would agree as to what the matters are
21 in this case.
22 A. Sorry. What do you mean? Your question
23 is not clear.
24 Q. Did you research the communications that IPIC
25 had with the Financial Times concerning any of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com