UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

--------------------------------------------------------------x

CAPITAL TRANS INTERNATIONAL, LLC,          :
a Florida limited liability company,       :
                                           :
              Plaintiff,                    :
                                           :
              -against-                     :
                                           :    Case No. 8:10-CV-529-30TGW
INTERNATIONAL PETROLEUM                     :
INVESTMENT COMPANY, a foreign company,      :
AABAR INVESTMENTS PJSC, a foreign           :
company, and TASAMEEM REAL ESTATE CO,       :
LLC, a foreign limited liability company,   :
                                           :
              Defendants.                   :
--------------------------------------------------------------x

## DEFENDANT AABAR INVESTMENTS PJSC'S (NOW KNOWN AS AABAR INVESTMENTS PJS) OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Aabar Investments PJSC

(now known as Aabar Investments PJS) ("Aabar") by and through its undersigned attorneys

hereby objects and responds to Plaintiff's Second Requests for Production (as amended by

Plaintiff) (the "Document Requests") as follows:

Aabar makes this response without in any way waiving or intending to waive, but to the

contrary, intending to reserve and reserving:

(1)    all questions as to competency, relevancy, materiality, privilege, and
       admissibility as evidence for any purpose, at any trial or hearing in this
       case or in any related or subsequent action or proceeding, if any, of any of
       the documents produced hereunder or the subject matter thereof; and

(2)    the right to object on any ground to the use of documents produced
       hereunder or the subject matter thereof, at any proceeding in this case; and

(3)    the right to object on any ground at any time to a demand for any further
       response to this or any other set of document requests.

NYDOCS04/534844.1

## OBJECTIONS AND RESPONSES TO SPECIFIC DOCUMENT REQUESTS

Aabar specifically objects and responds to the Document Requests as follows:

### Document Request 1

Aabar board presentation packages and board minutes showing Aabar's reasons and/or purpose to invest in Virgin Galactic, LLC, as referenced by Aabar's Rule 30(6)(6) Corporate Representative at the deposition on May 18, 2011.

### Response to Document Request 1

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

### Document Request 2

Aabar board presentation packages and board minutes showing Aabar's reasons and/or purpose to invest in the U.S. aviation company XOJET, Inc., referenced by Aabar's Rule 30(b)(6) Corporate Representative at the deposition on May 18, 2011.

### Response to Document Request 2

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

### Document Request 3

Aabar board presentation packages and board minutes showing Aabar's reasons, and/or purpose to invest by debt or equity in the skyscraper on 57th Street in Manhattan, New York, known as "Carnegie 57", and developed by Extell Development, referenced by Aabar's Rule 30(b)(6) Corporate Representative at the deposition on May 18, 2011.

### Response to Document Request 3

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

**Document Request 4**

Aabar board minutes showing Aabar's reasons, and/or purpose to invest in Mercedes (a/k/a Daimler AG), including by acquisition of approximately 9% of its stock, referenced by Aabar's Rule 30(b)(6) Corporate Representative at the deposition on May 18, 2011.

**Response to Document Request 4**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

**Document Request 5**

The Applications submitted by Aabar to CFIUS (a U.S. Government regulatory committee or agency) for Aabar's investment in Virgin Galactic, LLC, referenced at the 30(b)(6) deposition of Aabar on May 18, 2011.

**Response to Document Request 5**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

**Document Request 6**

The Applications submitted by Aabar under ITAR (International Traffic in Arms Regulations), to the U.S. State Department, or any other U.S. Government or State Agency for Aabar's investment in Virgin Galactic, LLC.

**Response to Document Request 6**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

**Document Request 7**

The Applications submitted by Aabar to CFIUS, or any other U.S. Government or State regulatory committee or agency for Aabar's investment in XOJET, Inc., referenced at the 30(b)(6) deposition of Aabar on May 18, 2011.

**Response to Document Request 7**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

**Document Request 8**

Aabar's board or shareholder minutes or resolutions showing the appointment of HE Khadem Abdulla Al Qubaisi as a Director and Chairman of the Board of Aabar.

**Response to Document Request 8**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery. Additionally, this Request is cummulative or duplicative of other Requests and seeks information that is not relevant to the jurisdictional disputes in this case or calculated to lead to the discovery of relevant information.

**Document Request 9**

Aabar's board or shareholder minutes or resolutions showing the appointments of HE Khadem Abdulla Al Qubaisi as CEO of Aabar.

**Response to Document Request 9**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery.

Additionally, this Request is cummulative or duplicative of other Requests and seeks information that is not relevant to the jurisdictional disputes in this case or calculated to lead to the discovery of relevant information.

**Document Request 10**

Aabar's board or shareholder minutes or resolutions showing the appointments of Mohamed Badawy Al-Husseiny as CEO of Aabar.

**Response to Document Request 10**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery. Additionally, this Request is cummulative or duplicative of other Requests and seeks information that is not relevant to the jurisdictional disputes in this case or calculated to lead to the discovery of relevant information.

**Document Request 11**

Aabar's board or shareholder minutes or resolutions showing appointment of any of the following:

- Mohammad Hamad Al Mehairi
- Mohamed Badawy Al-Husseiny
- Murtadha Al Hashmi
- Mohamed Ali Al Fahim

to Aabar's Board of Directors.

**Response to Document Request 11**

Aabar objects to this Request on the grounds set forth in its Motion for a Protective Order and Sanctions filed June 22, 2011. This Request seeks information that Plaintiff previously moved to compel and which this Court ruled was outside the scope of jurisdictional discovery. Additionally, this Request is cummulative or duplicative of other Requests and seeks information

that is not relevant to the jurisdictional disputes in this case or calculated to lead to the discovery

of relevant information.

Dated: New York, NY
      June 27, 2011

By:    /s/ Henry Weisburg
        Henry Weisburg (admitted *pro hac vice*)
        hweisburg@shearman.com
        Karen Hart
        khart@shearman.com
        Jennifer Rimm
        jennifer.rimm@shearman.com

        SHEARMAN & STERLING LLP
        599 Lexington Avenue
        New York, NY 10022
        Telephone:  (212) 848-4000
        Facsimile:  (212) 646-4000

            – and –

        FOLEY & LARDNER LLP
        John R. Hamilton
        Florida Bar No. 0774103
        jhamilton@foley.com
        Christi R. Adams
        Florida Bar No. 0498351
        cadams@foley.com
        111 N. Orange Ave., Ste. 1800
        Orlando, FL  32801
        Telephone:  (407) 423-7656
        Facsimile:  (407) 648-1743

        *Attorneys for Defendants*