```
 1              MR. WEISBURG:  Objection --
 2       Q.     -- correct?
 3              MR. WEISBURG:  -- misstates the prior
 4       answer.
 5  BY MR. DOTTERRER:
 6       Q.     Yes?  Give me an example of diversifying the
 7  economy - what that means.
 8       A.     Yes.  We invest overseas in companies and
 9  we bring them to Abu Dhabi in terms of technology
10  and, you know, to support Abu Dhabi economy.
11       Q.     All right.  So one of your objectives is to
12  bring technology back to Abu Dhabi.
13       A.     Yes.
14       Q.     All right.  Can you give me an example?
15       A.     Borealis.
16       Q.     Okay.  Which is?
17       A.     Petrochemical company --
18       Q.     Yes.
19       A.     -- which we - we have a 64 percent stake
20  in.
21       Q.     Okay.
22       A.     We brought them to Abu Dhabi, and they
23  were shortlisted among other companies to set up a
24  joint venture with the National Oil Company in Abu
25  Dhabi.
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

83

1      Q.   All right.  Can you give me another example?
2      A.   That's the only one so far, as far as I
3   know.
4      Q.   I see.
5      A.   Maybe there are other entities in Abu
6   Dhabi, but I don't know.
7      Q.   I see.  But, generally, one of the Government
8   objectives and IPIC's objectives is to bring technology
9   back to Abu Dhabi.
10     A.   One, yes.  One of the objectives --
11     Q.   Right.
12     A.   -- not all.
13     Q.   And one of the ways to do that is to acquire
14  companies from other countries such as Germany, such as
15  the United States that have advanced technology companies
16  already established and to acquire interests in them.
17          MR. WEISBURG:  Objection, misstates the
18     record.
19  BY MR. DOTTERRER:
20     Q.   Isn't that right?
21     A.   Not in all the cases.
22     Q.   But that's one example.
23     A.   One of them --
24     Q.   Yes.
25     A.   -- but not only.  This is not the only



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1  reason we invest - just because of technology.
 2       Q.    Right, but it's one of the reasons.
 3       A.    Yes, if there is a value added.
 4       Q.    And diversification of the economy, correct?
 5       A.    We also -- We will consider it maybe, yes.
 6       Q.    That's one of the factors, one of the
 7  purposes.
 8       A.    Yes, only one.
 9       Q.    Yes, one of the purposes.
10             Now, for example, IPIC is the one who gave
11  Aabar the money to buy 9 percent of Mercedes, right, that
12  was over $2 billion?
13             MR. WEISBURG:  Objection, misstates the
14        record.
15  BY MR. DOTTERRER:
16       Q.    Isn't that right?
17       A.    Aabar did acquire --
18       Q.    Yes.
19       A.    -- a stake.
20       Q.    But before IPIC gave Aabar the money to do it,
21  it didn't have enough money itself to buy 9 percent of
22  Mercedes - it didn't have cash on hand to do that.  That
23  was a very expensive purchase.
24       A.    But -- Yes, it was expensive, but Aabar
25  did it through another --
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

                                                                    85

```
 1       Q.    Right, but it got - but Aabar got --
 2             MR. WEISBURG:  You didn't let him answer
 3       the question.
 4             MR. SEAMSTER:  Sorry.
 5             MR. WEISBURG:  You interrupted him.
 6       A.    There is another -- You know, they've done
 7   their own financing without our support.
 8       Q.    But since 2008, all of the cash injections
 9   into the Company of Aabar came from IPIC.
10             MR. WEISBURG:  Objection, misstates the
11       record.
12   BY MR. DOTTERRER:
13       Q.    Isn't that right?
14       A.    Well, you know, Aabar did invest in many
15   companies and IPIC supported, you know, their growth
16   and strategy - simple as this.
17       Q.    Thank you.
18       A.    Yes.
19       Q.    But now my specific question is:  Since 2008,
20   no one other than IPIC has put money into the Company,
21   Aabar --
22             MR. WEISBURG:  Objection.
23       Q.    -- right?
24       A.    I don't know.
25       Q.    You've been a member of the Board of
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com