
Home   Contact Us   Career   Site Map





| About Us | Investors Relation Centre | Media Centre | Investments | Real Estate |

News Archive

RSS Feed    Latest News ▪ Report Concerning the General Assembly Meeting

*Monday, 03 May 2010*
**Aabar Properties**

### H.E. Khadim Al Qubaisi

HH Sheikh Mansour's directives; to address the real estate sector, are our guiding beacon.

"Aabar Properties " vision makes Abu Dhabi a suitable and modern place to live in.

- Our message in "Aabar Properties" is a profitable real property for all and guaranteed returns.
- Abu Dhabi real estate position now resembles New York real estate position some 49 years ago.
- "Abu Dhabi 2030" plan had paved a clear path for real estate investors and developers.
- We have learned from our fathers ad forefathers the essence of investment in the real estate sector.

### Aabar Investments PJSC Head Office

H.E. Khadem Al Qubaisi, "Aabar Investments PJSC" Chairman, and the Managing Director the "International Petroleum Investments Company", stated that the decision to direct the company to recently deal in the real estate sector does coincide with the sublime directives of HH Sheikh Mansour Bin Zayed Al Nahayyan and his kind support to maximize Aabar's investments for achieving the development and urban renaissance prevailing in the Emirate of Abu Dhabi, especially when Abu Dhabi city had become in need of real estate projects to meet the growing demands.

Al Qubaisi said that the staff of "Aabar Properties", which is the real estate investment arm of the mother company, had actually proceeded with their assigned duties, in the aftermath of Company's successful inauguration, and was positively received domestically and worldwide, during the "Cityscape Abu Dhabi" exhibition last month, knowing that such staff is keen on applying His Highness's kind visions and directives, asserting the importance of making Abu Dhabi a suitable and modern place to live in, through uniquely designed projects, as well as, and most importantly, the geographical propagation throughout the entire areas of Abu Dhabi city – considering such task a challenge and a sublime message which "Aabar Properties" seeks to achieve and propagate.

### Abu Dhabi's Special Merits

Al Qubaisi added that the extreme importance of the real estate sector is enormously evident in Abu Dhabi city which is uniquely endowed with several components that attract real estate investments, and that may not be available in any other city in the world, because Abu Dhabi is an island, which instills the importance of expansion towards developing other areas in the city due to limited landscape, as depicted in "Abu Dhabi 2030 Vision", add to it the attraction that is coupled with the name of this city worldwide, as in few years to come the city shall inaugurate a series of international museums, and global tourist and cultural projects" most important of which is the "Louvre Museum", "Guggenheim Abu Dhabi" Museum, in addition to islands development projects, not to mention Emirate's government success under the leadership of His Highness Sheikh Khalifa Bin Zayed Al Nahayyan, in making Abu Dhabi a first class tourist attraction and in proposing gigantic projects such as renewable and nuclear energy among other projects, in the presence of enormous financial surpluses and investments, unlike many countries in the world, indicating that Abu Dhabi had become the prime investor in the whole world, which asserts the availability of financial expertise and resources to make any projects proposed by it a success, knowing that it is situated on the apex of the real estate sector, globally, domestically and regionally.

Addressing "Aabar Investments PJSC" achievements with respect to its investments in highly-reputable international entities.

### Feasibility and Returns

As for the feasibility or merit of investing in the real estate sector, Al Qubaisi asserted that this sector is known worldwide as an investment attraction, indicating that this sector shall forebear any economic crisis, stating: "It may take a plunge for a while but it shall gain tremendous value over the time, with population increase or demographic growth".

### A Successful Philosophy

Al Qubaisi assured that Abu Dhabi's investment entities dealings since the teens of the oil rush, coupled with the mentality which the current generation had inherited from our fathers and forefathers are linked with the importance of investing and cycling these funds, especially in the real estate sector, because they are well aware that keeping cash in hand would subject it to erosion or to devaluation before international currencies, and moreover, to settle for placing the money in banks would not give the expected returns, and same applies to the securities markets, which had collapsed recently.

### Qualitative Resemblance




Home   Contact Us   Career   Site Map

About Us | Investors Relation Centre | Media Centre | Investments | Real Estate

Analyst Coverage
Auditors
Results Centre



RSS Feed    Latest News ▪ ADCB sells its stake in RHB to Aabar

Monday, 03 May 2010
Aabar Properties - 2

**Mohamed Badawy Al-Husseiny**

Chief Executive Officer of "Aabar Investments PJSC".

"Aabar Properties" finances of its projects in full (100%).

A special financing company associated with "Aabar Properties" shall be established soon.

- We have the ability to grant long-term financing for our real estate projects.
- Our self-financing capability emanates from our status as an Abu Dhabi government subsidized company.

On the other hand, Mr. Mohamed Badawy Al-Husseiny,

Chief Executive Officer of "Aabar Investments PJSC", asserted that "Aabar Properties" enjoys a self-financing cover for all its projects, due to the success achieved by its successful investment policy which was has been adopted by the company over the past years, and had led to the accumulation of its profits and cash surpluses, insinuating that this position affords the company a great credibility and confidence in the domestic market or even in the real estate projects which are developed by the company worldwide. Furthermore, the most important issue in this regard is that "Aabar Investments PJSC" company is 84% subsidized by an Abu Dhabi government company; i.e., "IPIC" company. This would definitely vouch for its capabilities and credibility in financing its projects and investment in all sectors.

**Financing Demands**

The Chief Executive Officer of "Aabar Investments PJSC" indicated that "Aabar Properties " is currently seeking to develop systems and policies that would not only offer and sell real estate units, but would also provide financing facilities, saying: "We shall provide all types of real properties or units in our developed projects coupled with financing facilities" unveiling that "Aabar Properties" is in the process of establishing an associate company to provide financing to those who intend to purchase its real estate units, stating that this matter is being studied.

<< Start < Prev 1 2 3 4 Next > End >>

Staff Login | Privacy Policy | Site Feedback | Legal Disclaimer

 Home   Contact Us   Career   Site Map

# aabar



| About Us | Investors Relation Centre | Media Centre | Investments | Real Estate |

Analyst Coverage
Auditors
Results Centre

RSS Feed   |   Latest News ▪ Minutes of the Extra Ordinary General Assembly Meeting

*Monday, 03 May 2010*

**Aabar Properties - 3**

**Ibrahim Eskiocak,**

Chief Executive Officer of "Aabar Properties"

10 projects are being developed by "Aabar Properties" in Abu Dhabi.

UAE Dirhams Five Billions is the total cost of "Aabar Properties" declared projects to be completed during 2012.

"Aabar Properties" is the sole developer that prevails in all developments areas in Abu Dhabi.

- Real estate investment is not a novel practice to "Aabar Investments PJSC".
- Company's pavilion in Cityscape Exhibition was well received far beyond our expectations.
- "Aabar Properties" shall take delivery and lease a tower in Marina Square within a month from now.
- Aabar included in its policy not to exclude the limited income category as their number is considerably large.
- We have finalized discussion to erect a hotel in the Dead Sea area and discussions are ongoing on yet another project.
- Unfortunately, many entities address Dubai crisis with a negative view and fail to mention the positive points.
- The size of "Aabar Properties" total investments is not less than that of any other major developer in the Emirate.
- Our clients in Europe, Asia and the Middle East had expressed their wish to enquire about company's projects.

Ibrahim Eskiocak, the Chief Executive Officer of "Aabar Properties " asserted that the decision to establish the company, was to operate in the real estate sector, based on the bundle of positive inputs that are enjoyed by Abu Dhabi real estate market, especially, with the situation of limited offer and increasing demand, confirming that Vision 2030 provides a tremendous support by the Abu Dhabi Government because, as he pointed out, that it had paved the way for the real estate sector's investors and provided guarantees to advance and tackle the real estate development saga. He said: "We ought, as investors, to respond to the aspirations of the government and to seek guidance from its vision".

In his revue with the "Economic Vision", regarding the recent announcement of establishing the company under "Cityscpe Abu Dhabi" umbrella, Eskiocak said that the company shall be based on a set on expertise and credibility which is permitted by an international institutional entity such as "Aabar Investments PJSC", which is the mother company of "Aabar Properties ", indicating that the company is in the process of engaging a team of experts and consultants for developing, managing, selling and renting the projects that are developed by the company in all main development areas in the Emirate, divulging that the company is in the process of establishing its own financing company to provide financing facilities to those who wish to purchase real properties in company's projects.

**Crisis Challenges**

As for the formation of "Aabar Properties" under the prevailing global crises, Eskiocak said that is no better time to announce the establishment of the company due to the overarching and tremendous demand trend that prevails in Abu Dhabi, and added that there is an acute housing problem in Abu Dhabi as the rental amount for a two-bedroom and one sitting room apartment ranges between Dh.180,000 to Dh.200,000, indicating that there were many people who came recently to work in Abu Dhabi but took a decision to go back home, simply because they could not find or rather afford housing. Moreover, the schools in the Emirate has been witnessing several cases where new students are denied registration, which indicate that there is a crisis in the shortage of offer, which provides a genuine guarantee to offer more real estate units, as there is a demand on residential real estate units. Furthermore, Abu Dhabi had become totally immune with the vision that is vehemently supported by the government of the Emirate, i.e. "2030 Vision". Taking into account the robust economy of the Emirate and the higher standards of living for several communities and the growth of income level.

The Chief Executive Officer of "Aabar Properties" said that we should, as investors, follows the footsteps and visions of the government and should respond to its aspirations by proceeding with the development and upgrade of the real estate sector.

**Extensive Studies**

In reply to a question about how far did the company, before establishment thereof, rely on the process of conducting extensive feasibility studies and market analysis? He said that the real estate investment is not a novel practice to "Aabar Investments PJSC", hence, it enjoys endowed with enormous expertise that

guide us in new company's development march, indicating that what had happened was that the time had come to segregate the real estate from the overall activities of the company in order to accumulate expertise and increase specialization, which would boost company business success in that particular sector, which is daily faced with new changes and inputs, declaring that the company, over and above the expertise it enjoys under the umbrella of the mother company; "Aabar Investments PJSC", there are efforts being exerted to set up a big team of experts and consultants who are specialized in real estate development and selling, in addition to fully managing the same together to providing all the services.

**Confidence and Credibility**

Eskiocak indicated that "Aabar Properties", being launched under the umbrella of an international company, with incredible achievements record, such as "Aabar Investments PJSC", which enjoys credibility, respect and power in the market, are factors that warrant company's success in conducting business in Emirate's real estate development domain, whether in the global, regional or domestic markets, stating: " Our mission in "Aabar Investments PJSC" is not restricted to benefitting from the fine reputation of the mother company but to develop such reputation and augment its credibility".

**Cityscape**

As for the decision to announce company's establishment under the umbrella of "Cityscape Abu Dhabi" during its recent function, and the interest afforded to company's pavilion, Eskiocak stated: "there is no better time that that, the Exhibition had become a cubicle for ten even thousands of real estate companies and investors from all parts of the world, and it was so important that His Highness Sheikh Mohamed Bin Zayed Al-Nahayyan, Abu Dhabi Crown Prince, visited the Exhibition three days in a row, commending that "Aabar Properties " pavilion, with 400 sq. ft in area, was visited by thousands of people inquiring about real estate, and great interest was expressed and several enquires were made on company's projects.

**All Locations**

Eskiocak indicated that "Aabar Properties" policy stipulates that it is important to exist on the main and most attractive locations on the map in Abu Dhabi Emirate, which means that it is the only company in the Emirate that develops projects on all major locations in the Emirate, taking into account that the company may proceed in future to develop fully fledged areas, stating: "We have locations under our development in Al-Raha Beach, which is being developed by Al-Dar company, and we have projects we are developing in Tomouh and in Abu Dhabi Star at Al-Reem Island, because "Aabar Properties " had become the sole developer which shall develop, sell, manage and own real properties all over the Emirate's areas; a quality no other major developer enjoys.

**Sea Views**

As for the reasons behind choosing most of "Aabar Properties" projects with sea views? He asserted that this is adopted in order to provide the highest standards and afford the ability to be unique in terms of design, and to cope with the most modern real estate design practices and luxury measures, due to the fact that project with sea views are more attractive. But he indicated that this does not mean that the company fails to effect a balance in its strategy to accommodate the various levels of income and the housing needs of people with limited income. He said: "We do quite recognize that there are large categories of real estate seekers whose monthly income ranges between Dh. 15,000 and Dh.20,000, who look for small units, not necessarily with sea views or with excessive prices.

<< Start < Prev 1 2 3 4 Next > End >>

Staff Login | Privacy Policy | Site Feedback | Legal Disclaimer


Home  Contact Us  Career  Site Map



aabar



| About Us | Investors Relation Centre | Media Centre | Investments | Real Estate |

RSS Feed    Latest News ■ ADCB sells its stake in RHB to Aabar

Monday, 03 May 2010
**Aabar Properties - 4**
**Projects in the Emirate**

Upon asking him about the projects that are being developed and managed by "Aabar Properties" in the Emirate, Eskiocak confirmed that "Aabar Properties" is working on the development of ten projects in various areas in Abu Dhabi.

**Al-Raha Beach**

On Al-Raha Beach, the work is being carried out on two projects out of nine, one of which is composed of a residential complex of four medium height towers and contains a total of 435 residential apartments, including 30 villas that are directly linked to the promenade. All villas and most of the apartments have sea views due to project's special planning. Work is being carried out with utmost care to ensure the quality becoming to this particular project, which is directly connected with a light train station and provides retail shops for the convenience of its residents, and to serve the larger parameters due to train connection, not to mention that the project provides the necessary parking lots and miscellaneous amenities for its residents such as the swimming pool, health club (spa) and the beautiful landscape.

Eskiocak added that "Aabar Properties" is in the process of developing a hotel on Al-Raha Beach where currently negotiations are underway to erect such hotel to be the most modern and most sophisticated hotel resort in the whole world.

**Office Building**

Eskiocak said that the second project on Al-Raha Beach shall be an office building which is directly linked to the main road and overlooks a canal. This building shall provide offices that meet the requirements of the modern business environment through arranging for receiving communications systems and information networks, in addition to the security and safety systems. The building shall contain the necessary services facilities for its workers, such as the necessary retail shops, catering services and a café. The areas of the office building amounts to 35,000 square meters in addition to the services facilities and this building provides the necessary parking lots and shall operate in a manner to achieve effective power consumption.

**Saraya Abu Dhabi**

Eskiocak added that there are four projects in Saraya, on Abu Dhabi corniche, awaiting approvals from departments concerned to immediately proceed with the work on sites, such projects include a five-star hotel comprising 380 rooms and suits, a number of luxurious restaurants and all necessary amenities, such as functions and meetings halls, swimming pools and health club. The hotel shall be vibrant and lively and shall provide its guests all means of comfort and entertainment.

Unveiling news that "Aabar Properties" had actually started negotiations with "Hardrock International" company to run the hotels, around such hotel.

He also indicated that the last two projects in Saraya are two residential buildings, highly luxurious and sophisticated due to their unique location as they overlook Abu Dhabi corniche and the lake in Saraya, hence most apartments may enjoy a water view.

The first tower in Saraya soars up to 44 storeys and contains 72 apartments including three-bedroom and four-bedroom apartments in addition to special penthouses.

While the second tower is made of 40 storeys and comprises 53 residential apartments with the same capacity of the other tower in addition to the penthouse. Both buildings house the required parking lots, services facilities and recreational amenities.

**Abu Dhabi Roudha**

As for Abu Dhabi Roudha, five building shall be erected there, three of which shall be residential while the remaining two shall be office buildings. These projects respond to market's demands as far as providing practical and feasible solutions; this is assisted by the location of these projects which are situated at the junction point where Abu Dhabi city meets with the urban expansion beyond the island, which has started to become quite evident actually.

**Al-Reem Island**

On Al-Reem Island, "Aabar Properties" proceeded to develop its first buildings which is a 26-storey residential tower located on the marina in Abu Dhabi Star.

**Costs and Projects**

With respect to the total costs of "Aabar Properties" as declared, which is currently underway, Eskiocak stressed that they amount to UAE Dirhams Five Billion and he expects them to be ready for occupancy during the year 2012.

**International Ventures**

As for the most important projects outside UAE, whose development tasks shall be handed over to "Aabar Properties", Eskiocak confirmed that the company had recently successfully finalized discussions to erect a hotel and resort project on the "Dead Sea" in Jordan, in addition to conducting discussions on developing another huge project in the same area, indicating that both projects shall be developed in synergy with King Abdulla II Fund, and he also indicated that the company had already a project under construction; an 80-storey building, which is situated in the heart of Manhattan in New York city, near the Fifth Avenue and Central Park junction. This building contains a luxurious hotel and apartments for sale that vary in size from one-bedroom to four-bedroom apartments in addition to two penthouse units.

55% of the apartments directly overlook the Central Part while 26% of the apartments have partial views of the Central Park.

He declared that the company shall adopt gradual expansion policies in line with achievements assessment.

**Rental Services**

Eskiocak said, in reply to a question on how far does "Aabar Properties" rely upon rental policy as a new concept not adopted by major real estate developers in the Emirate? He confirmed that "Aabar Properties" had already recognized that each phase has its own repercussions and balances and the expectations of offering 6000 – 7000 real estate unites within the coming months in the Emirate by major developers, shall create certain challenges for which we must prepare ourselves and analyze the nature of such challenges. This is where the company had taken its decision to direct itself to renting some of its units in consideration of individuals' financial capabilities, and for the sake of ensuring continuous cash flow.

**Dubai Crisis**

With respect to Dubai crisis, Eskiocak stated: "There is a common mistake and ambiguity with some entities. What had really happened in Dubai was a form of structural rectification and a phase crisis. Many people address the real estate sector's march in Dubai in a negative fashion, yet they never talk about any positive factors. Dubai projects had become international projects, such as Khalifa Tower, Burj Al-Arab and Continents of the World, why no one tackled these projects:.

Nevertheless, he asserted that this experience calls for learning from the mistakes of the past, especially the real estate speculations which led to a horrendous inflation in the real estate units. He added: "It took Dubai around 5 years until the sale price of the square foot therein exceeded Dh. 2000 compared with booming onset, when the price was Dh.600-Dh.700 per square foot. This was reasonable because there was a gradual process but the bose speculation frenzy prevailed, and this is where the mistake and risk materialized, because the hike in prices was haphazard. He confirmed that it is of utmost importance to analyze and study the mistakes together with concentrating on the positive aspects, and he expected that Dubai crises shall be subdued with two or three years.

**Stock Price**

As for how effective was the decision of inaugurating "Aabar Properties" on boosting the attraction of mother company; "Aabar Investments PJSC" shares. He asserted that he was confident that positive impact shall take place due to the importance of the real estate sector and due to the variety and richness of company's agenda and policies, especially when this shall be quite evident upon progressing in company's projects development.

**The Main Contractor**

As for how does the company determine the main contractor and proceed with carrying out executive and engineering works, he stated that the company is currently conducting studies and analysis for all the offers that were submitted. He also indicated that at present an engineering section in the company is being established under the chairmanship of "Mismak" company's general manager, which is owned by Gulf First Bank, and such individual enjoys vast experience in engineering consultancy and real estate development as he himself had supervised the development of thousands of real estate units.

**Competition Challenges**

As for how ready "Aabar Properties" is to confront other developers such as Al-Dar, Sorouh and other major developers? Eskiocak replied that "Aabar Properties" is not a competitor to any developer but "Aabar Properties" believes that all are partners in the quest for upgrading the real estate sector's march in the Emirate and for achieving prosperity and progress for Abu Dhabi Emirate's economy, assuring that "Aabar Properties" total investments is not less that the volume of investments of any major developer in the Emirate, but he indicated at the same time that competition is required for the sake of instilling efficiency and upgrading the offered real estate outlets.

**International Network**

As for far does "Aabar Properties" proceed with its promotion activities for its projects at home and abroad, he confirmed that the company, by virtue of mother company's; "Aabar Investments PJSC" credibility, has now a wide network of clients with whom it had communicated recently about company's real estate projects, and such client expressed an unexpected interest in company's domestic and international projects, knowing that this network of clients extend from Asia to the Middle East to Europe. This matter shall be declared in the coming period.

**Logical Pricing**

Eskiocak nailed that it is important for the major developers in the Emirate to follow the logical pricing policy, and not to overprice their units, saying that this matter shall inflict damages on the real estate market and cause confusion therein which may be witnessed in the few days to come, and it does also create fluctuations. He added: 'Let's assume that a certain developer sold an apartment to certain individual at the rate of Dh. 1800 per square foot, and such buyer found out that another developer sells a unit with the same specifications for Dh. 1500 per square foot, that buyer would not do business again with the first developer".

**Legal Rules and Regulations**

As for the Legal Rules and Regulations governing the real estate sector in Abu Dhabi, he indicated that these rules are quite strong but he is awaiting the issuance of the new real estate law, but he demanded that it is important to introduce the measures that were applied in the Emirate of Dubai, which makes it imperative on the developer to allocate an account in which it deposits the sums that are allocated for project development, and that no withdrawals shall be made from such account except for the purposes of project development only, which would render company's credibility and policy a more serious issue.

<< Start < Prev 1 2 3 4 Next > End >>