MOHAMED HAMAD AL MEHAIRI - Volume I                    May 19, 2011

                                                                127

1       A.    As I mentioned, these special SPVs is

2    mainly to take advantage of the tax treaties between

3    UAE and other countries, and so we set up a company

4    or SPV in countries where we take advantage of this.

5       Q.    All right.  But in this note you're listing

6    some of your special purpose vehicles and they include --

7            MR. WEISBURG:  Objection, you're

8       misreading this.

9       A.    Here.  It only refers to the companies,

10   but not to the SPVs.

11      Q.    There's no SPVs involved in Aabar, right, in

12   owning Aabar?  You own that directly.

13      A.    Yes.

14      Q.    All right.

15      Q.    What are the five significant operating

16   companies that are referred to in the first line of that

17   paragraph?

18      A.    It's --

19            MR. WEISBURG:  Document speaks for itself.

20       They're listed right here.

21      A.    Yes.  Correct.  It's Hyundai, which we

22   dispose, and the other four which I mentioned

23   earlier, XOJET, Borealis, Aabar, NOVA, and

24   Ferrostaal.

25      Q.    Okay.  I got you.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com