```
 1     Q.   What's that called?
 2     A.   It's basically due diligence and analyzing
 3  this opportunity for IPIC.
 4     Q.   All right.
 5     A.   So we --
 6     Q.   Is there a single document that reflects that
 7  or several?
 8     A.   No, several documents.
 9     Q.   All right.  Tell me what they are, please.
10     A.   It's basically due diligence.  We -- But
11  we are in the Company, we are already in Aabar, so we
12  know the company inside out, so you just need to
13  produce maybe a limited document.  If you acquire a
14  company for the first time, yes, we do.
15     Q.   Okay.  All I'm trying to do now is identify
16  the document or documents, what they are, so could you
17  define that for me?  Was there a report?
18     A.   Yes, a report produced by us.
19     Q.   All right.  What's the title of the report?
20     A.   That's "Investment Recommendation,"
21  "Investment Proposal" - suppose we call.
22     Q.   Is that signed by you?
23     A.   No, not signed.  We just produce the
24  document.  We put it in the Board agenda for review.
25     Q.   I see.  How many pages is it?
```

```
 1     A.    I don't know.
 2     Q.    And can you tell me approximately how many
 3  pages?  You said it wasn't very lengthy - is it two or
 4  three or is ten?
 5     A.    No, more than that.
 6     Q.    Twenty?
 7     A.    More.
 8     Q.    Thirty, 50?
 9     A.    Around there.
10     Q.    Around what?
11     A.    I don't know, 20 plus.
12     Q.    Okay.  Twenty plus pages.  All right.  And
13  what's the approximate date of that document?
14     A.    Was during - around that period when we
15  made the offer, so that was --
16     Q.    So two or three months --
17     A.    Yeah.
18     Q.    -- before July of 2010?
19     A.    Around that period, yes.
20     Q.    Can you be more specific about the date?
21     A.    I don't remember the date exact.
22     Q.    Where is this report kept - in the Aabar file?
23     A.    This is what you're referring now --
24     Q.    I think earlier today you --
25     A.    -- is --
```

```
 1      Q.      Go ahead.
 2      A.      It's IPIC, right?  We're talking about
 3  IPIC or Aabar?
 4      Q.      No, IPIC.
 5      A.      IPIC to --
 6      Q.      Aabar.
 7      A.      This was kept inside IPIC because it was
 8  internal document between us and the Board of IPIC.
 9      Q.      Yes.  I understand.  It's internal document --
10      A.      Yes.
11      Q.      -- within IPIC.
12      A.      Yes.
13      Q.      All right.
14              Now, I think earlier this morning you told me
15  that you, at IPIC, have a file --
16      A.      Yes, for --
17      Q.      -- for Aabar.
18      A.      Yes.
19      Q.      So is this report in the Aabar file?
20      A.      Yes, for sure.
21      Q.      What I'm trying to do is get some parameters
22  on what this document is so I can request it from your
23  company and you'll know what I'm talking about - you see?
24  Can you be any more specific as to --
25      A.      No.  It's like any other investment, we
```

```
 1   make proposals, we put set of documents for the Board
 2   for review and approval.  So in terms of how many
 3   pages, what's the details, but --
 4        Q.    Does it say "to" and "from" on it?
 5        A.    No.
 6        Q.    Like from you to --
 7        A.    No.
 8        Q.    -- Mr. Al Qubaisi?
 9        A.    No.
10        Q.    All right.  Then what documents were attached
11   to this report?
12        A.    It's basically like any other investments
13   - it's just the financials, proposals, and
14   recommendation from IPIC.
15        Q.    All right. So you put a package of
16   information together --
17        A.    Yes.
18        Q.    -- and that was submitted to the members of
19   the IPIC Board --
20        A.    Yes.
21        Q.    -- right?
22              Do they get a series of papers on various
23   proposals they're being asked to consider at each board
24   meeting?
25        A.    Yes, each investments, we send it to the
```

```
 1  Board --
 2       Q.    I see.
 3       A.    -- any proposals, investments.
 4       Q.    So when they sit down they have a package --
 5       A.    Yes.
 6       Q.    -- on each investment they're going to
 7  consider --
 8       A.    Yes.
 9       Q.    -- in front of them.
10             And when was the IPIC board meeting held on
11  this decision to take full control of Aabar?
12       A.    I don't remember.
13       Q.    This note says that the offer was made in
14  July 2010.
15       A.    Yeah.
16       Q.    How long before that was the Board vote to do
17  that?
18       A.    I don't know when exactly.
19       Q.    But that would be reflected in the board
20  minutes --
21       A.    Yes.
22       Q.    -- right?
23       A.    Yes.
24       Q.    Did you put together a similar package with
25  respect to the first cash infusion from IPIC to Aabar for
```

```
 1  the $1.8 billion U.S. dollars?
 2       A.    Yes, all investments we put proposition on
 3  the Board.
 4       Q.    All right.  So that was done in the same
 5  manner as what we just discussed?
 6       A.    Yes.
 7       Q.    All right.  Are you familiar with a loan that
 8  was made from IPIC to Aabar for 302 million euros?
 9       A.    Yes.
10       Q.    And did you put together a proposal package --
11       A.    Yes.
12       Q.    -- to support that to the IPIC Board --
13       A.    Yes.
14       Q.    -- as well?  And what was the designated use
15  of those funds in euros?
16       A.    It was basically for general purposes for
17  Aabar's requirements.
18       Q.    All right.  And then later on, I think in
19  2009, there was another one point or almost $2 billion --
20       A.    Yes.
21       Q.    -- that was infused into --
22       A.    Yes.
23       Q.    -- Aabar by IPIC?  Did you put together a
24  proposal package to support that as well?
25       A.    Yes, yes, executive decision.
```