# Exhibit 1 - A

**Attestation**

I, the undersigned Omar Toufic El Kawassi, Jordanian, being under oath, hereby certify that Mr. Muhannad Allawi is related to the royal family in Jordan because he is married to Shareefa Iza Bent Hachem who is a member of the governing family in Jordan, and is very close to them especially to her highness Princess Haya daughter of Hussein who is the sister of the ruling King Abdallah son of El Hussein (May God Save him) and who is also the wife of his highness Mohammad Ben Rached Al Maktoum, vice president Prime and Minister of the United Arab Emirates, and governor of Dubai. This relation has encouraged me to ask for a solution for my problem in the UAE because Sheikh Mansour Ben Zayed is married to the daughter of his highness Sheikh Mohammad Ben Rached which confirms the strength of the relation between the two governing families in Jordan and the UEA. And in fact for this purpose, Sherif Muhannad has traveled to the Emirates and met her highness Haya daughter of El Hussein in order to solve my issue with
Mr. Khaddem. For this purpose, her highness has contacted his highness Sheikh Mansour Ben Zayed and informed him of my issue notified to her by Sherif Muhannad when he visited his highness Sheikh Mansour Ben Zayed in Abu Dhabi to pay me the sum of forty million UAE Dirham that he owes me when he will meet me in Lebanon. Sharif Muhannad has informed me that I will meet Mr. Khaddem in Lebanon on 01/15/2015 in his presence, knowing that Sharif Muhannad has traveled to Lebanon on 01/07/2012 and has asked me before he traveled the telephone number of Mr. Fadi Kantar, because he has a special case in Lebanon and he may need some help, so I have given him the telephone number of Mr. Fadi and he has called from Jordan first and confirmed that he wishes to see him in Lebanon. Sharif Muhannad has asked me to explain to Mr. Fadi that he isis a very important person in Jordan and he is related to the King Abdullah son of El Hussein (May God save him). In fact, I did tell Mr. Fadi that Sharif Muhannad is a notable person as known to me in person. When Sharif Muhannad traveled to Lebanon, I was surprised to know that he offered him a settlemtn to end the conflict with CTI and the three companies (EPEC, AYAR, TASAMIM) that Mr. Khaddem Kobaissi represents and that a settlement of 35 million American Dollars was reached, without making any settlement concerning me.
Mr. Khaddem didn't come to Lebanon, neither did I. And since 01/13/2012 I am waiting for Mr. Khaddem to settle the sums owed to me, and furthermore Mr. Khaddem didn't pay the settlement upon which it has been agreed with CTI. Knowing that if Sharif Muhannad has confirmed to me that his Highness Mansour Ben Zayed has asked in person for the settlement of the money owed to me and to CTI. I will never believe that Mr. Khaddem Kobaissi commits to his words or engagements because he uses fraudulent ways in dealing with all people.

**Omar Toufic Kawassi**
  (Signature)

-------------------------------------------------------------------------------
True translation of the Arabic attached text

من الأردن أولاً، وأكد أنه يرغب في رؤيته في لبنان
وطلب من الشريف مزيد أن أوضح للسيد خادم من هو
الشريف مزيد ومدى أهميته في الأردن وأنه من الأشراف
وأساس الملك طبعاً عبد الله ابن الحسين (حفظه الله) وفضلاً أخبرت
السيد خادم أنه أي الشريف مزيد دورسان وشيخ وهذا فضلاً
ما اعرفه عنه وعند سفر الشريف مزيد الى لبنان تضامنت
والشركات الثلاثة التي يملكها السيد خادم القصير اثنين وبار وقصاص
ما أنه تم التحويل لمبلغ ٣٠ مليون دولار أمريكي ٣٠،٠٠٠،٠٠٠
والى خانة التحويل الضامنة المحى ان لم تنجز ولم
من تاريخ ١٣/١/٢٠١٢ انتظر استلام حقوقي من السيد خادم
وفي المانع لم يقيم السيد خادم الشيخ منصور بن زايد شخصياً بأي موضوع
يتعلق بوجود اوميشات اوكلية لأن هذا المكر والضياع هو أسلوب
تعامله مع الجميع.

عمر بدوي القواسمي

إحدى

أنا الموقع أدناه عمر توفيق بقاسم بقلم سعيد أردني الجنسية أشهد
نمت طائلة الموديليت الهاشمية أن السيد مدريك على وك
تربطه علاقة نسب مع العائلة الحاكمة في الأردن حيث
أنه متزوج من الشريفة حزن بنت هاشم وهي من أفراد
العائلة الحاكمة في الأردن بخصوصا مع سمو الأمير صيانة
الحسن التي هي أخت الملك عبدالله ابن الحسين المعظم الله
وأيضا أزوجه خامت السمو الملوكي راشد آل مكتوم ثانية رئيس
دولة الإمارات ورئيس مجلس الوزراء وحاكم دبي وهذه
العلاقات شجعتني أن أطلب منه إيفاء موضوعي في الإمارات
لأن الشيخ منصور بن زايد متزوج من إبنة سمو الشيخ محمد بن راشد
وهنا يؤكد قوة العلاقة بين العائلتين الحاكمتين في الأردن
والإمارات. وفعلا قام الشريف مزيد بالعدل للاتصالات
حيث أنه سمو الأمير اتصلت بسمو الشيخ منصور بن زايد وألفته عن
بالتمهيد أمام الشريف مزيد علاوي وقد قام السيد صادم
في أبو ظبي بدفع جميع حقوقه المزعومة لديه وهي ٠٠٠,٠٠٠,٤ مليون
درهم أماراتي عند مقابلته لـ في لبنان حيث قال لي
الشريف مزيد أن اللقاء سوف يتم سلى وربي السيد صادم
في لبنان بتاريخ ٢٠١٢/١/١٥ بوجود الشريف مزيد علاوي
على أثر الشريف مزيد قام بالسفر إلى لبنان بتاريخ
١/٧/ ٢٠١٢ وطلب مني قبل سفره أن يستم السيد صادر بقطاع
إذا ألزم الأمر وقد أعطيته الرقم وأنا بحاجة لبعض المسائل
...