# Exhibit 1 - B

*Hanna E. Louis*
**Atelier de traduction Jean Louis**
Stella Maris Center, G⁴ floor
Justice Palace – Serail St.
Jounieh – Lebanon
Tel / Fax : + 961 9 832 791 – 03 / 822 634
E-mail: jean.t.louis@gmail.com

TRADUCTEUR ASSERMENTÉ
SWORN TRANSLATOR

خبير في الترجمة
محلف لدى المحاكم

جنـــا لويــس

---

### Affidavit

I, the undersigned, **Omar Toufic Qawasmi**, nationality Jordanian, hereby acknowledge under legal liability that I have empowered the Sharif **Mouhanad Aalawi**, nationality Jordanian, to arrange a reconciliation with Mr. **Khadem Al Qubaisi**, regarding my problem to recover my rights existing with him, namely forty million Emirates Durhams.

Subsequent to the return of Mr. **Mouhanad Aalawi**, from the Emirates he informed me that Mr. **Khadem Al Qubaisi**, accepted to pay my complete due amount to recover my rights and that the dispute was regulated and we await the execution.

After a short period Mr. **Mouhanad** asked me to provide him the phone number of Mr. Fadi Kantar, nationality American, since there are some subjects in Lebanon and he is in need of Mr. Kantar's assistance if necessary.

After the return of Mr. **Mouhanad** from Lebanon he informed me about his visit to Lebanon and that he reached a reconciliation between Mr. **Khadem Al Qubaisi**, with the companies he represents **Ipic, Aabar and Tasameem** and the company **CTI** owned by Mr. Pierre Maroun and Mr. Fadi Kantar . The amount reached for the dispute solution was  thirty five million US dollars. They await actually the execution and enforcement.

I am ready to declare my testimony at the court and at the competent authorities.

Omar Qawasmi
Date: March 26ᵗʰ, 2012
(signature)

---

*True and accurate translation of the attached text written in Arabic. Translator is officially accredited to translate by the Ministry of Justice, license no. 65, on Sep. 9ᵗʰ, 1963 and is affiliated to the Syndicate of certified public translators under no. 77, in 1993 . -------------------------------------------------------------------------(145-03-12).*

أمانة

[نص مكتوب بخط اليد باللغة العربية غير واضح يصعب قراءته بدقة]