# Exhibit 2

# A SWORN DECLARATION

Declaration of Fadi Farid Kantar, CEO of Capital Trans International, LLC (CTI), Tampa, Florida, USA, regarding the settlement between CTI and Mr. Khadem Al Qubaisi Managing Director of the International Petroleum Investment Company (IPIC), Chairman of Aabar, and Tasameem through the mediator Sir Mohanad Aalawi, Jordanian citizen-Beirut, Lebanon-January-February, 2012.

I the undersigned Fadi Farid Kantar, hereby declare under penalty of perjury that on January 7, 2012, Mr. Omar Al-Qawasmi contacted me from Jordan to inform me that Sir (sherif) Mohanad Aalawi, a VIP from the noble Jordanian families related to His Majesty King Abdullah of the Hashemite kingdom of Jordan and an appointed official at the Jordanian Prime Minister's office, requested my telephone number in Beirut claiming that he needs my assistance regarding establishing contact between him and the office of the former Lebanese Prime Minister Saad Hariri in order to resolve a dispute in Lebanon. Hence, I gave him my permission to provide Sir Aalawi with my contact information and I assured him my willingness to assist in any way possible.

On January 10, 2012, Sir Aalawi contacted me and asked me to visit him at the Movenpick hotel in Beirut, to which I did. During that first visit, he told me that he is from the Ruling family in Jordan and that he is in Lebanon to resolve a dispute with former PM Hariri's office and another dispute with a person in Lebanon by the name of Mohamed El-Masri. I informed Sir Aalawi that I am willing to put him in touch with the PM's office but I cannot help in the El-Masri matter since that individual resides in one of the security zones in the country.

During our conversation, Sir Aalawi received a phone call. He excused himself while I waited for him for about twenty minutes. Upon his return he told me with a smile: Guess who was on the telephone? Who, I replied. He said that was Khadem Al Qubaisi. I was astonished and I asked him: Do you have a relationship with Khadem? He answered: I have a relationship/kinship through marriage with Sheikh Mansour Bin Zayed, the master of Khadem. I was then curious to know what Khadem wanted from him. Sir Aalawi then informed me that Khadem has a legal problem in Jordan concerning the Jordanian branch of the Aabar Company and he wants Sir Aalawi's help to resolve. I offered him help since I have the registration documents of that company. He was pleased to hear that and asked me to email him the info that I have. Sir Aalawi then told me that Khadem wants him to resolve the ongoing lawsuits between us (CTI) and him (Khadem, IPIC, et. al.) in the US Federal Court in Florida and some other issues in the Middle East.

Then I asked Sir Aalawi: How did Khadem know that I am visiting with you right now? He answered: He didn't know. We were discussing their problem in Jordan and I asked him to come to Beirut to talk face to face but Khadem declined stating that he has a legal problem with me (Fadi Kantar) in Beirut and that he didn't want to visit Lebanon. Sir Aalawi offered to intervene if Khadem wishes to and Khadem accepted. He said: I would be thankful. Then Sir Aalawi asked him: What do you want me to tell Mr. Kantar? Khadem answered: Propose an amount of twenty million dollars against waiving all cases existing between us in the States and in Lebanon and if they declined, go up a little more.

After numerous meetings were held between me and Sir Aalawi who was in constant contact with Mr. Khadem, an agreement of $35,000,000.00 (Thirty Five Million USD) was reached and accepted by both parties. Then Mr. Aalawi contacted my partner Maroun in my presence and obtained his acceptance and approval to the amount of thirty five million US Dollars. Mr. Maroun asked Mr. Aalawi to send the reached settlement letter and the funds to our attorney's office in Florida, Mr. John Doterrer.

# A SWORN DECLARATION

Moreover, I asked Mr. Aalawi to acquire information from Mr. Khadem regarding the method of payment. Sir Aalawi called Mr. Khadem for this purpose. I heard Mr. Khadem's answer clearly. He offered to send a check of half the amount drawn to the Arab bank upon signature and the remaining balance upon the final waiver of the lawsuit in courts. I demanded that the whole amount be wired at once to CTI's account in Tampa, Florida or to our attorney's bank account. Afterward, I heard Khadem telling Sir Aalawi: "Tell Fadi not to be greedy." I then heard him agreeing to CTI's terms of payments.

As of now, we are still waiting for Mr. Khadem to execute his part of the agreement by wiring the funds and the settlement papers for dismissal to our attorney's office in Florida, as we all agreed.

This is my truthful statement about my meetings with Sir Mohanad Aalawi in Beirut, Lebanon regarding the settling of our legal matters with Mr. Khadem Al Qubaisi and the companies he represents.

PS: I have many witnesses who participated in these meetings and discussions. In addition, I have photos and recorded tapes, of which Sir Aalawi is aware.

Fadi Kantar

April 5, 2012