# Exhibit 3

*Hanna T. Louis*
TRADUCTEUR ASSERMENTÉ
SWORN TRANSLATOR

*Atelier de traduction Jean Louis*
Stella Maris Center, G<sup>d.</sup> floor
Justice Palace – Serail St.
Jounieh – Lebanon
Tel / Fax : + 961 9 832 791 – 03 / 822 634
E-mail: jean.t.louis@gmail.com

حـنــا لويس
خبير في الترجمة
محلف لدى المحاكم

### Affidavit

I, the undersigned, **Mouhanad Ahmad Aalawi**, nationality Jordanian, telephone no. :
+ 962 779999830 , hereby make this testimony under legal liability while enjoying my complete mental powers.

Whereas I, was the mediator between:

1- Mr. Khadem Al Qubaisi, representative of the following companies in Abu Dhabi: **Ipic, Aabar and Tasameem**.

And

2- Each of Fadi Kantar and Mr. Pierre Maroun, owners of the company **Capital Trans International**.

Subsequent to the conversations I have carried out in my capacity as mediator to find a solution to the existing litigation, between the two parties, at the court in the region of Tampa in the State of Florida USA, I have reached a solution accepted by the two parties as follows:

1- Mr. Khadem Al Qubaisi, will pay an amount of thirty five million US Dollars in favor of the company **Capital Trans International**.

2- On condition that each of Fadi Kantar and Mr. Pierre Maroun, will waive and desist all cases instituted by them against the above mentioned companies represented by Mr. Khadem Al Qubaisi.

Actually we are awaiting Mr. Khadem Al Qubaisi to send the reconciliation to the CTI lawyers office for execution.

In testimony whereof I hereby sign.
Remark : In my capacity as faithful carrier as a mediator.
Date: March 27th, 2012
Mouhanad Ahmad Aalawi
(signature)

---

*True and accurate translation of the attached text written in Arabic. Translator is officially accredited to translate by the Ministry of Justice, license no. 65, on Sep. 9th, 1983 and is affiliated to the Syndicate of certified public translators under no. 77, in 1993. ----------------------------------------------------------------------------------(145-03-12).*

