## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### TAMPA DIVISION

**CAPITAL TRANS INTERNATIONAL,
LLC,**

     **Plaintiff,**

**v.**                                       **Case No.  8:10-cv-529-T-30TGW**

**INTERNATIONAL PETROLEUM
INVESTMENT COMPANY, AABAR
INVESTMENTS PJSC and TASAMEEM
REAL ESTATE CO LLC.,**

     **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Close Jurisdictional Discovery and to Set Supplemental Briefing Schedule (Dkt. #130) and Plaintiff's response (Dkt. #135) thereto.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Defendants' Motion to Close Jurisdictional Discovery and to Set Supplemental Briefing Schedule (Dkt. #130) is GRANTED.

2.     The jurisdictional discovery period is CLOSED.

3.     Plaintiff shall file a supplemental brief in opposition to Defendants' Motion to Dismiss the Amended Complaint (Dkt. #29) within thirty (30) days of the date of this Order.

      4.      Defendants shall file a supplemental brief in support of their Motion to Dismiss the Amended Complaint (Dkt. #29) within sixty (60) days of the date of this Order.

      **DONE** and **ORDERED** in Tampa, Florida on April 13, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-529.close juris disc 130.frm