UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
**- TAMPA DIVISION -**

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited liability company,

    Plaintiff,

v.

INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a foreign governmental instrumentality, AABAR INVESTMENTS PJSC, a foreign governmental instrumentality and TASAMEEM REAL ESTATE CO., LLC, a foreign company,

    Defendants.

CASE NO.: 8:10 CV 529-JSM-TGW

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of the IPIC 30(b) Corporate Representative Deposition, dated May 19, 2011 |
| 1A | Excerpts of the continued telephonic IPIC 30(b)(6) Corporate Representative Deposition, dated November 16, 2011 |
| 2 | Exhibit 48 to the IPIC 30(b) Corporate Representative Deposition, dated May 19, 2011 |
| 3 | Exhibit 50 to the IPIC 30(b) Corporate Representative Deposition, dated May 19, 2011 |
| 4 | Excerpts of the Aabar 30(b) Corporate Representative Deposition, dated May 18, 2011 |
| 5 | Daimler Press Release, dated March 22, 2009 |
| 6 | Aabar Press Release, dated March 31, 2010 |
| 7 | Aabar Press Release, dated May 3, 2010 |
| 8 | Aabar Press Release, dated May 5, 2011 |

{24231911;1}

| 9  | Shearman & Sterling's website printout |
|----|----|
| 10 | White & Case website printout |
| 11 | Excerpt of Daimler Financial Report 2010 |
| 12 | Form SC 13G submitted by IPIC, dated April 1, 2009 |
| 13 | Excerpts of the Tasameem 30(b) Corporate Representative Deposition, dated September 30, 2011 |
| 14 | Excerpts of the CTI 30(b) Corporate Representative Deposition, dated May 20, 2011 |
| 15 | Exhibit 57 to the IPIC 30(b) Corporate Representative Deposition, dated May 19, 2011 |
| 16 | IPIC Website Printout |
| 17 | Aabar's Redacted CFIUS Application to the United States |
| 18 | Redacted Excerpt of Exhibit 69 to the Tasameem 30(b) Corporate Representative Deposition, dated September 20, 2011 |
| 19 | Redacted Excerpt of Exhibit 66 to the Tasameem 30(b) Corporate Representative Deposition, dated September 20, 2011 |
| 20 | Exhibit 72 to the Tasameem 30(b) Corporate Representative Deposition, dated September 20, 2011 – Declaration of David Forbes |
| 21 | Exhibit 73 to the Tasameem 30(b) Corporate Representative Deposition, dated September 20, 2011 |
| 22 | Exhibit 32 to Aabar 30(b)(6) Corporate Representative Deposition, dated May 18, 2011 |
| 23 | Exhibit 17 to Aabar 30(b)(6) Corporate Representative Deposition, dated May 18, 2011 |