# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

hweisburg@shearman.com  
(212) 848-4193

January 24, 2012

By Email and Federal Express

John C. Dotterrer, Esq.  
John C. Dotterrer Counsellors at Law, P.A.  
125 Worth Avenue, Suite 310  
Palm Beach, FL 33480

Capital Trans International v. IPIC, et al.

Dear John:

Pursuant to Judge Wilson's Order of January 17, 2011, I am enclosing a redacted version of the "Joint Voluntary Notice with Respect to the Proposed Investment of Aabar Investments PJSC in Galactic Ventures LLC," dated July 28, 2010.[1] The pages, bates-stamped Aabar0122 - Aabar0176, include Aabar's statement in response to 31 C.F.R. § 800.402(c)(6)(iii), as requested in Plaintiff's Motion to Compel, and material cross-referenced in that response. I am also enclosing redacted cover and signature pages, as you requested. This document has been stamped "Confidential" pursuant to the confidentiality agreement between the parties.

With jurisdictional discovery now complete, I am waiting to hear back from you regarding my suggestion that we promptly agree to a briefing schedule for final submissions on the motion to dismiss.

Very truly yours,

Henry Weisburg

Encls.

---

[1] The 2009 Joint Notice referred to by Mr. Al-Husseiny during his deposition was withdrawn and replaced by the enclosed.

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK  
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SAO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON DC



EXHIBIT 17

> CONFIDENTIAL
> Pursuant to 50 U.S.C. App. § 2170
> Protected from Disclosure under 5 U.S.C. § 552

July 28, 2010

**BY HAND DELIVERY AND VIA ELECTRONIC MAIL**

Mr. Aimen Mir
Staff Chairperson
Committee on Foreign Investment in the United States
Office of International Investment
Department of the Treasury
15th Street and Pennsylvania Avenue, N.W., Room 5221
Washington, D.C. 20220

    Re:    Joint Voluntary Notice with Respect to the Proposed Investment of Aabar Investments PJSC in Galactic Ventures, LLC

Dear Mr. Mir:

REDACTED

REDACTED

REDACTED

AABAR 0123 – AABAR 0138

REDACTED

2. *Aabar*

a) History and Ownership

Aabar is an investment company headquartered in Abu Dhabi.[11] Founded in 2005, Aabar originally invested in companies engaged in the exploration and production of oil and gas in the Middle East, North Africa, and Southeast Asia. In 2008, the International

REDACTED

---

[11] Aabar is currently listed on the Abu Dhabi Securities Exchange but has resolved to call for an extra ordinary general assembly meeting ("EGM") on August 15, 2010 to consider delisting and converting to a private joint stock company to provide greater operational flexibility. This change is subject to a shareholders' vote and approval from relevant UAE authorities.

CONFIDENTIAL          AABAR0139

Petroleum Investment Company PJSC ("IPIC") acquired a majority interest in Aabar.[12] Following that acquisition, Aabar expanded the sectors in which it makes investments to include infrastructure, real estate, automotive, and financial services companies. IPIC is wholly owned by the Government of the Emirate of Abu Dhabi.

        b)    General Investment Philosophy

Both Aabar and IPIC are committed to adhering to commercial principles with an objective of achieving maximum long-term shareholder value. Recent notable Aabar investments include Austrian-based Berndorf AG, U.S.-based Tesla Motors, Inc., and Germany-based Daimler AG. IPIC pursues investments primarily outside the Emirate of Abu Dhabi in the energy and energy-related products sector, including the petroleum and petrochemical sectors and in the exploitation of energy resources and other related activities. The business lines of IPIC's various portfolio companies include oil and gas exploration; production, refining, marketing and transportation; petrochemical production; and energy and industrial services. IPIC's portfolio value was US$18.786 billion as of December 31, 2009, and includes significant shareholdings in corporations based in Austria, Canada, Egypt, Germany, Japan, Pakistan, Portugal, Spain, South Korea, and the United Arab Emirates.

REDACTED

---

[12] IPIC currently holds approximately 75.5% of Aabar's outstanding shares and, subsequent to the calling of an EGM by Aabar to consider the de-listing of Aabar from the Abu Dhabi Securities Exchange, has offered to purchase the remaining outstanding shares. IPIC's offer is currently scheduled to remain open until August 5, 2010.

CONFIDENTIAL      AABAR0140

# REDACTED

AABAR 0141 – AABAR 0168

Section 800.402(c)(6)

26. Describe the business or businesses of the foreign person engaged in the Transaction and of its ultimate parent, as such businesses are described, for example, in annual reports. Provide CAGE codes, NAICS codes, and DUNS numbers, if any, for such businesses. [31 C.F.R. § 800.402(c)(6)(i)].

As discussed in the narrative above, Aabar is an investment company headquartered in Abu Dhabi.[21] Founded in 2005, Aabar originally invested in companies engaged in the exploration and production of oil and gas in the Middle East, North Africa, and Southeast Asia. Aabar adheres to commercial principles with an objective of achieving maximum long-term shareholder value. Following the acquisition of a majority interest in Aabar by IPIC in 2008, Aabar expanded the sectors in which it makes investments to include infrastructure, real estate, automotive, and financial services companies. In 2009, Aabar completed several notable investments, including its contribution of $150 million to create a joint investment company with Austrian firm Berndorf AG; its investment to acquire a four percent interest in U.S.-based Tesla Motors, Inc.; and its investment of approximately $1.9 billion in the German company Daimler AG in exchange for a 9.1 percent stake. Aabar has no CAGE Codes or DUNS numbers.

IPIC is the immediate and ultimate parent of Aabar, and owns approximately 75.5 percent of the outstanding shares of Aabar.[22] IPIC was established by Emiri decree as a "public joint stock company" and also adheres to commercial principles with an objective of achieving

---

[21] Aabar is currently listed on the Abu Dhabi Securities Exchange but has resolved to call for an extra ordinary general assembly meeting ("EGM") on August 15, 2010 to consider delisting and converting to a private joint stock company to provide greater operational flexibility. This change is subject to a shareholders' vote and approval from relevant UAE authorities.

[22] IPIC currently holds approximately 75.5% of Aabar's outstanding shares and, subsequent to the calling of an EGM by Aabar to consider the de-listing of Aabar from the Abu Dhabi Securities Exchange, has offered to purchase the remaining outstanding shares. IPIC's offer is currently scheduled to remain open until August 5, 2010.

CONFIDENTIAL          AABAR0169

maximum long-term shareholder value. The business of IPIC is to pursue investments, primarily outside the Emirate of Abu Dhabi, in the energy and energy-related sectors, including the petroleum and petrochemical sectors and in the exploitation of energy resources and other related activities. The business lines of IPIC's various portfolio companies include oil and gas exploration, production, refining, marketing and transportation; petrochemical production; and energy and industrial services. IPIC's portfolio value was US$18.786 billion as of December 31, 2009, and includes significant shareholdings in corporations based in Austria, Canada, Egypt, Germany, Japan, Pakistan, Portugal, Spain, South Korea, and the United Arab Emirates. As noted above, IPIC is 100 percent directly owned by the Government of the Emirate of Abu Dhabi, and as such has no parent companies or other shareholders. IPIC has no CAGE Codes or DUNS numbers.

REDACTED

CONFIDENTIAL                         AABAR0170

REDACTED

33. Describe whether the foreign person is controlled by or acting on behalf of a foreign Government, including as an agent or a representative, or in some similar capacity, and if so, the identity of the foreign government. [31 C.F.R. § 800.402(c)(6)(iii)].

As noted above, Aabar is currently 75.5 percent owned by IPIC, which is 100 percent directly owned by the Government of the Emirate of Abu Dhabi. IPIC operates as a Government of Abu Dhabi state-owned investment company pursuant to relevant UAE law and IPIC's Articles of Association ("IPIC Articles"), a copy of which is attached as Exhibit 8.

REDACTED

CONFIDENTIAL AABAR0171

REDACTED

AABAR 0172 – AABAR 0175

REDACTED

Respectfully submitted,

| | |
|---|---|
| David N. Fagan | Robert S. LaRussa |
| Caroline Murray | Justin L. Harrison |
| Covington & Burling LLP | Shearman & Sterling LLP |
| 1201 Pennsylvania Ave., NW | 801 Pennsylvania Avenue, NW |
| Washington, DC 20004 | Washington, DC 20024 |
| tel: (202) 662-5291 | tel: (202) 508-8180 |
| fax: (202)778-5291 | fax: (202) 508-8100 |
| dfagan@cov.com | rlarussa@shearman.com |
| | |
| *Counsel to Galactic Ventures* | *Counsel to Aabar Investments* |

REDACTED