**Edward T. Saadi**

| | |
|---|---|
| **From:** | Henry Weisburg <HWeisburg@Shearman.com> |
| **Sent:** | Friday, May 18, 2012 10:44 AM |
| **To:** | Edward T. Saadi; cadams@foley.com; john.dotterrer@akerman.com; jhamilton@foley.com; William Roll; jenny.torres@akerman.com |
| **Subject:** | RE: Inquiry per Local Rule 3.01(g) |

On behalf of defendants, no objection.

**Henry Weisburg**

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
tel: +1.212.848.4193
cell: +1.917.215.8932
fax: +1.646.848.4193
hweisburg@shearman.com

---

**From:** Edward T. Saadi [mailto:EdwardSaadi@aol.com]
**Sent:** Friday, May 18, 2012 10:35 AM
**To:** cadams@foley.com; john.dotterrer@akerman.com; jhamilton@foley.com; William Roll; jenny.torres@akerman.com; Henry Weisburg
**Subject:** Inquiry per Local Rule 3.01(g)

Dear Counsel,

I write to you pursuant to Middle District of Florida Local Rule 3.01(g) to inquire as to whether you will consent to the relief requested in the attached Motion to Intervene. Please advise at your earliest convenience.

Edward T. Saadi, Esq.

---

This email is strictly confidential and may be subject to the attorney/client privilege and/or the work-product doctrine. It is intended for the exclusive use of the addressee and it contains privileged and non-disclosable information. If the recipient of this email transmission is not the addressee or a person responsible for delivering the email to the addressee, such recipient is prohibited from reading or using this transmission in any way. If you have received this transmission by mistake, please call Atty. Edward T. Saadi immediately and destroy this email transmission. This communication is from a debt collector and is an attempt to collect a debt. Any information obtained may be used for that purpose.

Edward T. Saadi, Esq.
Edward T. Saadi, LLC
970 Windham Court, Suite 7
Boardman, OH 44512
(330) 782-1954



1

(330) 266-7489(fax)
EdwardSaadi@aol.com

IRS Circular 230 Disclosure
Any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties and is not intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.
*****************************************************************

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.