UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

-----------------------------------------------------------------x
CAPITAL TRANS INTERNATIONAL, LLC,  : Case No. 8:10-CV-529-T-30TGW
a Florida limited liability company, :
:
               Plaintiff, :
:
             -against- :
:
INTERNATIONAL PETROLEUM :
INVESTMENT COMPANY, a foreign company, :
AABAR INVESTMENTS PJSC, a foreign :
company, and TASAMEEM REAL ESTATE CO, :
LLC, a foreign limited liability company, :
:
             Defendants. :
-----------------------------------------------------------------x

**DECLARATION OF CHRISTI R. ADAMS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

CHRISTI R. ADAMS, an attorney duly admitted to practice before the courts of the State of Florida and the United States District Court for the Middle District of Florida, declares, pursuant to 28 U.S.C. Section 1746, as follows:

    1.    I am a partner at Foley & Lardner LLP counsel to Defendants International Petroleum Investment Company ("IPIC"), Aabar Investments PJS, formerly known as Aabar Investments PJSC ("Aabar") and Tasameem Real Estate Company LLC ("Tasameem"). I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A are true and correct copies of excerpts of the deposition testimony of Mohamed Hamad Al-Mehairi, taken in person on May 19, 2011 and by telephone on November 16, 2011 ("IPIC Corp. Dep." and "IPIC Corp. Rep. Dep. II").

3. Attached hereto as Exhibit B are true and correct copies of excerpts of the deposition testimony of Mohamed Ahmed Badaway Al-Husseiny, taken June 18, 2011 ("Aabar Corp. Rep. Dep.").

4. Attached hereto as Exhibit C are true and correct copies of excerpts of the deposition testimony of Luay Abdul Rahman, taken September 20, 2011 ("Tas. Corp. Rep. Dep.").

5. Attached hereto as Exhibit D are true and correct copies of excerpts of the deposition testimony of Pierre Maroun taken May 20, 2011 ("Capital Trans International LLC ("CTI") Corp. Rep. Dep.").

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of David Forbes, sworn to May 6, 2010, Dkt. No. 12-1.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Mohamed Badawy Al-Husseiny, sworn to July 5, 2010, Dkt. No. 29-2.

8. Attached hereto as Exhibit G is a true and correct copy of the Contract of Establishment for Tasameem Real Estate Company, LLC, a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests.

9. Attached hereto as Exhibit H is a true and correct copy of the Annual Return for Hakkasan Limited, dated December 22, 2009, a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests.

10. Attached hereto as Exhibit I is a true and correct copy of Tasameem's December 10, 2010 Objections and Responses to Plaintiff's Amended Set of Interrogatories.

11. Attached hereto as Exhibit J are true and correct copies of excerpts from CTI's website as of July 8, 2001, Dkt. No. 29-10.

12. Attached hereto as Exhibit K are true and correct copies of CTI's business cards, copies of which were produced in this litigation pursuant to Plaintiff's discovery requests.

13. Attached hereto as Exhibit L is a true and correct copy of an email between Fadi Kantar and Ghada Farhat dated March 30, 2009, a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests.

14. Attached hereto as Exhibit M is a true and correct copy of Contract and Principal Regulation for Aabar Investment Petroleum Company — A Publicly Listed Company [under formation], a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests, and English language translation excerpts.

15. Attached hereto as Exhibit N is a true and correct copy of Aabar's March 31, 2011 further Objections and Responses to Plaintiff's Amended Set of Interrogatories.

16.     Attached hereto as Exhibit O is a true and correct copy of Aabar's December 19, 2010 Objections and Responses to Plaintiff's Amended Set of Interrogatories.

17.     Attached hereto as Exhibit P is a true and correct copy of the Amendment Memorandum of Association of Tasameem Real Estate Company LLC, a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests.

18.     Attached hereto as Exhibit Q are true and correct copies of three letters from Khadem Al Qubaisi two dated December 25, 3008 and one dated April 24, 2009, copies of which were attached to Plaintiff's Complaint, Dkt No. 1-2.

19.     Attached hereto as Exhibit R is a true and correct copy of the Four Seasons Hotel, Inc. Engagement Letter, dated March 10, 2009, a copy of which was produced in this litigation pursuant to Plaintiff's discovery requests.

20.     Attached hereto as Exhibit S are true and correct copies of the Declarations of Pierre Maroun and Fadi Kantar, sworn to August 10, 2011 and August 11, 2010, respectively, Dkt. 39-1 and 39-2.

21.     Attached hereto as Exhibit T is a true and correct copy of the Declaration of Fadi Kantar, sworn to April 5, 2012, Dkt. 135-3.

22.     Attached hereto as Exhibit U is a true and correct copy of the Declaration of Ali H. Ghosheh, sworn to July 8, 2010, Dkt. 29-3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2012

_____
Christi R. Adams

5