1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC, a Florida limited )
liability company,                                  )
                                                    )
            Plaintiff,                              )
                                                    )
vs.                                                 )
                                                    )
INTERNATIONAL PETROLEUM INVESTMENT COMPANY, a       )
foreign governmental instrumentality, AABAR         )
INVESTMENTS PJSC, a foreign governmental            )
instrumentality and TASAMEEM REAL ESTATE CO.,       )
LLC, a foreign governmental instrumentality,        )
                                                    )
            Defendants.                             )
                                                    X

VOLUME I    Page 1 to 200

DEPOSITION OF

MOHAMED HAMAD AL MEHAIRI

TAKEN ON BEHALF OF THE PLAINTIFF

May 19, 2011
9:15 a.m. - 3:45 p.m.

125 Worth Avenue
Suite 310
Palm Beach, FL 33480

Jennifer DiLorenzo, court reporter



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

MOHAMED HAMAD AL MEHAIRI - Volume I                May 19, 2011

24

```
 1      A.      Yes.
 2      Q.      And Ferrostaal is located where?
 3      A.      In Essen, Germany.
 4      Q.      And its line of business is?
 5      A.      Engineering, engineering company.
 6      Q.      Are you a board member?
 7      A.      No.
 8      Q.      I'm sorry.  Did I ask you if you were a board
 9  member of Borealis?
10      A.      Yes.
11      Q.      And you are?
12      A.      Yes.
13      Q.      Since?
14      A.      2007.
15      Q.      All right.  And Aabar is not oil and gas --
16      A.      Yes.
17      Q.      -- correct?  And you're a board member of
18  Aabar?
19      A.      Yes.
20      Q.      Since?
21      A.      Two-and-a-half years.
22      Q.      Now, as the Investment Director, are you the
23  highest officer at IPIC that is responsible for
24  overseeing the four companies that you own?
25      A.      Yes.
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

MOHAMED HAMAD AL MEHAIRI - Volume I                May 19, 2011

25

```
 1     Q.    And IPIC's only revenues come from the four
 2  companies that you just listed that IPIC owns, correct?
 3     A.    You said "the four"?
 4     Q.    Yes.
 5     A.    Only the four?
 6     Q.    Yes.
 7     A.    No, we have 15 subsidiaries.  We receive
 8  revenues from all companies.
 9     Q.    Oh.  You own 15 companies?
10     A.    Yes.
11     Q.    Could you just quickly list the others?
12     A.    We have Gulf Energy Maritime.
13     Q.    All right.
14     A.    Cosmo Oil, C-O-S-M-O.
15     Q.    Thank you.
16     A.    We have Sumed, S-U-M-E-D, Pipeline; CEPSA,
17  C-E-P-S-A.
18     Q.    That's in Spain?
19     A.    Spain.
20     Q.    And you're a board member there?
21     A.    Yes.
22     Q.    Go on.
23     A.    Parco, P-A-R-C-O.
24     Q.    What is that?
25     A.    Oil refining in Pakistan.
```



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

26

1  Q.  Right. You're a board member there?
2  A.  Yes.
3  Q.  Next?
4  A.  ADP in Portugal.
5  Q.  Is that oil also?
6  A.  Power.
7  Q.  Power? Okay.
8  A.  OMV.
9  Q.  Where's that?
10 A.  Vienna.
11 Q.  Yes.
12 A.  Oasis International Power.
13 Q.  Where's that?
14 A.  In Abu Dhabi.
15 Q.  Yes?
16 A.  Oil Search in Australia.
17 Q.  Yes.
18 A.  Al Falah, A-L, F-A-L-H-A - no, F-A-L-A --
19 Q.  Would you like a little piece of paper?
20 A.  No, no, that's fine, A-L, F-A-L-A-H, Fund.
21 Q.  Where's that?
22 A.  Kazakhstan.
23 Q.  You're up to 13, so you're doing very well,
24 sir.
25 A.  And Abu Dhabi Qatar Fund.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

```
 1       Q.    What is that?
 2       A.    This is a Fund between Abu Dhabi and
 3    Qatar.
 4       Q.    An investment fund?
 5       A.    Yes.
 6       Q.    Where is that headquartered?
 7       A.    In Qatar.
 8       Q.    What's the approximate size of that Fund?
 9       A.    $2 billion.
10       Q.    All right.  At what percentage of that do you
11    own?
12       A.    Fifty.
13       Q.    Fifty percent.  Okay.  I think there must be
14    one more.
15       A.    I think you have four.
16       Q.    Four on the front.
17       A.    I think that's it.
18       Q.    Eleven.
19       A.    Sorry.  Maybe I said the wrong number, but
20    this is it.
21       Q.    This is it.
22       A.    Yes.
23       Q.    That's all of the companies --
24       A.    Yes.
25       Q.    -- that IPIC owns.
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1    Q.    Right, but it got - but Aabar got --
2          MR. WEISBURG:  You didn't let him answer
3    the question.
4          MR. SEAMSTER:  Sorry.
5          MR. WEISBURG:  You interrupted him.
6    A.    There is another -- You know, they've done
7    their own financing without our support.
8    Q.    But since 2008, all of the cash injections
9    into the Company of Aabar came from IPIC.
10         MR. WEISBURG:  Objection, misstates the
11   record.
12 BY MR. DOTTERRER:
13   Q.    Isn't that right?
14   A.    Well, you know, Aabar did invest in many
15   companies and IPIC supported, you know, their growth
16   and strategy - simple as this.
17   Q.    Thank you.
18   A.    Yes.
19   Q.    But now my specific question is:  Since 2008,
20   no one other than IPIC has put money into the Company,
21   Aabar --
22         MR. WEISBURG:  Objection.
23   Q.    -- right?
24   A.    I don't know.
25   Q.    You've been a member of the Board of


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com


MOHAMED HAMAD AL MEHAIRI - Volume I                    May 19, 2011

86

```
 1    Directors --
 2         A.    Yes, yes.
 3         Q.    -- of Aabar since --
 4         A.    And I told you --
 5         Q.    -- since 2008?
 6         A.    Yes.  IPIC supported Aabar in terms of we
 7    injected money into the Company --
 8         Q.    Right.
 9         A.    -- for general purposes, which includes
10    acquisition of other, you know, companies abroad, so.
11         Q.    Such as Mercedes.
12         A.    Yes, yes.
13         Q.    Such as XOJET.
14         A.    Yes, yes.
15         Q.    Such as Virgin Galactic.
16         A.    Yes.
17         Q.    Such as the Carnegie 57 Project in New York
18    with Extell, right?
19         A.    Yes.
20         Q.    You know about all that because you're a
21    member of the Board of Directors of Aabar --
22         A.    Yes.
23         Q.    -- right?
24         A.    Yes.
25         Q.    Now, as an example of this technological
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1  what he said.
2  A.   IPIC is an independent vehicle of the
3  Government which has its Board which manages affairs.
4  Q.   Right.  And so I asked you to whom at the
5  Government the Board of Directors at IPIC reports and I
6  think you said you didn't know this morning.
7  A.   I don't know.
8  Q.   Yes.  Okay.  And my question was: Have you
9  looked into that subject at all, investigated it in
10 preparation for this deposition?
11 A.   It's owned by the Government, but to whom
12 it reports this is - I don't know.
13 Q.   Yes.  And now I'm asking you: Did you conduct
14 any --
15 A.   No.
16 Q.   -- investigation yourself to --
17 A.   No.
18 Q.   -- ascertain that information?  Your answer's
19 "no"?
20 A.   No.
21 Q.   That's why you have to wait until I finish.
22 A.   Okay.
23 Q.   And I apologize --
24 A.   No, no, that's fine.
25 Q.   -- for being so slow and not keeping up with



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1         Have you received any other funds like that
2    from the Government for a specific purpose since you've
3    been there?
4         A.   No, this is the only one.
5         Q.   And these funds were provided to IPIC
6    interest-free, correct?
7         A.   Yes.
8         Q.   And with no time of repayment, right?
9         A.   Yes.
10        Q.   Let's go to Page 14, please, Note 15.  This
11   reflects an offer that IPIC made to the minority
12   shareholders of holdings of Aabar, right?
13        A.   Yes.
14        Q.   And that was initially for 1.45 per share that
15   increased to 1.95 per share, right?
16        A.   Correct.  Yes.
17        Q.   And that was a part of a plan of IPIC to take
18   full control of Aabar?
19        A.   At that time, yes.
20        Q.   Yes, and this is in July of 2010?
21        A.   Yes.
22        Q.   How long did it take to develop that plan?
23        A.   A couple of months.
24        Q.   Two or three?
25        A.   Yeah, I would say that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 10 of 17 PageID 3150

Deposition of Mohamed Hamad Al Mehairi          Capital Trans International, LLC vs. International Petroleum Investment Company

```
               UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION


              CASE NO.: 8:10 CV 529-JSM-TGW


   CAPITAL TRANS INTERNATIONAL,
   LLC, a Florida limited liability
   company,

                       Plaintiff,

   vs.

   INTERNATIONAL PETROLEUM
   INVESTMENT COMPANY, a foreign
   company, AABAR INVESTMENTS PJSC,
   a foreign company, and TASAMEEM
   REAL ESTATE CO., a foreign
   company,

                       Defendants.
   _____/


                                    One Southeast Third Avenue
                                    Miami, Florida
                                    November 16th, 2011



              THE TELEPHONIC DEPOSITION OF

                MOHAMED HAMAD AL MEHAIRI
       _____

           Taken on Behalf of the Plaintiff

        Pursuant to Notice of Taking Deposition

              8:40 a.m. - 9:45 a.m.
```

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 11 of 17 PageID 3151

Deposition of Mohamed Hamad Al Mehairi        Capital Trans International, LLC vs. International Petroleum Investment Company

```
 1        Q.    Who was the managing director that was
 2   met with from IPIC?
 3        A.    Khadem Al Qubaisi.
 4        Q.    Can you spell that, please?
 5        A.    K-h-a-d-e-m.  A-l Q-u-b-a-i-s-i.
 6        Q.    Okay.  How many meetings were there?
 7        A.    One meeting.
 8        Q.    Okay.  And where did that take place?
 9        A.    In IPIC's offices.
10        Q.    In Abu Dhabi?
11        A.    Yes.
12        Q.    And when was that meeting?
13        A.    I am not sure, but that was maybe
14   December 2008.
15        Q.    And who are the persons, who are all the
16   persons that attended that meeting?
17        A.    Kahdem Al Qubaisi and Mr. Fadi Kantar.
18        Q.    Okay.  And what were the subject matters
19   referenced at that meeting?  You referenced possible
20   investigation to obtain information on making
21   potential investments.  What were they?
22        A.    That was about possible refinery in the
23   U.S.
24        Q.    Yes?  Go ahead.
25        A.    Yeah, that's a possible refinery in the
```

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 12 of 17 PageID 3152

Deposition of Mohamed Hamad Al Mehairi    Capital Trans International, LLC vs. International Petroleum Investment Company

1  U.S.
2  Q.  Okay.
3  A.  And also some land, I think, also.
4  Q.  Okay. What refinery was that?
5  A.  It was, was it possible for a new land
6  for to build a new refinery.
7  Q.  Okay. And what land are you talking
8  about?
9  A.  I don't know, I don't know.
10 Q.  Who would know the answer to that
11 question?
12 A.  Because there was nothing specific, it
13 was general. It's basically, as I mentioned, it's a
14 refinery, to build a new refinery on a piece of land
15 in the U.S. That's what I know.
16 Q.  So you have no knowledge of any of the
17 specific requests of IPIC to CTI regarding this
18 refinery or acquisition for land?
19       MR. WEISBURG: Objection, misstates the
20    record.
21       THE WITNESS: Yes, this is what I told
22    you now, what I know about this discussion
23    which happened in IPIC.
24 BY MR. GIOVINCO:
25 Q.  So you have no other specific knowledge?

Case 8:10-cv-00529-JSM-TGW Document 152-1 Filed 06/12/12 Page 13 of 17 PageID 3153

Deposition of Mohamed Hamad Al Mehairi    Capital Trans International, LLC vs. International Petroleum Investment Company

```
 1    A.    No.
 2    Q.    Okay.  What was the direction --
 3    A.    Sorry.  I think there is no other
 4  specific things.  It's basically what I told you is
 5  the refinery and the land.
 6    Q.    So you are just saying general refinery,
 7  general land, no other specific details?
 8    A.    As far as I know, yes, no.
 9    Q.    What was the location in the U.S. for
10  the refinery, or the land?
11          MR. WEISBURG:  Objection, asked and
12     answered.
13          You can go ahead and answer, Mohamed.
14          THE WITNESS:  I think it's U.S. Gulf
15     maybe or some other place in the south.  I am
16     not sure exactly.
17  BY MR. GIOVINCO:
18    Q.    Okay.  Who would know the answer to that
19  question?
20    A.    It is, as I mentioned, it was general,
21  but to my best of knowledge it is U.S. Gulf, I
22  think.
23    Q.    What is your source of that information?
24    A.    Kahdem, our managing director.
25    Q.    Mr. Al Qubaisi?
```

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 14 of 17 PageID 3154

Deposition of Mohamed Hamad Al Mehairi          Capital Trans International, LLC vs. International Petroleum Investment Company

```
 1    Q.    When did Mr. Al Qubaisi tell you that?
 2    A.    Today.
 3    Q.    Did you meet with Mr. Al Qubaisi today?
 4    A.    Yes.
 5    Q.    Okay.  Where was that meeting?
 6    A.    In our offices in IPIC.
 7    Q.    Okay.  What was discussed?
 8    A.    About the meeting with Mr. Fadi Kantar.
 9    Q.    For how long was that meeting that you
10 had today with Mr. Al Qubaisi?
11    A.    Around 15 minutes.
12    Q.    So what else was discussed in this 15
13 minutes?
14    A.    Only this.
15    Q.    Okay.  So in 15 minutes all Mr. Al
16 Qubaisi told you was that there was a one hour
17 meeting and it concerned a refinery and some land.
18 Is that right?
19    A.    Yes.
20    Q.    No other details were given to you?
21    A.    I gave all the details.
22    Q.    And that took 15 minutes?
23          MR. WEISBURG:  Objection, argumentative.
24 He answered that question.
25
```

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 15 of 17 PageID 3155

Deposition of Mohamed Hamad Al Mehairi     Capital Trans International, LLC vs. International Petroleum Investment Company

```
 1  BY MR. GIOVINCO:
 2      Q.   You can answer, Mr. Al Mehairi.
 3      A.   As I indicated to you just before that I
 4  got an update from Kahdem about the meeting, it was
 5  not possible an investment in the U.S. for a
 6  refinery and also for land.  Nothing beyond that,
 7  that's it, and I think that's what the meeting was
 8  on.
 9      Q.   Okay.  And did you ask him if he had any
10  more details?
11      A.   Yes, that Mr. Fadi Kantar came with a
12  proposal and we declined and we said we are not
13  interested in this.
14      Q.   But didn't IPIC give CTI a mandate to go
15  forward?
16      A.   No.
17      Q.   Are you sure about that?
18      A.   Yes.
19      Q.   Didn't you testify earlier about IPIC's
20  request for a letter supporting this
21  investigation -- I mean CTI's request?
22      A.   I am sorry.  I do not understand the
23  question.
24      Q.   Okay.  Didn't you testify earlier that
25  CTI made a request of IPIC for a letter to support
```

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 16 of 17 PageID 3156

Deposition of Mohamed Hamad Al Mehairi        Capital Trans International, LLC vs. International Petroleum Investment Company

1  appear as IPIC's corporate rep and not Mr. Al
2  Qubaisi?
3      A.   I am the director of investments in
4  IPIC.
5      Q.   But you weren't involved in any of the
6  meetings and communications, as you testified, with
7  CTI so why were you chosen?
8          MR. WEISBURG:  Objection, argumentative.
9      He has already answered the question.
10 BY MR. GIOVINCO:
11     Q.   Mr. Al Mehairi, who arranged for the
12 first meeting between IPIC and CTI?
13     A.   Fadi, Mr. Fadi Kantar.
14     Q.   How was that done?
15     A.   I think Fadi contacted Kahdem.
16     Q.   You think?  You don't know for sure?
17     A.   Kahdem told me that Mr. Fadi came and
18 met him.
19     Q.   That's not my question.  My question is
20 how was the meeting arranged?
21     A.   Mr. Fadi requested a meeting with
22 Mr. Kahdem Al Qubaisi and they met.
23     Q.   How was that request made?
24     A.   I don't know.  Maybe through his office.
25 I am not sure.  It was communicated to him and they

Case 8:10-cv-00529-JSM-TGW   Document 152-1   Filed 06/12/12   Page 17 of 17 PageID 3157

Deposition of Mohamed Hamad Al Mehairi    Capital Trans International, LLC vs. International Petroleum Investment Company

```
 1              (Thereupon, the requested portion was
 2        read back by the Court Reporter as above
 3        recorded.)
 4              THE WITNESS:  What they did was possible
 5        investigation.
 6   BY MR. GIOVINCO:
 7        Q.    Why did they do that possible
 8   investigation?  At whose request?
 9        A.    At CTI request.
10        Q.    Can you explain what you mean by
11   "possible investigation"?
12        A.    They came, they requested from us, you
13   know, for a possible investigation, an investment,
14   because that was not clear or not early stage, so
15   they said we want to investigate a possible
16   investment for a land and for a refinery.
17        Q.    And IPIC agreed that the investigation
18   be conducted, correct?
19        A.    Yes.
20              MR. GIOVINCO:  Okay.  I have no further
21        questions.
22              MR. WEISBURG:  Okay.  We have no
23        questions and this deposition is now concluded.
24        Thank you, Mr. Al Mehairi.  And Mr. Sullivan,
25        you can hang up.
```