UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
-TAMPA DIVISION-

CASE NO. 8:10 CV 529-JSM-TGW

CAPITAL TRANS INTERNATIONAL, LLC,
a Florida limited liability company,

   Plaintiff,

-vs-

INTERNATIONAL PETROLEUM INVESTMENT,
COMPANY, a foreign governmental
instrumentality, AABAR INVESTMENTS, PJSC,
a foreign governmental instrumentality,
and TASAMEEM REAL ESTATE CO., LLC,
a foreign governmental instrumentality,

   Defendants.

_____

VOLUME I OF II, PAGES 1 - 97

DEPOSITION OF MOHAMED AHMED BADAWY AL-HUSSEINY

TAKEN ON BEHALF OF THE PLAINTIFF

Wednesday, May 18, 2011
9:34 a.m. - 12:25 p.m.

125 Worth Avenue
Suite 310
Palm Beach, Florida   33480

Reported by Kathleen Lusz, RPR

Job#229539


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

5

1        Have you ever had your deposition taken

2   before?

3        A.   No.

4        Q.   This is the first time?

5        A.   Yes.

6        Q.   Okay.  Let me just explain a few brief

7   procedures.  I'm sure your counsel has already done that

8   for you.

9        My name is John C. Dotterrer, and I'm a lawyer

10  here in Palm Beach.  And I represent the Plaintiff in

11  this case, which is CTI.

12       A.   Okay.

13       Q.   And I will be asking you some questions.  And

14  my questions will be transcribed by the court reporter

15  who is seated to my right, your left.  And you will be

16  asked to answer the questions.  And your answers will be

17  taken down as well.

18       Now, if you feel that you don't understand the

19  question, then please stop me and ask for a

20  clarification at any time.

21       A.   Okay.

22       Q.   Do you understand that?

23       A.   Yes.

24       Q.   Are you taking any medications now, are there

25  any other conditions that would prevent you from



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

6

1    accurately describing the events and telling the whole

2    truth in this case?

3         A.   No.

4         Q.   All right.  And when did you arrive in the

5    United States on this trip?

6         A.   I arrived on Monday.

7         Q.   Monday.  I see.  So you're not under jetlag or

8    anything like that?

9         A.   No.

10        Q.   Okay, great.  And you are the person who has

11   been designated by Aabar to appear for it in this

12   deposition today?

13        A.   Yes.

14        Q.   Okay.  Could you give the full name of your

15   company, please?

16        A.   Aabar Investments PJS.

17        Q.   And may I refer to that as Aabar --

18        A.   Yes.

19        Q.   -- today?

20             And that was formed in Abu Dhabi?

21        A.   Yes.

22        Q.   Which is an emirate?

23        A.   Yes.

24        Q.   It's one of seven emirates in the UAE?

25        A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

7

1      Q.    Does Abu Dhabi have a constitution?

2      A.    I don't know.

3      Q.    What is the foundation of its governmental and

4    legal system?

5      A.    Unfortunately, I'm not qualified to describe

6    that.  If I described it to you, then it may be

7    incorrect.

8      Q.    Okay.  Do you know anyone who is?

9      A.    Anyone who is?

10     Q.    Yes.

11     A.    Who is qualified to --

12     Q.    To answer that question.  Yes, sir.

13     A.    I would gather any law firm that practices in

14   the emirates would probably know how to answer that

15   question.

16     Q.    Is Abu Dhabi ruled by an emir?

17     A.    It's ruled by a president, sir.  A president

18   of the seven emirates.  There is a president.

19     Q.    Now I'm just referring to Abu Dhabi, the

20   emirate, not the UAE.

21     A.    Yes.  The president of the UAE is also the

22   ruler of Abu Dhabi.

23     Q.    And what is his name?

24     A.    Sheikh Khalifa bin Zayed.

25     Q.    Is his last name, family Al Nahyan?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

8

1      A.    Yes.

2      Q.    And would you mind spelling that?

3      A.    Al Nahyan is A-L, and then space, N-A-H-Y-A-N.

4      Q.    When we were talking just a moment earlier and

5   you mentioned the word president, by that you meant

6   president of the UAE, United Arab Emirates?

7      A.    Federation.

8      Q.    Right.  Which is a federation larger than

9   Abu Dhabi?

10      A.    Correct.

11      Q.    Of which the Emirate of Abu Dhabi --

12      A.    Is part of.

13      Q.    And is one of seven?

14      A.    Correct.

15      Q.    And how is the ruler of Abu Dhabi determined?

16      A.    I don't know.

17      Q.    Do you know how any of the other ruling

18   person's positions are determined?  We're talking about

19   Abu Dhabi now.

20      A.    You mean the rulers of Abu Dhabi?

21      Q.    Yes.

22      A.    I don't know how they are determined, no.

23      Q.    Okay.  Are there persons who have power that

24   are beneath the ruler, Mr. Khalifa, His Royal Highness

25   Al Nahyan, who also have ruling powers?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

9

1      A.    To my knowledge the ruling power -- the ruling

2   power rests with the president.  But other than the

3   president, who has what authority I don't know.

4      Q.    Okay.  Now you just -- I'm sorry.  But you

5   just used the word president again.

6      A.    Yes.

7      Q.    President refers to the UAE, correct?

8      A.    Yes.

9      Q.    I'm referring to Abu Dhabi only.

10     A.    Which is also the ruler of Abu Dhabi.

11     Q.    Okay.

12     A.    In this context only the ruler of Abu Dhabi.

13     Q.    All right.  So you're not sure how other

14  persons who have ruling powers in Abu Dhabi are

15  determined?

16     A.    I'm not sure.

17     Q.    How are laws created in Abu Dhabi?

18         MR. WEISBURG:  John, I'll let this continue,

19         but I want to note, first of all, I don't think

20         this can possibly be relevant to anything other

21         than our forum non motion, which the judge has said

22         is not a suitable topic for discovery.

23           So I'll let you continue.  If you want to

24         spend your time this way, that's fine.  But I'm not

25         waiving our reliance on that ruling.  And we don't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

28

1      Q.   Located where?

2      A.   San Francisco.

3      Q.   And you're on the board of directors?

4      A.   Yes.

5      Q.   Of XOJET?

6      A.   Yes.

7      Q.   Do you know the full name of the company?

8      A.   XOJET, Inc.

9      Q.   Is that a Delaware corporation?

10     A.   I believe it is.

11     Q.   And when did you become a member of the board

12   of XOJET?

13     A.   About a year ago.

14     Q.   So in 2010?

15     A.   Yeah.

16     Q.   Is there anyone else from Aabar or IPIC or

17   members of the board of XOJET?

18     A.   One more member from Aabar is a member of

19   XOJET, my CFO.

20     Q.   And his name is?

21     A.   Brandt Mowry.

22     Q.   Could you spell list his name?  Brandt is

23   B-R-A-N-D-T.

24     A.   Yeah.  And Mowry, M-O-W-R-Y.

25     Q.   And he's the CFO of Aabar now?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

29

1      A.   CFO, yes.

2      Q.   Did he succeed you as CFO?

3      A.   Yes.

4      Q.   And where did Mr. Mowry work before Aabar?

5      A.   Before Aabar he worked for the Virgin Group.

6      Q.   As?

7      A.   I believe vice president of finance.

8      Q.   Was he an employee of Virgin Galactic?

9      A.   No.  He was an employee of Virgin Group.

10     Q.   Virgin Group, which is a parent company of

11  Virgin Galactic?

12     A.   Yes.

13     Q.   What is Virgin Galactic?

14     A.   Virgin Galactic is an entity registered in the

15  U.S. which is investing in aerospace.

16     Q.   So let's go back to XOJET.  That's a private

17  jet service company?

18     A.   Yes.

19     Q.   And Aabar has two members of the board of

20  directors of XOJET?

21     A.   Yes.

22     Q.   Did Mr. Mowry go on the board about the same

23  time as you, 2010?

24     A.   No.

25     Q.   Later?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

30

1       A.    He became a board member in 2011.

2       Q.    So Aabar has two members on the board of

3    XOJET?

4       A.    Yes.

5       Q.    And why is that?

6       A.    Why does Aabar have two members on the board?

7       Q.    Yes, of XOJET.

8       A.    Because I think the agreements that we have we

9    could only have two members on the board.

10      Q.    What agreements do you have?

11      A.    This is an agreement between us and TPG.

12      Q.    What is TPG?

13      A.    Texas Pacific Group I think.  It's a private

14   equity company.

15      Q.    Okay.  And it holds shares in XOJET?

16      A.    Yes.

17      Q.    Does Aabar hold shares in XOJET?

18      A.    Yes.

19      Q.    What percent?

20      A.    Between TPG and us, we jointly own about

21   90 percent.  So 45 percent each.

22      Q.    So did Aabar and TPG form some organization to

23   hold 90 percent of XOJET?

24      A.    Correct.

25      Q.    And most of XOJET's operations are in the



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

31

1    United States?

2         A.    Yes.

3         Q.    What percentage?

4         A.    I would say 90 percent.

5         Q.    Is that coast to coast?

6         A.    Coast to coast.

7         Q.    And when did Aabar begin its holdings in

8    XOJET?

9         A.    I'm guessing approximately a year-and-a-half

10   ago.

11        Q.    Okay.  All right.  Let's talk briefly about

12   Virgin Galactic.  Could you first of all give the full

13   name of the company?

14        A.    Virgin Galactic.

15        Q.    Inc?

16        A.    Yes.

17        Q.    And is that a Delaware company?

18        A.    Yes.

19        Q.    And where are its headquarters?

20             MR. WEISBURG:  John, same objections with

21        respect to Virgin Galactic.

22             MR. DOTTERRER:  Thanks.

23        A.    Headquarters in the U.S.

24   BY MR. DOTTERRER:

25        Q.    Where?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

32

1      A.   One office in California.  One office in
2  New York.
3      Q.   Okay.  The office in California is in
4  Palo Alto?
5      A.   Yes.
6      Q.   And the other office is in New York City?
7      A.   Correct.
8      Q.   And what is Aabar's relation to Virgin
9  Galactic?
10     A.   Aabar is an investor in Virgin Galactic.
11     Q.   It holds shares?
12     A.   Yes.
13     Q.   What percentage?
14     A.   32 percent.
15     Q.   What was the amount of that investment?
16     A.   Approximately 280 million dollars.
17     Q.   And what was the amount of Aabar's investment
18  in XOJET, Inc.?
19     A.   I don't remember.
20     Q.   Is it more than -- You don't recall the
21  amount.  You know it's 90 percent between you and TPG?
22     A.   Yes.  I don't recall the amount.
23     Q.   Was it more than a hundred million dollars?
24     A.   I think so.
25     Q.   Do you also visit California to see Tesla



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

33

1    Motors?

2         A.    No.

3         Q.    Does Aabar have an investment in Tesla Motors?

4         A.    We have an investment in Tesla indirectly with

5    Mercedes.

6         Q.    How is that held?

7         A.    It's held in a SPV, which would be jointly

8    owned by Mercedes in Aabar.

9         Q.    SPV means what?

10        A.    Special purpose vehicle.

11        Q.    Incorporated where?

12        A.    I believe in one of the European countries.

13   It could be Luxembourg.  I don't remember where it is

14   incorporated.

15        Q.    And the holding by you in Mercedes and Tesla,

16   is what percent of Tesla's stock?

17        A.    Approximately five percent.

18        Q.    And that's Tesla Motors, Inc.?

19        A.    Yes.

20        Q.    Located?

21        A.    In California.

22        Q.    And where?

23        A.    I don't know.

24        Q.    Do you have any residences in the U.S.?

25        A.    Do I have any residence?  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I         May 18, 2011

34

1    Q.   And where is that?

2    A.   In Texas.

3    Q.   Do you own it?

4    A.   No.

5    Q.   Do you rent it?

6    A.   Yes.

7    Q.   Okay.  Is that in Houston?

8    A.   Yes.

9    Q.   And for how long have you had that?

10   A.   Since '99.

11   Q.   '99?

12   A.   Yes.

13   Q.   1999.  When does your lease expire?

14        MR. WEISBURG:  Objection.

15   A.   I don't -- I don't remember.  It's yearly.

16   It's yearly so...

17   BY MR. DOTTERER:

18   Q.   Okay.  And you've had it every year since

19   1999?

20   A.   Yeah.

21   Q.   Now, please correct me if I misstate any

22   names.

23   A.   Okay.

24   Q.   I'll do my best.  Do you know Mohamed Hamad

25   Al Mehairi?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

35

1       A.   Yes.

2       Q.   Did I say that right?

3       A.   Pretty close.

4       Q.   Okay.  Thank you.  Would you please spell his

5    name for the record?

6       A.   Mohamed, M-O-H-A-M-E-D, Hamad, H-A-M-A-D,

7    Al Mehairi, A-L, space, M-E-H-A-I-R-I.

8       Q.   Okay.  Thank you.  And may I refer to him as

9    Mr. Al Mehairi?

10       A.   Yes.

11       Q.   He is a director of Aabar?

12       A.   Yes.

13       Q.   For how long?

14       A.   Probably one year.

15       Q.   And does he hold any positions with IPIC?

16       A.   Yes.

17       Q.   What positions does he hold with IPIC?

18       A.   Director of investments.

19       Q.   And Mr. Al Mehairi is a member of the board of

20    directors of Aabar?

21       A.   Correct.

22       Q.   Of which is there is five?

23       A.   Yes.

24       Q.   And you are one of them?

25       A.   Yes.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

47

1      Q.    September of 2008?

2      A.    Yes.

3      Q.    And Mr. Al Hashemi?

4      A.    I think for him 2009.

5      Q.    All right.  And for Mr. Al Fahim?

6      A.    Al Fahim 2009 also.

7      Q.    And each one of these five board members that

8  we've just named have served in those positions

9  continuously as members of the board of Aabar since the

10  dates that they become members of the board?

11      A.    Correct.

12      Q.    Which you just described for us, correct?

13      A.    Yeah.

14      Q.    Okay.  Let's go back to Sheikh Mansour for a

15  second.

16      A.    Yeah.

17      Q.    Do you know what his educational background

18  is?

19      A.    Don't know.

20      Q.    And he's the chairman of IPIC, right?

21          MR. WEISBURG:  Asked and answered.  Extremely

22          repetitious.

23          MR. DOTTERRER:  Well, I think that's only the

24          second time, Counsel.  I'm just trying to direct

25          the witness.



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I         May 18, 2011

48

1          MR. WEISBURG:   That's at least one time too

2     many.

3     BY MR. DOTTERRER:

4          Q.   Sheikh Mansour is also the Minister of

5     Presidential Affairs of Abu Dhabi's Government, correct?

6          A.   That's my understanding.

7          Q.   So that would be equivalent to being a member

8     of the cabinet if you were to analogize it to the U.S.?

9          A.   That would probably be my guess, yes.

10         Q.   All right.   And what powers does he have of

11    the Minister of Presidential Affairs?

12         A.   Don't know.

13         Q.   Do you know what his responsibilities and

14    duties are in that capacity?

15         A.   Don't know.

16         Q.   As the Minister of Presidential Affairs, is he

17    one of the highest officials in the Abu Dhabi

18    Government?

19         A.   I think it's a cabinet position.   So whether

20    it is the highest official, I'm not qualified to know

21    which official is higher.   But I know it's a cabinet

22    position.

23         Q.   For how long has he held that position?

24         A.   Don't know.

25         Q.   How often does he travel to the U.S.?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

1       A.   Don't know.

2       Q.   Does he travel to the U.S.?

3       A.   Don't know.

4       Q.   Do you know whether he has any residences in

5    the U.S. or the use of any?

6       A.   Don't know.  I have no knowledge of any of

7    Sheikh Mansour's personal itinerary or functions.

8       Q.   Al Nahyan is the ruling family of Abu Dhabi?

9       A.   Yes.

10       Q.   Is that also referred to as the Royal Family?

11       A.   I believe so.

12       Q.   You've been with Aabar since its inception --

13       A.   Yes.

14       Q.   -- correct?  When was it founded?

15       A.   2005.

16       Q.   And who decided to create it?

17       A.   Who decided to create Aabar?

18       Q.   Yes.

19       A.   It was a group of individuals.

20       Q.   How many?

21       A.   About five who were all former directors at

22    ADNOC.

23       Q.   At ADNOC?

24       A.   Yeah.

25       Q.   Could you spell that, please?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

50

1     A.    A-D-N-O-C.

2     Q.    And what is ADNOC?

3     A.    ADNOC is an oil company.

4     Q.    Okay.  And ADNOC is an acronym for?

5     A.    For Abu Dhabi National Oil Company.

6     Q.    Okay.  And ADNOC is or was a government

7  company?

8     A.    ADNOC is a government company.

9     Q.    It is.

10    A.    Yes.

11    Q.    And always has been?

12    A.    That's my understanding.

13    Q.    In the oil business?

14    A.    Yes.  And the individuals that created Aabar

15 were former employees of ADNOC.

16    Q.    Did they actually leave ADNOC?

17    A.    Yes.

18    Q.    And why did they do that?

19    A.    I don't know.  Some of them probably left for

20 other positions.  I know the former chairman of Aabar

21 basically retired from ADNOC.

22    Q.    I see.  And did somebody tell these people I

23 want to start a new company, or we're going to start a

24 new company and you should form Aabar?

25    A.    Actually, one of the individuals --



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

51

1      Q.   Yes.

2      A.   -- who recruited me to work for Dalma

3   effectively felt that there was an opportunity to create

4   an oil and gas company.  So he recruited his former

5   colleagues to create Aabar.

6      Q.   And what's his name?

7      A.   Rashed Al Suwaidi.

8      Q.   What is he doing today?

9      A.   He's a businessman.

10     Q.   In Abu Dhabi?

11     A.   Yes.

12     Q.   Could you spell his last name, please?

13     A.   S-U-W-A-I-D-I.

14     Q.   Were you involved in the formation of the

15   Aabar?

16     A.   Yes.

17     Q.   What was your role?

18     A.   Mostly in an advisory capacity.

19     Q.   Advising on what issues?

20     A.   On how to structure the business model, i.e.,

21   form the publicly listed entity, and then use it as a

22   platform to grow in the oil and gas business.

23     Q.   What does the term sheikh mean in Abu Dhabi?

24     A.   I believe the term sheikh is used to refer to

25   in the Abu Dhabi context a member of the Royal Family.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Page 52

1      A      No, no, no.  I have reviewed the box files,

2      just like box files.

3      Q      Okay.  What were the contents of it?

4      A      Outgoing and incoming letters.  Most of

5      them.

6      Q      Are there -- are there --

7      A      Proposals.

8      Q      Are there a separate files kept for separate

9      transactions?

10     A      Of course.  And those are kept in the safe,

11     The separate files for each transaction are kept in

12     the safe, not outside.

13     Q      Who has access to the safe?

14     A      Myself.

15     Q      Only?

16     A      And my assistant only.

17     Q      And your assistant's name is?

18     A      Blessed.

19     Q      How many hours did you spend reviewing the

20     files?

21     A      A lot.  How many, exactly, I don't remember.

22     Q      How many days?

23     A      I told you.  I have started 1st of

24     September, 1st of September, but during the whole

25     period until I traveled to the U.S., every day let's

82869581-4f6d-44c0-a80c-927e33d595f5

Page 53

1        say two or three hours, that's it, because I have

2        other issues to do here.

3            Q       Were all of the files that related to this

4        case stored inside the safe?

5            A       Well, I didn't find any certain file related

6        to this case.  I found some documents inside some of

7        the files.

8            Q       Which files were those?

9            A       Amani files.

10           Q       Does that mean files that were kept by Ms.

11       Al Sawi, Amani El Sawi?

12           A       Yes.  Yes.

13           Q       So she is the one who made all of the files

14       relating to this case?

15           A       Not all of the files.  Again, I'm saying

16       that I didn't find certain files for this deal, or

17       for this case.  I found some documents related to

18       some of the projects or subjects mentioned in the

19       documents I have seen; that's all.

20                   THE WITNESS:  Can I excuse --

21                   MR. WEISBURG:  Yea.  Anytime.  We can take

22               a break.

23               (Thereupon, a short recess was taken.)

24       BY MR. DOTTERRER:

25           Q       Mr. Rahman, did TRE have a separate file for

82869581-4f6d-44c0-a80c-927e33d595f5

59

1          Aabar production.  He hasn't been questioned on the

2          document.

3                  (Plaintiff's Exhibit Number 5 was marked for

4     identification.)

5     BY MR. DOTTERRER:

6          Q.   Here is Exhibit Number 5.  Is that a printout

7     from the Aabar website listing the members of the board

8     of directors of Aabar?

9          A.   Yes.

10                 (Plaintiff's Exhibit Number 6 was marked for

11    identification.)

12    BY MR. DOTTERRER:

13         Q.   I'm showing you Number 6.  Is this a printout

14    from the website of Aabar giving the bio. of

15    Mr. Al Qubaisi as a director of Aabar?

16         A.   Yes.

17                 (Plaintiff's Exhibit Number 7 was marked for

18    identification.)

19    BY MR. DOTTERRER:

20         Q.   Is this a printout from the Aabar website

21    giving the bio. of Mr. Al --

22         A.   Hashemi.

23         Q.   -- Hashemi --

24         A.   Yeah.

25         Q.   -- as a director of Aabar?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

60

1          A.    Yeah.

2              (Plaintiff's Exhibit Number 8 was marked for

3    identification.)

4    BY MR. DOTTERRER:

5          Q.    Here is Exhibit Number 8.  Is Exhibit Number 8

6    a printout from the Aabar website giving the bio. of

7    Mr. Al Mehairi as a director?

8          A.    Yes.

9              (Plaintiff's Exhibit Number 9 was marked for

10   identification.)

11   BY MR. DOTTERRER:

12         Q.    Is Exhibit Number 9 a printout from the

13   website of Aabar giving the bio. of Mr. Al Fahim as a

14   director of Aabar?

15         A.    Yes.

16             MR. WEISBURG:  Can I have one of these,

17       please?

18             MR. DOTTERRER:  I'm sorry.  Yes, there it is.

19   BY MR. DOTTERRER:

20         Q.    Let me just quickly look through these.

21             And Exhibit Number 1, of course, is a printout

22   from the website of Aabar giving your bio. as a director

23   of Aabar?

24         A.    Yes.

25         Q.    What are the annual revenues of Aabar?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

61

1      A.    Currently approximately 200 million dollars.

2      Q.    And the assets?

3      A.    Approximately 14 billion dollars.

4      Q.    That was 200 million in gross revenues?

5      A.    Yes.

6      Q.    And the net revenues?

7      A.    Actually, that's gross and net.

8      Q.    Okay.  And what is the -- Excuse me.  What is

9   the net profit?

10     A.    Right now it's probably a couple million.

11     Q.    One or 2 million dollars?

12     A.    Yeah.

13     Q.    Per year?

14     A.    It's not per year.  It keeps fluctuating.

15  Most of the investments we have are just investments,

16  which don't have any revenue so...

17     Q.    So you don't recall an appreciation of market

18  value as --

19     A.    Yeah.

20     Q.    -- as a revenue?

21     A.    Yeah.  You don't record it as revenue.

22     Q.    All right.  When does the fiscal year end?

23     A.    December.

24     Q.    So for 12/31/2010 --

25     A.    Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

62

1      Q.    -- what was the net profit?

2      A.    I think it was a loss.  I don't recall.  It's

3   a loss.

4      Q.    How about year-to-date 2011?

5      A.    We have --

6      Q.    Net profit?

7      A.    We have not published the number yet.

8      Q.    Do you know what the figure is or

9   approximately?

10      A.    It will be because we have a lot of

11   fluctuating shares, it will probably be a loss.

12      Q.    What funds, loans, guarantees or other

13   financial support has Aabar received from the Government

14   of Abu Dhabi or the UAE?

15      A.    We receive no guarantee from Abu Dhabi

16   government.

17      Q.    You have received a great deal of funds from

18   IPIC?

19      A.    Correct.

20      Q.    Have you received any other financial support

21   from the Government of Abu Dhabi?

22          MR. WEISBURG:  Objection.  Misstates the

23          evidence.

24          (Plaintiff's Exhibit Number 10 was marked for

25   identification.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

63

1    BY MR. DOTTERRER:

2         Q.    Is Exhibit Number 10 a printout from the Aabar

3    website of the major events in the history of Aabar?

4         A.    Yes.

5         Q.    Did you participate in preparing that at all?

6         A.    I reviewed it.

7         Q.    Before it was published?

8         A.    Yes.

9         Q.    And did you agree with it?

10        A.    Yes.

11        Q.    And in the year 2008 you note in this history

12   that in January of 2008 was the sale of Dalma Energy for

13   446 million; in May of 2008 the sale of Pearl Energy for

14   833 million, correct?

15        A.    Yes.

16             (Plaintiff's Exhibit Number 11 was marked for

17   identification.)

18   BY MR. DOTTERRER:

19        Q.    I'm going to show you Exhibit Number 11.  Is

20   this a copy of a press release from Aabar?

21        A.    Yes.

22        Q.    And I notice that your name is listed down at

23   the bottom "for more information please contact" --

24        A.    Yes.

25        Q.    -- correct?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

64

1              And why is that?

2       A.    That's because any questions as a publicly

3    listed entity I was the designated person to answer any

4    queries from either reporters or investors.

5       Q.    And you were so designated by Aabar?

6       A.    Yes.

7       Q.    And you were CFO at that time?

8       A.    Yes.

9       Q.    This press release announces that

10   Mr. Al Qubaisi takes over Aabar as chairman?

11      A.    Correct.

12      Q.    Okay.  And that was done in conjunction with,

13   as you said before, the infusion of approximately

14   6.7 billion -- Dehars (phonetic)?

15      A.    Dirhams.

16      Q.    -- dirhams --

17      A.    Yes.

18      Q.    -- into the company?

19      A.    Yes.

20      Q.    Which was about 1.5 billion dollars?

21            MR. WEISBURG:  Asked and answered.

22      A.    Divided by 3.68.

23   BY MR. DOTTERRER:

24      Q.    Here's a calculator.

25      A.    Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

72

1      A.   We would use a P.R. firm to disseminate it to

2   the press.

3      Q.   I see.  Is it distributed to the press only in

4   Abu Dhabi or throughout the world?

5      A.   The copies that would be distributed to the

6   press association would be local and international.

7      Q.   Both?

8      A.   It could be Bloomberg, Reuters, yeah.

9           MR. WEISBURG:  Would this be a good time for a

10          break?  We have been going two hours.

11          MR. DOTTERRER:  I think we could use it, don't

12          you?

13          (A recess was taken from 11:27 until 11:39

14   a.m.)

15   BY MR. DOTTERRER:

16      Q.   All right.  You reviewed and approved Exhibit

17   14 before it was issued.  And it's kept in the regular

18   course of Aabar's business; is that right?

19      A.   Yes.

20      Q.   And Exhibit 14 announces that as of

21   February 17, 2009 Mr. Al Mehairi became the director of

22   Aabar?

23      A.   Yes.

24      Q.   And the press release also notes that he is

25   also currently manager of evaluation and executive



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

73

1   division within IPIC?

2        A.   Correct.

3             (Plaintiff's Exhibit Number 15 was marked for

4   identification.)

5   BY MR. DOTTERRER:

6        Q.   Here is Exhibit 15.   What is Exhibit Number

7   15, sir?

8        A.   Looks like a transfer from IPIC to Aabar.

9        Q.   Of how much money?

10       A.   1.5 billion dirhams.

11       Q.   Which converts into U.S. dollars as what?

12       A.   Approximately 400.

13       Q.   400 million dollars?

14       A.   400 million, yeah.

15       Q.   Approximately 409 million dollars?

16       A.   Yeah.

17       Q.   Okay.   And was this a wire transfer?

18       A.   It's an instruction from IPIC's bank account

19   to Aabar's bank account.   So I presume it would be done

20   by wire transfer, yes.

21       Q.   The instructions -- First of all, that's

22   signed by Mr. Al Qubaisi --

23       A.   Yes.

24       Q.   -- at the bottom?

25       A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

74

1      Q.    And the date of this is February 10, 2009?

2      A.    Correct.

3      Q.    And it's an instruction to First Gulf Bank,

4    correct?

5      A.    No.  It's an instruction to National Bank of

6    Abu Dhabi.

7      Q.    Okay.  I'm sorry.  Is that a government owned

8    bank?

9      A.    It's a publicly listed bank.

10     Q.    All right.  And Aabar's bank is First Gulf

11   Bank?

12     A.    Yes.

13     Q.    Are there any government owned banks in

14   Abu Dhabi?

15     A.    To my knowledge all banks in Abu Dhabi are

16   publicly listed.  So the government may have stakes in

17   the banks, but the banks themselves are publicly listed.

18     Q.    Do you know of any banks in which the

19   government has a majority interest?

20     A.    I'm not sure.

21     Q.    Okay.  What was the purpose of IPIC

22   transferring approximately 409 million dollars to Aabar

23   on February 10, 2009?

24     A.    This probably would be for the purposes of

25   increasing the capital structure in Aabar.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

75

1      Q.    So this $409 million was being contributed by

2   IPIC to the capital structure of Aabar?

3      A.    Contributed to Aabar.  And then what Aabar

4   would do that amount would sit as debt, which can then

5   be converted into equity.

6      Q.    And IPIC had the mandatory right to convert it

7   to equity, correct?

8      A.    In this particular instance it's different --

9   Yes, it did.

10     Q.    It did?

11     A.    It did.  As a result of the extraordinary

12  general meeting, yes.

13     Q.    Okay.  And so this became part of the capital

14  of Aabar at that time?

15     A.    Correct.

16     Q.    And IPIC acquired shares in Aabar?

17     A.    Yes.

18     Q.    Did anyone else besides Mr. Al Qubaisi

19  authorize this payment of $409 million to Aabar from

20  IPIC?

21           Could you repeat that question, please?

22           (The question was read by the reporter.)

23           THE WITNESS:  I wouldn't know that.

24           (Plaintiff's Exhibit Number 16 was marked for

25  identification.)



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1    BY MR. DOTTERRER:

2        Q.    Showing you Exhibit Number 16.   Is Exhibit

3    Number 16 another press release of Aabar issued in the

4    regular course of this business and reviewed and

5    approved by you before it was issued?

6        A.    Yes.

7        Q.    As of March 23, 2009?

8        A.    Yes.

9        Q.    Okay.  And this press release announced that

10   both of the two tranches of the mandatory convertible

11   bonds issued by Aabar to IPIC had been completed?

12       A.    Yes.

13       Q.    And that IPIC will obtain 6.7 -- approximately

14   6.7 billion shares in Aabar, representing 71 percent of

15   Aabar?

16       A.    Yes.

17            (Plaintiff's Exhibit Number 17 was marked for

18   identification.)

19   BY MR. DOTTERRER:

20       Q.    Here is Exhibit Number 17.  Is this another

21   press release kept in the regular course of Aabar's

22   business issued and approved by you?

23       A.    Yes.

24       Q.    As of April 7, 2009?

25       A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1       Q.   What was the amount of this loan?

2       A.   302 million euros.

3       Q.   And the purpose?

4       A.   The purpose of it was to use it for

5    investments.  And there was a put option where it could

6    be converted into equity.

7       Q.   And by it could be converted into equity --

8       A.   Yes.

9       Q.   -- in Aabar by IPIC?

10       A.   Correct.

11       Q.   And was that a mandatory right of IPIC?

12       A.   Yes.

13       Q.   To convert it into shares?

14       A.   Yes.

15       Q.   Did IPIC convert this loan into shares?

16       A.   Yes.

17       Q.   And was the loan made?

18       A.   Yes.

19       Q.   And what was the investment by Aabar that it

20    was contemplated with the use of these loan proceeds

21    from IPIC?

22       A.   My recollection it could have been Daimler

23    shares.

24            COURT REPORTER:  I'm sorry?

25            THE WITNESS:  It could have been Mercedes



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I         May 18, 2011

80

1          shareholding.

2     BY MR. DOTTERER:

3          Q.    The first word you said was Daimler?

4          A.    Well, Daimler/Mercedes is synonymous.

5          Q.    Daimler is the owner of the Mercedes

6     automobile work?

7          A.    Correct.

8          Q.    And that's spelled D-A-I -- D-A-M-L-E-R?

9          A.    D-A-I-M-L-E-R.

10         Q.    Okay.  This is 302 million dollar -- million

11    euro loan?

12         A.    Right.

13         Q.    And that was approximately how much of U.S.

14    dollars?

15              MR. WEISBURG:  When?  Then or now?

16         A.    Then, yeah.  It was approximately 400 and --

17    BY MR. DOTTERER:

18         Q.    -- 33 million?

19         A.    No, 407.

20         Q.    407 million dollars?

21         A.    Yeah.

22         Q.    What conversion rate did you use?

23         A.    3.68.

24         Q.    So IPIC designated these loan proceeds would

25    be used to buy Mercedes shares by Aabar?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

81

1        A.    No.   IPIC made a loan to Aabar.

2        Q.    Yes.

3        A.    It never designated what the loan would be.

4    IPIC does not designate what investments Aabar makes.

5        Q.    Did Aabar ask for this loan?

6        A.    Yes.

7        Q.    When?

8        A.    It would have been maybe a couple months

9    before the loan was done.

10       Q.    And who did you ask?

11       A.    I asked through the board members of IPIC.

12       Q.    All of them?

13       A.    All of them.

14       Q.    How many are there?

15       A.    Four.

16       Q.    Did you do that at the board meeting?

17       A.    No.   I did that outside of a board meeting.

18   And then when --

19       Q.    Did you do that collectively to all four board

20   members?

21       A.    Individually.

22       Q.    Individually.

23       A.    Yeah.

24       Q.    Who did you ask first?

25       A.    My recollection is Murtadha, the CFO.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

Mohamed Ahmed Badawy Al-Husseiny - Volume I          May 18, 2011

82

1        Q.    Who are the board members of IPIC?

2        A.    No.  Board members of Aabar, not board members

3    of IPIC.

4        Q.    Oh, you asked the board members of Aabar?

5        A.    Yes.  I have no involvement with any board

6    members of IPIC.

7        Q.    Okay.  Well, I'm sorry.  Who asked IPIC for

8    this loan?

9              MR. WEISBURG:  Asked and answered.

10       A.    Who asked IPIC?

11             MR. DOTTERRER:  Yeah.  He was answering about

12       Aabar.

13             THE WITNESS:  Yeah.

14   BY MR. DOTTERRER:

15       Q.    I asked about IPIC.  You're right, it was

16   asked but not answered.

17             MR. WEISBURG:  No.  You completely -- maybe --

18   BY MR. DOTTERRER:

19       Q.    Who from Aabar asked IPIC for this loan?

20       A.    I did.

21       Q.    And who did you ask at IPIC?

22       A.    I asked individual Aabar board members who

23   work for IPIC.

24       Q.    I see.  Okay.

25       A.    Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

83

```
 1        Q.   And who were the other four board members of
 2   Aabar at this time, December 30, 2009?
 3        A.   I believe it was Murtadha, Mehairi, Khadem.
 4        Q.   That Mr. Al Qubaisi?
 5        A.   Qubaisi.
 6        Q.   Yes?
 7        A.   Probably Al Fahim at the time.
 8        Q.   So the same as the board members now that we
 9   discussed earlier --
10        A.   Correct.
11        Q.   -- back in December of 2009?
12        A.   Correct.
13        Q.   And you asked them each individually?
14        A.   Yes.
15        Q.   And that's how you communicated the loan
16   request to IPIC?
17        A.   Yes.
18        Q.   Through your own board members?
19        A.   Yes.
20        Q.   Okay.  And that was a couple of months before
21   December 20, 2009?
22        A.   Approximately, right.
23        Q.   And whose idea was it to buy a large amount of
24   shares of Mercedes?
25        A.   It was the investment team and the board.
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

84

1          MR. WEISBURG:  At Aabar?

2          THE WITNESS:  Yes.

3    BY MR. DOTTERRER:

4      Q.    But four of the board members of Aabar are

5    also executives at IPIC?

6      A.    Correct.

7      Q.    So the information was simultaneously being

8    acquired by IPIC?

9          MR. WEISBURG:  Objection.  Vague.  Confusing.

10     A.    The information?

11   BY MR. DOTTERRER:

12     Q.    That you were discussing with your follow

13   board members automatically is getting to IPIC because

14   they also work for IPIC?

15     A.    No.  Board members of IPIC have -- Board

16   members of Aabar --

17     Q.    Right.

18     A.    -- have a responsibility to have Aabar caps

19   when they work for Aabar.  So how they deliver

20   information back to IPIC as board members, I have no

21   control over.

22     Q.    You don't know what they do with the

23   information?

24     A.    No.

25     Q.    Or how they express it to other people at



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

85

1    IPIC?

2        A.   I don't know.

3        Q.   When you discuss a matter like this with

4    Mr. Al Qubaisi, the managing director of IPIC --

5        A.   Okay.

6        Q.   -- the chief executive of the day-to-day

7    affairs of IPIC is automatically informed?

8            MR. WEISBURG:  Objection.  Assumes facts not

9        in evidence.

10       A.   When I communicate to Khadem Al Qubaisi, I

11   communicate to him as an Aabar board member.

12   BY MR. DOTTERRER:

13       Q.   Right.  But he simultaneously is the managing

14   director of IPIC?

15       A.    In terms of the information that I communicate

16   to him?

17       Q.   Yes.  No.  At the same time he is also the

18   managing director of IPIC, correct?

19       A.    Correct.

20       Q.   Okay.  Was it Mr. Al Qubaisi's idea in the

21   first instance to buy Mercedes shares?

22       A.   I don't recall if it was his idea, but as a

23   board member he was part of the idea like it was for

24   other board members and myself.

25       Q.   He supported it?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

86

1      A.    He supported it.

2      Q.    Did someone say to you one day we should buy

3   Mercedes shares, a lot of them?

4      A.    No one said to me, but the opportunity was

5   known to us through basically individuals or people

6   familiar with the Mercedes entity.

7      Q.    Did Aabar use these funds to purchase Mercedes

8   shares?

9      A.    These specific funds?

10     Q.    Yes.

11     A.    When we receive funds from IPIC, we don't

12  designate the funds specifically for only one

13  investment.  When we received funds from IPIC, they come

14  in to inject capital into Aabar.  Then how we allocate

15  that capital becomes a measurement in board decisions.

16          So the funds that we use to acquire Mercedes,

17  these could have been part of the funds.  But also the

18  funds that we received before could have been part of

19  the funds that we used too.

20     Q.    Well, I notice that this is the only

21  transaction I've seen in the records produced at least

22  that is designated in euros.

23     A.    Okay.

24     Q.    Was this transferred into a euro account of

25  Aabar?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

87

1       A.    I believe so.  But the currency is irrelevant

2   as far as the injection of capital is concerned.

3       Q.    Just please answer my question.

4             MR. WEISBURG:  No, please let him finish his

5       answer.

6   BY MR. DOTTERRER:

7       Q.    Are you finished with your answer?

8       A.    No, I'm not finished.  So when we asked for

9   capital injection, it could be that investments that we

10  are looking at are denominated in that financial

11  currency.  It could be UniCredit Bank.  It could be

12  Mercedes.  It could be Atlantia shares in Italy.  It

13  could have been anything.

14            So the fact that the injection is done in euro

15  currency is irrelevant as far as Aabar is concerned.

16      Q.    Did Aabar receive approximately 302 million

17  euros --

18      A.    Yes.

19      Q.    -- at this time?

20      A.    Yes.

21      Q.    And was it placed in an account of Aabar's in

22  euros?

23      A.    That's my recollection.

24      Q.    And did you pay for the Mercedes shares in

25  euros?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

1      A.   Yes.

2      Q.   From the same account?  From the same euro

3   account?

4      A.   It could be several accounts.  Because we have

5   funds in different banks.  So some of it could be from,

6   as an example, Deutsche Bank, some of it could be from

7   National Bank of Abu Dhabi.

8      Q.   Before the 302 million euros came in, how much

9   did Aabar have in euro accounts?

10     A.   Don't know.

11     Q.   And after you purchased the Mercedes shares,

12  how much?

13     A.   Don't know.

14     Q.   How much did you spend buying the shares,

15  Mercedes shares?

16     A.   The Mercedes shares was approximately

17  1.8 billion euros.

18     Q.   Okay.  How did that convert into U.S. dollars

19  at the time?

20     A.   Don't remember.

21     Q.   Well, you just converted the 302 million.

22     A.   Because that was also denominated in dirhams.

23  So I converted dirhams into dollars.

24     Q.   Oh, not euros?

25     A.   Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

89

1      Q.    Where are Aabar's offices?

2      A.    On Corniche Road in Abu Dhabi.

3      Q.    In the Ministry of Energy Building?

4      A.    Yes.

5      Q.    And is that the same building that houses the

6   Ministry of Energy?

7      A.    Correct.

8      Q.    Is it owned by the Ministry of Energy?

9      A.    It is owned by an individual, private

10   individual.

11      Q.    Who is that individual?

12      A.    I believe the name is Khalifa Yousef Bin Omeir

13   or Yousef Bin Omeir.

14      Q.    And so Aabar pays rent to the owner of the

15   building?

16      A.    Yes.

17      Q.    All right.  If you can please look at page 156

18   in the loan agreement, Clause 3.1.  This was an interest

19   free loan?

20          MR. WEISBURG:  I'm sorry.  What's that page?

21          MR. DOTTERRER:  156.

22          MR. WEISBURG:  Of exhibit?

23          MR. DOTTERRER:  19.

24          MR. TORRES:  You got -- It's 102; is that what

25      you've got?



Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

90

1           MR. WEISBURG:  Yeah.  I don't have a page of

2      that.

3           MR. TORRES:  It's the same thing you produced.

4  BY MR. DOTTERRER:

5      Q.   Do you see that?

6      A.   Yes.

7      Q.   This was an interest free loan?

8      A.   Correct.

9      Q.   Why was IPIC giving an interest free loan to

10  Aabar?

11      A.   Because in return Aabar is giving IPIC a

12  conversion feature.  So any time you have a convertible

13  feature in the loan, you could just price it in such a

14  way you don't have to pay interest.

15      Q.   Every time that IPIC made a loan to Aabar, it

16  was convertible, correct?

17      A.   Every time it made a loan to Aabar, there was

18  a conversion feature, yes.

19      Q.   They could convert it to stock?

20      A.   Yes.

21      Q.   Now, when Exhibit 19 was executed, it provided

22  that this 302 million euros was repayable on demand by

23  the lender, which was IPIC, right?

24      A.   Yes.

25           MR. WEISBURG:  Objection.  The document speaks



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

91

 1      for itself.

 2   BY MR. DOTTERRER:

 3      Q.    So that means that IPIC to you could demand

 4   repayment at any time?

 5      A.    Yes.

 6      Q.    Now, shortly thereafter, however, this loan

 7   was amended, correct?

 8      A.    I don't recall.

 9      Q.    Okay.  Let me see if I can assist your

10   knowledge.

11          (Plaintiff's Exhibit Number 20 was marked for

12   identification.)

13   BY MR. DOTTERRER:

14      Q.    What is Exhibit Number 20?

15      A.    It's an amendment to the loan agreement.

16      Q.    To the loan agreement in Exhibit 19?

17      A.    Yes.

18      Q.    And this amendment to the loan agreement is

19   dated March 26, 2010?

20      A.    Yes.

21      Q.    And this is among the records of Aabar?

22      A.    Yes.

23      Q.    And it's looks like two signatures on page

24   IPIC 165?

25      A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

92

1      Q.   Is one of them yours?

2      A.   Yes.

3      Q.   The first one?

4      A.   Second one.

5      Q.   The second --

6      A.   Oh, the first one in Aabar, yes.

7      Q.   Yes.  And who is the second signature on the

8   Aabar line?

9      A.   I believe it's an Aabar director.

10     Q.   Which one?

11     A.   And I'm guessing it's Murtadha.  I'm not sure.

12     Q.   And who signed it for IPIC?

13     A.   It was signed for IPIC by Khadem Al Qubaisi.

14     Q.   And this is Exhibit 20 is pages IPIC 163

15   through 165, correct?

16     A.   Yes.

17     Q.   Let's go to Page 164.  Clause 1.1.

18          MR. WEISBURG:  I'm sorry.  I have 160 to 162.

19          MR. DOTTERRER:  Oh, yeah.  You can turn that

20      in for --

21   BY MR. DOTTERRER:

22     Q.   In Clause 1.1, the time of repayment of the

23   loan is changed?

24     A.   Yes.

25     Q.   And it's changed to make it repayable at the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.330.6952
Facsimile: 561.394.2621

Suite 1701
515 North Flagler Drive
West Palm Beach, FL 33401
www.esquiresolutions.com

106

1          like 40 times.

2          A.   Yes.

3     BY MR. DOTTERRER:

4          Q.   Okay.  All right.  Let's move on here.

5               This will be Number 22.

6               (Plaintiff's Exhibit Number 22 was marked for

7     identification.)

8     BY MR. DOTTERRER:

9          Q.   Okay.  Here is Exhibit Number 22.  Take a

10    quick look through it.  This is stamped IPIC 0080

11    through 0095.

12         A.   Yeah.

13         Q.   And Exhibit 22 is a purchase agreement,

14    correct?

15         A.   Yes.

16         Q.   The purchaser is IPIC?

17         A.   Yes.

18         Q.   And it's with Aabar, right?

19         A.   Correct.  Correct.

20         Q.   Let's go to the signature pages.  Page 94,

21    that's your signature for Aabar?

22         A.   Yes.

23         Q.   And on page 95 there is a signature for IPIC?

24         A.   Yes.

25         Q.   Is that Mr. Al Qubaisi?

1          A.   Yes.

2          Q.   And this was entered on May 24, 2010?

3          A.   Yes.

4          Q.   Okay.  It says Allen & Overy on the front?

5          A.   Yes.

6          Q.   Okay.  Is that a law firm?

7          A.   Yes.

8          Q.   And does it have offices in Abu Dhabi?

9          A.   Yes.

10         Q.   Is it based in London?

11         A.   Yes.

12         Q.   And who is the principal attorney in Abu Dhabi

13    who works with Aabar?

14         A.   The main one is a gentleman called Abrahim

15    Mubaydeen.

16         Q.   Spell the last name, please?

17         A.   M-U-B-A-Y-D-E-E-N.

18         Q.   Thank you.  Now, this represents a new

19    injection of capital into Aabar from IPIC, right?

20         A.   Right.

21         Q.   And it's 7.346 billion AEDs?

22         A.   Correct.

23         Q.   And that converts to approximately 2 billion

24    U.S. dollars?

25         A.   Correct.

108

1          Q.    So this was a 2 billion dollar transaction.

2     When did work begin on this?

3          A.    When did work begin on this injection?

4          Q.    On this transaction.  Obviously, this wasn't

5     created and signed in one day?

6          A.    It would have been approximately a couple of

7     months.

8          Q.    A couple of months beforehand?

9          A.    Yeah.

10          Q.    That would have been something like February

11     of 2010?

12          A.    Approximately.

13          Q.    And who first proposed the idea of this

14     2 billion dollar capital injection?

15          A.    I did.

16          Q.    To whom?

17          A.    To board members.

18          Q.    Same board members we have been talking about

19     all day, right?

20          A.    Yes.

21          Q.    Okay.  When did you do that?

22          A.    About a couple months before.

23          Q.    And what was your reason for requesting the

24     additional funds into Aabar?

25          A.    I see opportunities of investments which

1      require that I have equity in Aabar.  Because our

2      capital structure is such we have to have equity debt.

3          Q.   Okay.

4          A.   So if we don't have sufficient equity, we

5      cannot borrow, we cannot borrow more.

6          Q.   So you wanted to have more equity --

7          A.   Yes.

8          Q.   -- in Aabar?

9          A.   Yes.

10         Q.   And you asked your fellow board members at

11     Aabar who also work at IPIC to do that?

12             MR. WEISBURG:  Objection.  Asked and answered.

13         A.   I asked my fellow board members for a

14     recommendation to increase Aabar equity.

15     BY MR. DOTTERRER:

16         Q.   All right.  Was a board meeting held on that?

17         A.   No.

18         Q.   So you discussed it with them informally?

19         A.   Yes.

20         Q.   At one time?

21         A.   Several times, different board members.

22         Q.   I see.  Where did you meet with them?

23         A.   I met them a couple of times.  Two of them

24     when I was visiting IPIC, and one of them over the

25     phone.

110

1      Q.    I see.  Okay.  Which two did you visit at

2    their offices at IPIC?

3      A.    CFO, Murtadha.  And Mohamed Al Fahim, the

4    finance manager.

5      Q.    They have separate offices at IPIC?

6      A.    They have separate offices, yes.

7      Q.    And did you visit them each separately in

8    their own offices at IPIC?

9      A.    Yes.

10      Q.    Where are the IPIC offices?

11      A.    At Al Muhairy Center on Zayed the 1st Street.

12      Q.    And is that where Mr. Al Qubaisi keeps his

13    office also?

14      A.    Yes.

15      Q.    He doesn't have an office at Aabar?

16      A.    No.

17      Q.    Nor do the other two directors you just

18    mentioned?

19      A.    No.

20      Q.    Were these funds intended or envisioned or

21    earmarked for an investment in any particular purchase?

22      A.    No.

23      Q.    Did you have some prospects in mind --

24      A.    Yes.

25      Q.    -- when you asked for this?

1       A.   Yes.

2       Q.   What were they?

3       A.   One of them was UniCredit Bank.

4       Q.   In Italy?

5       A.   Italy.

6       Q.   Headquartered in Milan?

7       A.   Headquartered in Milan.

8       Q.   Okay.

9       A.   Another one was some properties in Abu Dhabi.

10      Q.   Which properties were those?

11      A.   Real estate properties.  Real estate.

12      Q.   Were those properties owned by Tasameem at the

13   time?

14      A.   No.

15      Q.   What type of properties were they?

16      A.   Land.

17      Q.   Can you describe the project or the location?

18           MR. WEISBURG:  Objection.  Relevance.

19      A.   Most of them would be beach properties located

20   on Al Raha Beach.

21   BY MR. DOTTERRER:

22      Q.   Okay.  Vacant land that could be used to build

23   residences?

24      A.   Yeah.

25      Q.   Right.  Going back to Exhibit 22, was this

112

1      transaction completed?

2              A.   Yes.

3              Q.   So you received, Aabar received from IPIC the

4      additional 2 billion dollars?

5              A.   Yes.

6              Q.   And when was that received?

7              A.   Don't recall.

8              Q.   Sometime shortly after May 24, 2010?

9              A.   It would have been then, yes.

10             Q.   Now, this says this is a purchase agreement of

11     mandatory convertible bonds.  That means that IPIC can

12     make its decision to convert the bonds into stock?

13             A.   Yes.

14             Q.   Okay.  And has it done that?

15             A.   Yes.

16             Q.   When did it do that?

17             A.   Don't recall the date, but it was shortly

18     thereafter.

19             Q.   Shortly after May 24, 2010?

20             A.   Yes.

21             Q.   And when it --

22             A.   Because from a financial perspective once it's

23     mandatory, I book it as equity.

24             Q.   Oh, even if it's still bonds on paper?

25             A.   Yes.

113

1      Q.   Then you still record it on your books as

2   equity?

3      A.   No, I treat it as equity.

4      Q.   You treat it as equity.  What does that mean?

5      A.   That means if I speak to a banker --

6      Q.   Yes.

7      A.   -- or a financier and he looks at my balance

8   sheets, I make a distinction that this is a loan and

9   this a mandatory convertible.  Mandatory convertible

10  means ultimately you convert it to equity, so it changes

11  the balance, yes.

12     Q.   Even though the bondholder has not yet

13  converted it?

14     A.   Correct.

15     Q.   In this case that's IPIC?

16     A.   Correct.

17     Q.   So when you say you treat it as equity, does

18  that mean you characterize it as equity for purposes of

19  determining whether you have enough equity to make

20  further investments --

21     A.   Yes.

22     Q.   -- that you just described earlier?

23     A.   Yes.

24     Q.   Now, there a came a time when IPIC took Aabar

25  private, right?

114

1          A.   Yes.

2          Q.   And that was in 2010?

3          A.   It was the end of 2010 I believe.

4          Q.   And it was delisted from the exchange?

5          A.   Yes.  Actually, let me correct this.  IPIC did

6     not take Aabar private.  The board recommended to take

7     Aabar private, and IPIC as a shareholder voted in favor.

8          Q.   What percent of the stock of Aabar does IPIC

9     own now?

10          A.   About 86 percent.

11          Q.   So it went from 77 percent to about

12     86 percent?

13          A.   Yeah.

14          Q.   Do you know whether IPIC's board ever voted to

15     take Aabar private?

16          A.   I don't know.

17          Q.   Because as the largest shareholder in order to

18     take it private, of course, IPIC had to consent to that

19     action, right?

20          A.   Yes.  But I don't know whether that's a call

21     for IPIC's board to make, or whether IPIC M.D. had the

22     authority to vote on its behalf.

23          Q.   IPIC?

24          A.   IPIC managing director.

25          Q.   M.D. is managing director.  Here it's medical

115

1      doctor.

2           A.   Yeah.

3                MR. WEISBURG:  Or managing director.

4      BY MR. DOTTERRER:

5           Q.   Okay.  I'd just like to have you quickly

6      identify some documents.

7                (Plaintiff's Exhibit Number 23 was marked for

8      identification.)

9      BY MR. DOTTERRER:

10          Q.   This is 23.  So Exhibit 23 is stamped IPIC 166

11     to 171.  And it's entitled Debt Capitalization Agreement

12     dated 24 May 2010.  Do you recognize the document, sir?

13          A.   Yes.

14          Q.   Does it bear your signature on page 171?

15          A.   Yes.

16          Q.   And whose signature is it on page 170 for

17     IPIC?

18          A.   I'm guessing Murtadha Al Hashemi.

19          Q.   Who is also a board member of Aabar?

20          A.   Yes.

21          Q.   And this is kept in the regular course of

22     Aabar's business, right?

23          A.   Yes.

24               (Plaintiff's Exhibit Number 24 was marked for

25     identification.)

117

1          A.   Yeah.

2          Q.   -- correct?

3          A.   Yeah.

4          Q.   That was held on Thursday, June 24, 2010?

5          A.   Correct.

6          Q.   All right.  How many board members attended

7     that meeting?

8          A.   I don't remember, but it was at least three.

9          Q.   Well, may I direct your attention to the first

10    paragraph and ultimate line that says "which was

11    attended by all of its members"?

12         A.   Yes.

13         Q.   So does that refresh your recollection --

14         A.   Yes.

15         Q.   -- that all five --

16         A.   Attended, yes.  Thank you.

17         Q.   -- directors were present?

18         A.   Yes.

19         Q.   Okay.  What is your method at Aabar of giving

20    directors notification of a board meeting?

21         A.   I will send notice to all board members.

22         Q.   A written notice?

23         A.   A written notice.

24         Q.   What does it look like?

25         A.   Either written notice or email, or it could

118

1    even be verbal.

2        Q.   Do you have a form in the way -- in your

3    governance that's labeled notice or meeting or notice of

4    meeting of board of directors or something like that?

5        A.   No.  No.

6        Q.   So sometimes you just --

7        A.   But I can -- I can convene the board

8    telephonically.

9        Q.   You have the power to do that?

10       A.   Yes.

11       Q.   All right.  But normally you send a written

12   notice?

13       A.   Normally I send an email.

14       Q.   An email?

15       A.   Yeah.

16       Q.   I see.  And how long are you required to do

17   that before the meeting itself?

18       A.   It is however long it takes to get a quorum.

19   I normally try to give them a couple of days.

20       Q.   I see.

21       A.   Yeah.

22       Q.   The minutes of this meeting reflect that one

23   of the purposes of the meeting was converting the

24   company -- The company means Aabar, right?

25       A.   Correct.

119

1        Q.    -- into a private joint stock company,

2    correct?

3        A.    Yes.

4        Q.    Okay.  That's a very major step for Aabar,

5    right?

6        A.    You can say that, yes.

7        Q.    I mean it was a major step in the history of

8    the company?

9        A.    Yes.

10       Q.    And who first conceived that idea?

11       A.    I did.

12       Q.    When did you do that?

13       A.    A few months before.

14       Q.    So that would be like February, March of 2010?

15       A.    Yeah.

16       Q.    Did you start working on it right away?

17       A.    No.  I started mentioning it to board members.

18       Q.    All right.  And what was their reaction to it?

19       A.    They wanted to know my logic.

20       Q.    What was your logic?

21       A.    My logic was every time we did transactions,

22   it was slowing me down in terms of tactics of making

23   investments.  Because when you're publicly listed, every

24   time you make investments you have to announce to the

25   market.  And I found that people were taking advantage

120

1     on the other side.  If they know that Aabar is about to

2     make an investment, prices start going up.  So

3     technically it's much more convenient when you operate

4     as a private entity.

5          Q.   Did you have to take this idea through any

6     committees or working groups or professionals before you

7     elevated it to the idea of proposing it to the board?

8          A.   I brainstormed the idea with the

9     professionals.  Mostly investment bankers.

10         Q.   For a couple of months?

11         A.   Yeah, within the couple of months.

12         Q.   Okay.  Did you first discuss it with the board

13    members a couple of months beforehand also, in February

14    and March?

15         A.   It was parallel, both board members and

16    investment bankers.

17         Q.   Okay.  And what were the board members initial

18    reaction to your idea besides asking you why?  Were they

19    favorable, unfavorable?

20         A.   The initial reaction was favorable.  They

21    understood the logic.

22         Q.   So the other purpose of the meeting was to,

23    and this is on page two of Exhibit 25, "Canceling the

24    listing of the Company," that's Aabar, "and its shares

25    from the Abu Dhabi Securities Exchange," correct?

121

1          A.   Correct.

2          Q.   And you signed these minutes on page three?

3          A.   Yes.

4          Q.   And this is a record kept in the regular

5     course of your business?

6          A.   Correct.

7          Q.   All right.  There is a letter attached here?

8          A.   Yeah.

9          Q.   Can you tell us what that is about?

10          A.   This letter is basically communication with

11     the securities and commodity authority and informing

12     them of the board decision to convert to a private joint

13     stock company.  And also of the board decision to make

14     an offer to shareholders that choose not to be

15     shareholders in a company that's publically distributed.

16          Q.   What is that offer?

17          A.   1.95 dirhams.

18          Q.   Per share?

19          A.   Yes.

20          Q.   Was that accepted?

21          A.   Some shareholders accepted it.  Some

22     shareholders chose to stay to remain as shareholders.

23          Q.   And these resolutions obviously passed?

24          A.   Yes.

25          Q.   Unanimously?

122

1          A.   At the --

2          Q.   At the June 24, 2010 board meeting?

3          A.   At the board meeting, yes.

4          Q.   You said that Aabar has 87 percent of the

5     shares -- Excuse me.  IPIC has 87 percent of the shares

6     of Aabar?

7          A.   86.

8          Q.   86.  When did that occur?

9               MR. WEISBURG:  What occurred?

10               MR. DOTTERRER:  That it became a 86 percent

11          shareholder.

12               MR. WEISBURG:  Asked and answered.

13          A.   When we converted -- It's probably one of the

14     exhibits.

15     BY MR. DOTTERRER:

16          Q.   On May 24, 2010?

17          A.   I believe so.

18          Q.   Yes.  Okay.

19          A.   Yeah.

20               (Plaintiff's Exhibit Number 26 was marked for

21     identification.)

22     BY MR. DOTTERRER:

23          Q.   All right.  Now let's take a look at Exhibit

24     Number 26.  This is a two page declaration that you

25     signed in this case?

1      it has an office in Abu Dhabi.

2              Q.   Do you know what street it's on?

3              A.   No.

4              Q.   Where do you attend the board meetings?

5              MR. WEISBURG:   Of what?

6      BY MR. DOTTERRER:

7              Q.   Of Hakkasan in Abu Dhabi.

8              A.   I attended one meeting in IPIC.

9              Q.   Okay.  Was that in Mr. Al Qubaisi's office at

10     IPIC?

11             A.   Yes.

12             Q.   When was that?

13             A.   Don't remember the date.

14             Q.   Was that only one you've attended in

15     Abu Dhabi?

16             A.   Yes.

17             Q.   Were there any other employees of Tasameem

18     there to assist the board when it met?

19             A.   No.  It was only Hakkasan.  It was a Hakkasan

20     board meeting.

21             Q.   I understand, yeah.

22             A.   Yeah.

23             Q.   Okay.  Do you know of any employees of

24     Tasameem?

25             MR. WEISBURG:  Any?

183

1          BY MR. DOTTERRER:

2                Q.   Employees of Tasameem.

3                A.   I know one employee of Tasameem.

4                Q.   Who is that?

5                A.   Luay Abdul Rahman.

6                Q.   Would you please spell it?

7                A.   L-U-A-Y.  And Abdul Rahman, A-B-D-U-L

8    R-A-H-M-A-N.

9                Q.   What is his position with Tasameem?

10               A.   I believe administration manager.

11               Q.   And how do you know him?

12               A.   I've met him before.

13               Q.   Where?

14               A.   Together with Khadem.

15               Q.   Where?

16               A.   In Khadem's office.

17               Q.   In the IPIC offices?

18               A.   Yes.

19               Q.   Okay.  And what was the purpose of your

20   meeting?

21               A.   I went to meet Khadem.  And he was there, and

22   he introduced me to him.

23               Q.   I see.  Were any of the activities of Tasameem

24   discussed?

25               A.   No.

184

1          Q.    How did you know that he was with Tasameem?

2          A.    He introduced himself.

3          Q.    As such?

4          A.    Yes.

5          Q.    Is one of the purposes of Aabar to bring

6     technology to Abu Dhabi?

7          A.    Aabar is a commercial investment company.

8          Q.    Is it used to bring technology to Abu Dhabi?

9          A.    I'm not sure I understand the question.  Is it

10    used by who?

11         Q.    By anyone such as its parent?

12         A.    Not to my knowledge.

13         Q.    We'd like to show you a couple of videos now.

14               MR. WEISBURG:  Are you going to give us

15          copies?

16               MR. DOTTERRER:  Yes, as a matter of fact.

17               (Plaintiff's Exhibit Number 39 was marked for

18          identification.)

19               MR. DOTTERRER:  Here is copy for you.  Here is

20          copy for you.  That would be 39.

21               Excuse me for just a couple minutes.  I'll be

22          right back.

23               (A recess was taken from 4:02 until 4:04 p.m.)

24    BY MR. DOTTERRER:

25         Q.    Okay.  We are going to show you a video now.

185

1      And I'd like you to observe it.  And my first question

2      when we finish is is this a video of an interview that

3      you gave.

4           A.    Okay.

5           Q.    So I'll call this 39-A, this particular

6      section.

7                 (The following video was played:)

8                 UNIDENTIFIED SPEAKER:  The prestigious Laureus

9           World Sports Awards ceremony will be held in the

10          UAE for the first time this year with the event

11          taking place in Abu Dhabi on March 20.  The awards

12          will recognize sporting achievement during 2009 and

13          is seen as the top honor on the international

14          sporting calendar.

15               Aabar Investments are a part of the event, and

16          we're joined by the CEO Mohamed Badawy Al-Husseiny

17          to explain their work within the awards.

18               Thanks for joining us today.

19          MR. AL-HUSSEINY:  Thank you very much.  I'm

20          glad to be here.

21

22          UNIDENTIFIED SPEAKER:  Now why did Aabar want

23          to get involved with the awards?

24          MR. AL-HUSSEINY:  Well, obviously we are

25          indirectly involved with Laureus through our

1          partnership with Mercedes.  As you know, Aabar is

2          the largest single shareholder of Mercedes.  And we

3          were introduced to Laureus through Mercedes.

4               UNIDENTIFIED SPEAKER:  So how important do you

5          think sport is in the UAE?

6               MR. AL-HUSSEINY:  It's extremely important.

7          Clearly major sporting events have been held in

8          Abu Dhabi already, including, but not limited to,

9          golf, Formula 1, tennis, soccer.  And bringing

10         Laureus to Abu Dhabi I think is part and parcel of

11         that sporting enthusiasm that we see happening

12         again in Abu Dhabi.

13              UNIDENTIFIED SPEAKER:  Definitely some major

14         events.

15              Now, of course, Aabar has made headlines with

16         it's upcoming merger with Arabtec.  There has been

17         some speculation in the market that the merger may

18         not go ahead.  What can you tell us about this?

19              MR. AL-HUSSEINY:  Well, I normally don't

20         comment on speculation.  Clearly this is a process

21         that is ongoing, and for as long as it's not

22         completed yet.  Any major announcements on the

23         outcome of the transaction, we'll certainly

24         announce it.

25              UNIDENTIFIED SPEAKER:  Now it's believed that

209

1          Q.    And you also had to approve it before it went

2     into this press release, correct?

3          A.    Yes.

4          Q.    And this is a document that's kept in the

5     regular course of Aabar's records, correct, sir?

6          A.    Yes.

7               (Plaintiff's Exhibit Number 41 was marked for

8     identification.)

9     BY MR. DOTTERRER:

10         Q.    Let me show you Exhibit 41.  I'd merely like

11    you to turn to page two of it.

12              Is that a photograph of you and Sir Richard

13    Branson taken together in Oshkosh?

14         A.    Yes.

15         Q.    At the same show?

16         A.    Yes.

17              (Plaintiff's Exhibit Number 42 was marked for

18    identification.)

19    BY MR. DOTTERRER:

20         Q.    I'm going to quickly show you Exhibit 42.

21    We're on Exhibit 42.  Now on page one there is a

22    photograph of yourself --

23         A.    Yeah.

24         Q.    -- correct, with Sir Richard Branson?

25         A.    Yeah.

210

1        Q.    And does that accurately portray the two of

2    you together?

3        A.    Yeah.

4        Q.    And where was that photo taken.

5        A.    I don't remember.  It could have been on the

6    event itself.

7        Q.    In Oshkosh, the one we just covered?

8        A.    It could have been.

9        Q.    But you're not sure?

10       A.    I'm not sure.

11       Q.    Where are the other possibilities?  Where else

12   have you seen him?

13       A.    Richard Branson has been to my office.  So it

14   could have been in my office.

15       Q.    Okay.  And do you know the date of this

16   photograph?

17       A.    No.

18            MR. DOTTERRER:  May I have a quick second to

19        confer with Jenny?

20            MR. WEISBURG:  It's your office.

21            MR. DOTTERRER:  Thank you.

22            (A recess was taken from 4:36 until 4:45 p.m.)

23   BY MR. DOTTERRER:

24       Q.    How many employees does Aabar have?

25       A.    Approximately 50.

211

1        Q.   Okay.  How many in 2008 when the company

2   reconstituted?

3        A.   When it reconstituted?

4        Q.   Yes.

5        A.   About eight, because most employees left.

6        Q.   Oh, there were -- The reconstitution was in

7   2008?

8        A.   Yes.

9        Q.   Right.  Okay.  And there were 50 then?

10        A.   Then probably about 32.

11        Q.   32?

12        A.   Yeah.

13        Q.   2008.  Okay.  How many in 2009, more or less?

14        A.   After the reconstitution?

15        Q.   Yes.

16        A.   About 40.

17        Q.   And how many today?

18        A.   About 50.

19        Q.   50 today?

20        A.   Yeah.

21        Q.   Are the directors employees?

22        A.   No.  Other than myself.

23        Q.   You are?

24        A.   Yeah.

25        Q.   Are any of the employees government officials?

212

1   A. No.

2   Q. Government employees?

3   A. No.

4   Q. Has there ever been any government employees

5 before?

6   A. No.

7   Q. Or governmental officials?

8   A. No.

9   Q. Who is David Forbes?

10   A. David Forbes is a former employee of IPIC and

11 former board member at Aabar.

12   Q. When was he employed at IPIC?

13   A. Don't know.

14   Q. What was his position?

15   A. I believe advisor to the chairman.

16   Q. So he was advisor to Sheikh Mansour?

17   A. No.  Sorry.  To the chairman of Aabar.  So

18 advisor to M.D.

19   Q. And that's Mr. Al Qubaisi?

20   A. Khadem Al Qubaisi.

21   Q. For how long was he an employee of IPIC?

22   A. I don't know.

23   Q. Did Mr. Forbes go to any of the meetings in

24 Saudi Arabia concerning the acquisition of the

25 Four Seasons?

213

1          A.    My recollection he could have gone the second

2     time.

3          Q.    That's the time you went, right, first 2009?

4          A.    Yes.

5          Q.    But you're not sure whether he went?

6          A.    I'm not sure whether he went.  It's not clear

7     to me.

8          Q.    All right.  Did you go on the first meeting?

9          A.    No.

10          Q.    The one that was in March of 2009?

11          A.    No.

12          Q.    When did Mr. Forbes serve as a director of

13     Aabar?

14          A.    I believe in 2009.  Again, I'm guessing.  I

15     don't know the exact dates.

16          Q.    During the full year?

17          A.    I believe so.

18          Q.    Did he have an office at Aabar?

19          A.    No.

20          Q.    Did he have one at IPIC?

21          A.    Yes.

22          Q.    Was it next to Mr. Al Qubaisi's office?

23          A.    No.

24          Q.    What affiliation does Mr. Forbes have with

25     Tasameem?

214

```
 1          A.   Don't know.
 2          Q.   Has he ever held any positions with the
 3     Government of Abu Dhabi?
 4          A.   Not to my knowledge.
 5          Q.   Where does he live today?
 6          A.   Don't know.
 7          Q.   When was the last time you saw him?
 8          A.   A few months ago when he was still an employee
 9     of IPIC.
10          Q.   You saw him in Abu Dhabi?
11          A.   Yes.
12          Q.   At IPIC?
13          A.   Yes.
14          Q.   In his office?
15          A.   In a board meeting.
16          Q.   In a board meeting?
17          A.   Yes.
18          Q.   In a board meeting of whom?
19          A.   Board meeting of Aabar.
20          Q.   So you were holding a board meeting of Aabar
21     in the IPIC offices?
22          A.   Yes.
23          Q.   In which room?
24          A.   It's on the 12th floor.  Conference room.
25          Q.   Conference room.  How many Aabar board
```

215

1      meetings have been held there?

2          A.   Most of the meetings are held there for the

3      convenience of the directors.

4          Q.   So most of the Aabar board meetings are held

5      in the IPIC conference room --

6          A.   Conference room.

7          Q.   -- in the IPIC offices?

8          A.   Yes.

9          Q.   And what is the address of those offices?

10         A.   Zayed the 1st Street, Al Muhairy Center.

11         Q.   Could you spell that?

12              MR. WEISBURG:  We've already been through

13         this.  Asked and answered.

14              MR. DOTTERRER:  Okay.  Don't bother.

15              THE WITNESS:  Yeah.

16     BY MR. DOTTERRER:

17         Q.   Do you know the street, the number, postal

18     number?

19         A.   No.

20              MR. WEISBURG:  Assumes facts not in evidence.

21         A.   There is no -- there is no --

22     BY MR. DOTTERRER:

23         Q.   You just go to a building?

24         A.   Yes.

25         Q.   Okay.  And you said the name of the center was

217

1          A.    Yeah.

2          Q.    Through 2010?

3          A.    Yes.

4          Q.    Why did Mr. Forbes resign as a director of

5     Aabar?

6          A.    Because he resigned from IPIC.

7          Q.    Why did he resign from IPIC?

8          A.    Don't know.

9          Q.    Did anyone ask him to resign?

10         A.    Don't know.

11         Q.    Have you spoken to him on the telephone?

12         A.    No.

13         Q.    Or communicated to him in any way since then?

14         A.    No.

15         Q.    Okay.  And try to estimate the best you can

16    the date of the board meeting when you last saw him.  It

17    was in 2010, right?

18         A.    It would have been 2010.

19         Q.    Which month?

20         A.    Maybe mid 2010.

21         Q.    Middle of the year?

22         A.    Yeah.

23         Q.    All right.  Do you have regularly scheduled

24    board meetings at Aabar that are preset for the whole

25    calendar year?

218

1      A.   No.

2      Q.   Quarterly or monthly or anything like that?

3      A.   By law we have to have at least four.

4      Q.   Yes.

5      A.   But we don't schedule them.  We schedule the

6  board meetings as-needed.  But now --

7      Q.   All right.  We've already discussed that.

8      A.   Yeah.

9      Q.   Has Aabar been involved in any litigation in

10  Abu Dhabi or the UAE?

11      A.   Not -- I don't know.

12      Q.   Not that you know?

13      A.   No.

14      Q.   Not during your watch?

15      A.   Yes.

16      Q.   Have any judgments ever been issued against

17  Aabar to your knowledge?

18      A.   No.

19      Q.   Do you know whether Pierre Maroun is permitted

20  to enter Abu Dhabi?

21      A.   Don't know.

22      Q.   Okay.  Or Mr. Kantar?

23      A.   Don't know.

24           MR. DOTTERRER:  I think that's it.

25

219

```
 1                     CROSS-EXAMINATION

 2      BY MR. WEISBURG:

 3           Q.    Okay.  Sir, when were you last -- Prior to

 4      this week, when were you last in Florida?

 5           A.    When I was in college.  In the '80s.

 6           Q.    Okay.  To your knowledge has any Aabar

 7      employee visited Florida in the course of Aabar's

 8      business?

 9           A.    No.

10           Q.    And did any representatives of Aabar visit the

11      USA, any state, in connection with prospective

12      Four Seasons transaction?

13           A.    No.

14           Q.    And how many times have you met Mr. Kantar?

15           A.    One, two -- Three times.

16           Q.    Okay.  And where were those meetings?

17           A.    I believe once he came to my office.

18           Q.    In Abu Dhabi?

19           A.    In Abu Dhabi.  Once in Saudi Arabia for the

20      first meeting.  And the second time in the plane going

21      to Saudi Arabia.

22           Q.    And first meeting is you're referring to the

23      first meeting with Kingdom Holdings in Riyadh?

24           A.    Right.

25           Q.    And your reference to the second meeting is
```

220

1       the meeting at Kingdom Holdings where you met

2       Prince Alwaleed?

3            A.    Correct.

4            Q.    And I think you testified you met Mr. Maroun

5       only once?

6            A.    Yes.

7            Q.    And that was also on the occasion of the

8       second visit?

9            A.    Correct.

10            Q.    And during the visit that you testified about

11       to Kingdom Holdings where you were -- you went by

12       private jet what we've been calling the second meeting.

13       And I think that you testified that Mr. Kantar and

14       Mr. Maroun accompanied you and Mr. Al Qubaisi on that

15       trip?

16            A.    On that trip, yes.

17            Q.    And during that meeting with Prince

18       Alwaleed --

19                 MR. DOTTERRER:  I'm sorry.  Can we have a

20            spelling of the name that you mentioned?

21                 THE WITNESS:  Al Qubaisi.

22                 MR. DOTTERRER:  Oh, Al Qubaisi.  I'm sorry.

23       BY MR. WEISBURG:

24            Q.    During the meeting that you testified about

25       between yourself and Mr. Al Qubaisi and Prince Alwaleed,

221

1      did Mr. Maroun or Mr. Kantar participate?

2          A.   With the prince?

3          Q.   Yes.

4          A.   No.

5          Q.   So did you ever see them with the prince?

6          A.   No.

7          Q.   So when you went to Kingdom Holdings, they

8      went off to some other room?

9          A.   Yes.  Only Khadem and I saw the prince.

10         Q.   Now, have you never met or communicated in any

11     way with any other person who you understood to be an

12     employee or representative of the Plaintiff CTI?

13         A.   No.

14         Q.   So the only people that you've ever met from

15     CTI were Mr. Kantar and Mr. Maroun?

16         A.   Correct.

17         Q.   Okay.  Now, in connection with the prospective

18     Four Seasons transactions --

19         A.   There was one more gentleman whom I saw in

20     Riyadh that appeared to have been with Fadi.

21         Q.   What's his name?

22         A.   I forget his name.

23         Q.   On the occasion of which trip was this?

24         A.   It was on the occasion of the first trip.

25         Q.   Okay.  And was this a gentleman named Wassim,

219

1                    CROSS-EXAMINATION

2      BY MR. WEISBURG:

3          Q.   Okay.  Sir, when were you last -- Prior to

4      this week, when were you last in Florida?

5          A.   When I was in college.  In the '80s.

6          Q.   Okay.  To your knowledge has any Aabar

7      employee visited Florida in the course of Aabar's

8      business?

9          A.   No.

10         Q.   And did any representatives of Aabar visit the

11     USA, any state, in connection with prospective

12     Four Seasons transaction?

13         A.   No.

14         Q.   And how many times have you met Mr. Kantar?

15         A.   One, two -- Three times.

16         Q.   Okay.  And where were those meetings?

17         A.   I believe once he came to my office.

18         Q.   In Abu Dhabi?

19         A.   In Abu Dhabi.  Once in Saudi Arabia for the

20     first meeting.  And the second time in the plane going

21     to Saudi Arabia.

22         Q.   And first meeting is you're referring to the

23     first meeting with Kingdom Holdings in Riyadh?

24         A.   Right.

25         Q.   And your reference to the second meeting is

220

 1      the meeting at Kingdom Holdings where you met

 2      Prince Alwaleed?

 3          A.    Correct.

 4          Q.    And I think you testified you met Mr. Maroun

 5      only once?

 6          A.    Yes.

 7          Q.    And that was also on the occasion of the

 8      second visit?

 9          A.    Correct.

10          Q.    And during the visit that you testified about

11      to Kingdom Holdings where you were -- you went by

12      private jet what we've been calling the second meeting.

13      And I think that you testified that Mr. Kantar and

14      Mr. Maroun accompanied you and Mr. Al Qubaisi on that

15      trip?

16          A.    On that trip, yes.

17          Q.    And during that meeting with Prince

18      Alwaleed --

19              MR. DOTTERRER:  I'm sorry.  Can we have a

20          spelling of the name that you mentioned?

21              THE WITNESS:  Al Qubaisi.

22              MR. DOTTERRER:  Oh, Al Qubaisi.  I'm sorry.

23      BY MR. WEISBURG:

24          Q.    During the meeting that you testified about

25      between yourself and Mr. Al Qubaisi and Prince Alwaleed,

221

1      did Mr. Maroun or Mr. Kantar participate?

2           A.   With the prince?

3           Q.   Yes.

4           A.   No.

5           Q.   So did you ever see them with the prince?

6           A.   No.

7           Q.   So when you went to Kingdom Holdings, they

8      went off to some other room?

9           A.   Yes.  Only Khadem and I saw the prince.

10          Q.   Now, have you never met or communicated in any

11     way with any other person who you understood to be an

12     employee or representative of the Plaintiff CTI?

13          A.   No.

14          Q.   So the only people that you've ever met from

15     CTI were Mr. Kantar and Mr. Maroun?

16          A.   Correct.

17          Q.   Okay.  Now, in connection with the prospective

18     Four Seasons transactions --

19          A.   There was one more gentleman whom I saw in

20     Riyadh that appeared to have been with Fadi.

21          Q.   What's his name?

22          A.   I forget his name.

23          Q.   On the occasion of which trip was this?

24          A.   It was on the occasion of the first trip.

25          Q.   Okay.  And was this a gentleman named Wassim,

222

1        first name Wassim?

2             A.   Yes.  Wassim Mandil.

3             Q.   Okay.  Do you know how to spell his last name?

4             A.   Can I check?

5                  MR. DOTTERRER:  Sure.

6             A.   It's Wassim Mandil, M-A-N-D-I-L.

7        BY MR. WEISBURG:

8             Q.   Do you understand him to have worked for

9        Capital Trans International or some other organization?

10            A.   I understood him to be associated with Fadi.

11            Q.   And how many times did you meet this

12       individual?

13            A.   Once.

14            Q.   And was that in Riyadh?

15            A.   Yes.

16            Q.   To your recollection did you ever make a phone

17       call to Florida in connection with the Four Seasons

18       transaction?

19            A.   No.

20            Q.   Do you know whether anybody else from Aabar

21       ever made a phone call to Florida in connection with the

22       prospective Four Seasons transaction?

23            A.   No.

24            Q.   And did Aabar ever make any investment in

25       Four Seasons?

223

1          A.   No.

2          Q.   And did you ever -- There was reference to due

3     diligence.  Did you ever do any due diligence with

4     reference to the Four Seasons transaction?

5          A.   No.

6          Q.   Has Aabar ever made any investment at all in

7     the State of Florida?

8          A.   No.

9          Q.   I think we've seen documents that say that

10    Aabar's full name is Aabar Investment or Investments

11    Co., PJSC.  What is PJSC?

12         A.   It means public joint stock company.

13         Q.   You don't hold any position at IPIC, do you?

14         A.   No.

15         Q.   Do you hold any positions at Tasameem?

16         A.   No.

17         Q.   Have you ever held a position in either of

18    those companies?

19         A.   No.

20         Q.   Now, there were a lot of questions about --

21    You'll recall questions by Mr. Dotterer about the

22    formation of Aabar.  And we looked at a document which

23    was the formation document; do you recall that?

24         A.   Yes.

25         Q.   And Mr. Dotterer listed a number of

224

1      individuals who had title of sheikh who were initial

2      investors in Aabar; do you recall that testimony?

3           A.   Yes.

4           Q.   Did any of those individuals who were sheikhs

5      have any management role in Aabar?

6           A.   No.

7           Q.   Okay.  So their relationship to Aabar was

8      simply as shareholders?

9           A.   Yes.

10               MR. DOTTERRER:  Objection.  Leading.

11     BY MR. WEISBURG:

12          Q.   Now, how many shareholders other than IPIC

13     does Aabar have today?

14          A.   My guess is approximately 40,000.

15          Q.   Well, is that a guess, or it's your

16     information?

17          A.   It's my information, 40,000.

18          Q.   And are these individuals and companies?

19          A.   Yes.

20          Q.   Okay.  And are the shares in Aabar held by

21     those 40,000 individuals and companies tradable?

22          A.   Yes.

23          Q.   So they can sell those shares?

24          A.   Yes.

25          Q.   Do they need Aabar's consent to sell those

225

1      shares?

2          A.   No.

3          Q.   And to your knowledge is there a market for

4      those shares in Abu Dhabi?

5          A.   There is an over-the-counter market.

6          Q.   So they can go to a broker and sell them over

7      the counter?

8          A.   Correct.

9          Q.   And I think we talked about this before, but

10     just to make sure it's clear, Aabar has its own office

11     space?

12         A.   Yes.

13         Q.   Okay.  And is that in the same or a different

14     building from IPIC and Tasameem?

15         A.   Different building.

16         Q.   And does Aabar maintain its own bank accounts?

17         A.   Yes.

18         Q.   Okay.  And I think you testified those are

19     with commercial banks?

20         A.   Yes.

21         Q.   Around the world?

22         A.   Yes.

23         Q.   Do you know approximately how many different

24     banks?

25         A.   Maybe ten.

226

1          Q.    Okay.  And we've looked at Plaintiff's Exhibit

2     38, which are the audited financial statements of Aabar

3     Investments, PJSC, of 31 December 2009; do you recall

4     that?

5          A.    Yes.

6          Q.    And this audit is of Aabar Investments, PJSC,

7     and the entities that it owns, correct?

8          A.    Yes.  Yes.

9          Q.    And if you could look -- I'm going to show

10    you, unfortunately -- Maybe you can find it.

11               MR. DOTTERRER:  Find the original?

12               MR. WEISBURG:  There it is.  Okay.

13    BY MR. WEISBURG:

14         Q.    If you could turn to page number five, which

15    is the Consolidated Statement of Financial Position.  Is

16    this what we would usually call in the U.S. an accounts

17    balance sheet?

18         A.    Correct.

19         Q.    So this shows assets, liabilities and

20    shareholders' equity?

21         A.    Correct.

22         Q.    Is that what this is intended to show?

23         A.    Correct.

24         Q.    Now, addressing your attention to the rather

25    large number under liabilities, borrowings.

227

1       A.   Yes.

2       Q.   And it says 15 -- I guess that's 15 billion

3   AED, which translate into 4 billion U.S. dollars; is

4   that correct?

5       A.   Yes.  Yes.

6       Q.   See there is the number that says

7   15 million -- 15,096,287?

8       A.   One second.  Yeah, I see that.

9       Q.   Okay.  And if I read that correctly the way

10   this balance sheet, which is page five, works is there

11   is a column that shows the AED number, the AED value.

12   And then the corresponding dollar value is shown in the

13   next column; is that correct?

14       A.   Yes.

15       Q.   We're not looking at the same thing.

16       A.   Yeah.  Okay.

17       Q.   Okay.  And then all of these show at the top

18   of the column that three zeros should be added, correct?

19       A.   Correct.

20       Q.   So the 15 million and change next to

21   borrowings in the first column for AED should be read as

22   15 billion AED, correct?

23       A.   Correct.

24       Q.   And am I correct that the corresponding dollar

25   amount is 4.1 billion U.S. dollars?

```
 1          A.    Correct.

 2          Q.    Does that line reflect borrowings from

 3     commercial banks?

 4          A.    Correct.

 5          Q.    And are any of those borrowing guaranteed by

 6     any other entities?

 7          A.    No.

 8          Q.    So this is bank debt of Aabar Investments to

 9     commercial banks?

10          A.    Correct.

11          Q.    Unguaranteed by --

12          A.    Correct.

13          Q.    It's the sole exposure of Aabar?

14          A.    Aabar has a policy where no one guarantees,

15     only Aabar.

16              MR. DOTTERRER:  I'm sorry.  I didn't hear

17          that.

18          A.    As of now, no entity has guaranteed our loans.

19     BY MR. WEISBURG:

20          Q.    And are there any -- Under the liability

21     section, are the other liabilities reflected,

22     liabilities of Aabar to third parties?  We have seen you

23     have liabilities to third party banks, which as I read

24     it 15 billion of 24 billion AED total liabilities,

25     correct?
```

229

1          A.   Yes.

2          Q.   What are the other liabilities if you could

3     just tell us?  Why don't you look at your two largest.

4     One is derivative financial instruments, and the next is

5     customer deposits.

6          A.   Yeah.  All of these would be through financial

7     institutions.  We have like a lot of derivative

8     transactions.

9          Q.   Okay.

10          A.   Caller transactions done with various banks.

11          Q.   Okay.

12          A.   Like Goldman Sachs and Morgan Stanley.

13          Q.   And are any of those other liabilities

14     guaranteed by any third party?

15          A.   No.

16          Q.   Now, you've told us -- You've testified

17     throughout the day about investments that Aabar has made

18     and considered, as well as certain divestitures.  When

19     you decide to make an investment or divestiture, whose

20     who permission do you need?

21          A.   The board.

22          Q.   The board of directors of Aabar?

23          A.   Yes.

24          Q.   Do you need the permission of any government

25     agency?

230

 1          A.    No.

 2          Q.    Do you need the permission of IPIC or it's

 3     board?

 4          A.    No.

 5          Q.    Now, Mr. Dotterer just asked you about the

 6     staff of Aabar.  And I think you testified that it's

 7     fluctuated, but currently it's about 50 people?

 8          A.    Yeah.

 9          Q.    And are any of those full-time staff members?

10          A.    Yes.

11          Q.    And do any of these people have jobs in any

12     other company?

13          A.    No.

14          Q.    They just work for Aabar?

15          A.    Yes.

16          MR. WEISBURG:  Now, I'm sorry, I didn't -- We

17          can go off the record.

18               (Discussion held off the record.)

19               (Defendant's Exhibit Number 1 was marked for

20     identification.)

21     BY MR. WEISBURG:

22          Q.    Okay.  For the record I've marked a document

23     which is Bates stamped Aabar 0002, which is a March 10,

24     2009 document on Aabar letterhead.

25               MR. WEISBURG:  The particular copy somebody or

231

1          we copied something on the back.  That's not part

2          of the exhibit.  It's just the front page.  It's a

3          one page document.

4     BY MR. WEISBURG:

5          Q.   Mr. Al-Husseiny, earlier today you were asked

6     about agreements between Aabar and the Plaintiff.  And

7     you referred to a one page agreement that provided for a

8     one percent commission?

9          A.   Right.

10         Q.   Is this document, Defendants Exhibit 1, that

11    agreement that you were referring to?

12         A.   Yes.

13         Q.   Are you aware of any other agreements between

14    Aabar and Capital Trans International?

15         A.   No.

16         Q.   Have you ever seen a copy of this agreement

17    signed by Mr. Kantar?  You see there is a place for him

18    to sign in the lower left?

19         A.   I haven't.

20              MR. WEISBURG:  I don't have any other

21         questions.

22              MR. DOTTERRER:  I have a few follow-up

23         questions of Mr. Weisburg's questions.

24

25

232

                          REDIRECT EXAMINATION

1

2     BY MR. DOTTERRER:

3          Q.   Who prepared the meetings that you just

4     described with Kingdom Holdings?

5          A.   I understood it to be Fadi.

6          Q.   Fadi Kantar?

7          A.   Yes.

8          Q.   Of CTI?  He's the one who set them up, made

9     the arrangements?

10         A.   He -- I believe he says that he set them up

11    and made the arrangements.

12         Q.   Yes.

13         A.   But whether it's him directly that made the

14    meeting, I'm not sure.

15         Q.   So it's either him or persons working for him,

16    correct?

17         A.   Correct.

18         Q.   That he arranged?

19         A.   Yes.

20         Q.   Those meetings weren't arranged by anybody at

21    Aabar?

22         A.   No.

23         Q.   In the first meeting with the prince's office

24    at Kingdom Holdings, did you bring any documents to give

25    to them?

227

1          A.   Yes.

2          Q.   And it says 15 -- I guess that's 15 billion

3     AED, which translate into 4 billion U.S. dollars; is

4     that correct?

5          A.   Yes.  Yes.

6          Q.   See there is the number that says

7     15 million -- 15,096,287?

8          A.   One second.  Yeah, I see that.

9          Q.   Okay.  And if I read that correctly the way

10    this balance sheet, which is page five, works is there

11    is a column that shows the AED number, the AED value.

12    And then the corresponding dollar value is shown in the

13    next column; is that correct?

14         A.   Yes.

15         Q.   We're not looking at the same thing.

16         A.   Yeah.  Okay.

17         Q.   Okay.  And then all of these show at the top

18    of the column that three zeros should be added, correct?

19         A.   Correct.

20         Q.   So the 15 million and change next to

21    borrowings in the first column for AED should be read as

22    15 billion AED, correct?

23         A.   Correct.

24         Q.   And am I correct that the corresponding dollar

25    amount is 4.1 billion U.S. dollars?

228

1          A.   Correct.

2          Q.   Does that line reflect borrowings from

3      commercial banks?

4          A.   Correct.

5          Q.   And are any of those borrowing guaranteed by

6      any other entities?

7          A.   No.

8          Q.   So this is bank debt of Aabar Investments to

9      commercial banks?

10         A.   Correct.

11         Q.   Unguaranteed by --

12         A.   Correct.

13         Q.   It's the sole exposure of Aabar?

14         A.   Aabar has a policy where no one guarantees,

15     only Aabar.

16              MR. DOTTERRER:  I'm sorry.  I didn't hear

17         that.

18         A.   As of now, no entity has guaranteed our loans.

19     BY MR. WEISBURG:

20         Q.   And are there any -- Under the liability

21     section, are the other liabilities reflected,

22     liabilities of Aabar to third parties?  We have seen you

23     have liabilities to third party banks, which as I read

24     it 15 billion of 24 billion AED total liabilities,

25     correct?

229

1          A.    Yes.

2          Q.    What are the other liabilities if you could

3     just tell us?  Why don't you look at your two largest.

4     One is derivative financial instruments, and the next is

5     customer deposits.

6          A.    Yeah.  All of these would be through financial

7     institutions.  We have like a lot of derivative

8     transactions.

9          Q.    Okay.

10         A.    Caller transactions done with various banks.

11         Q.    Okay.

12         A.    Like Goldman Sachs and Morgan Stanley.

13         Q.    And are any of those other liabilities

14    guaranteed by any third party?

15         A.    No.

16         Q.    Now, you've told us -- You've testified

17    throughout the day about investments that Aabar has made

18    and considered, as well as certain divestitures.  When

19    you decide to make an investment or divestiture, whose

20    who permission do you need?

21         A.    The board.

22         Q.    The board of directors of Aabar?

23         A.    Yes.

24         Q.    Do you need the permission of any government

25    agency?

230

1          A.    No.

2          Q.    Do you need the permission of IPIC or it's

3     board?

4          A.    No.

5          Q.    Now, Mr. Dotterer just asked you about the

6     staff of Aabar.  And I think you testified that it's

7     fluctuated, but currently it's about 50 people?

8          A.    Yeah.

9          Q.    And are any of those full-time staff members?

10         A.    Yes.

11         Q.    And do any of these people have jobs in any

12    other company?

13         A.    No.

14         Q.    They just work for Aabar?

15         A.    Yes.

16              MR. WEISBURG:  Now, I'm sorry, I didn't -- We

17         can go off the record.

18              (Discussion held off the record.)

19              (Defendant's Exhibit Number 1 was marked for

20         identification.)

21    BY MR. WEISBURG:

22         Q.    Okay.  For the record I've marked a document

23    which is Bates stamped Aabar 0002, which is a March 10,

24    2009 document on Aabar letterhead.

25              MR. WEISBURG:  The particular copy somebody or

1          we copied something on the back.  That's not part

2          of the exhibit.  It's just the front page.  It's a

3          one page document.

4     BY MR. WEISBURG:

5          Q.   Mr. Al-Husseiny, earlier today you were asked

6     about agreements between Aabar and the Plaintiff.  And

7     you referred to a one page agreement that provided for a

8     one percent commission?

9          A.   Right.

10          Q.   Is this document, Defendants Exhibit 1, that

11     agreement that you were referring to?

12          A.   Yes.

13          Q.   Are you aware of any other agreements between

14     Aabar and Capital Trans International?

15          A.   No.

16          Q.   Have you ever seen a copy of this agreement

17     signed by Mr. Kantar?  You see there is a place for him

18     to sign in the lower left?

19          A.   I haven't.

20          MR. WEISBURG:  I don't have any other

21          questions.

22          MR. DOTTERRER:  I have a few follow-up

23          questions of Mr. Weisburg's questions.

24

25

232

1                    REDIRECT EXAMINATION

2      BY MR. DOTTERRER:

3           Q.   Who prepared the meetings that you just

4      described with Kingdom Holdings?

5           A.   I understood it to be Fadi.

6           Q.   Fadi Kantar?

7           A.   Yes.

8           Q.   Of CTI?  He's the one who set them up, made

9      the arrangements?

10          A.   He -- I believe he says that he set them up

11     and made the arrangements.

12          Q.   Yes.

13          A.   But whether it's him directly that made the

14     meeting, I'm not sure.

15          Q.   So it's either him or persons working for him,

16     correct?

17          A.   Correct.

18          Q.   That he arranged?

19          A.   Yes.

20          Q.   Those meetings weren't arranged by anybody at

21     Aabar?

22          A.   No.

23          Q.   In the first meeting with the prince's office

24     at Kingdom Holdings, did you bring any documents to give

25     to them?