## Ghada Farhat

| | |
|---|---|
| From: | Fadi Kantar [kf@cticement.com] |
| Sent: | 30 March 2009 02:42 |
| To: | Ghada Farhat |
| Subject: | Visa |
| Attachments: | Mohamed_Alhusseiny_&_David_Forbes,_Abu_Dhabi.pdf |

Dear Ghada,

Please find attached the requested visas that have sent earlier to the Saudi Consulate in Abu Dhabi.

Best regards,

Fadi Kantar
CEO
Capital Trans International
Phone: +97150-1422928
Fax:   +9714-3350509

CONFIDENTIALITY: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it.

1

CONFIDENTIAL                    Aabar 0039