**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CAPITAL TRANS INTERNATIONAL,
LLC,

    Plaintiff,

v.                                 Case No: 8:10-cv-529-T-30TGW

INTERNATIONAL PETROLEUM
INVESTMENT COMPANY,

    Defendant.
_____

## DISMISSAL ORDER

Pursuant to the Court's Order of February 14, 2013 (Dkt. #154), this case is dismissed without prejudice against Defendant International Petroleum Investment Company. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of February, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-529 final judgment 155.docx