# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CAPITAL TRANS INTERNATIONAL, LLC,**

    **Plaintiff,**

v.                                Case No. 8:10-cv-529-T-30TGW

**INTERNATIONAL PETROLEUM INVESTMENT COMPANY, AABAR INVESTMENTS PJSC and TASAMEEM REAL ESTATE CO. LLC.,**

    **Defendants.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court *sua sponte*. The Court's Order of February 14, 2013 (Dkt. 154), is vacated to make the dismissal against Defendants Aabar Investments PJSC and Tasameem Real Estate Co., LLC, to be *without prejudice*.

    **DONE** and **ORDERED** in Tampa, Florida on February 25, 2013.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-529.vacatedismissalwithprejudice.frm